IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Date Notice Mailed: 1/30/2019 |
|---|---|---|
| vs. | : | |
| ROBERT HENON | : | CRIMINAL NO. 19-00064-2 |

## NOTICE OF ARRAIGNMENT/INITIAL APPEARANCE

**1.** TAKE NOTICE that you have been indicted by the Grand Jury. A warrant for your arrest has been issued and is in the possession of the United States Marshal.

**2.** You are notified to appear before Magistrate Judge Hey for an:

    X ARRAIGNMENT at 1:30 p.m. on Friday, February 1, 2019, in Courtroom No. t/b/d,, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

    ☐ INITIAL APPEARANCE before Magistrate Judge    , on    , 20    , at    .m. in Courtroom No.    ,    Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**3.** In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at 267-299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

**4.** If you fail to appear at the X ARRAIGNMENT ☐ INITIAL APPEARANCE pursuant to this notice, you will be subject to arrest by the United States Marshal.

**5.** Please consult with your attorney before the date fixed for arraignment.

**NOTE**: If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court. **If you want an attorney to be appointed for you, take these papers immediately to the office of the Defender Association, Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania, 19106**, **215-928-1100**. **If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.**

☐ INTERPRETER REQUIRED

NO CUSTODY TEST DOCUMENT
(arrnotnocustody.frm)

This case has been assigned to
**Judge Schmehl**
For information communicate with
Courtroom Deputy **Lara Karlson in Judge Hey's chambers at 267-299-7671 or Teri Lefkowith in Judge Schmehl's chambers at 610-320-5030**

NOTICE TO: Magistrate Judge Hey
Defendant (through attorney)
Defender Association
United States Attorney
United States Marshal
Pretrial Services
Surety
Interpreter Services