IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 19-64-02,05 |
| ROBERT HENON | : | |
| USM #77026-066 | : | |
| NOT IN CUSTODY | : | March 27, 2020 |
| | : | |
| MARITA CRAWFORD | : | |
| USM# 77032-066 | : | |
| NOT IN CUSTODY | : | |

### NOTICE OF HEARING

TAKE NOTICE that a **HEARING** on the Government's Motion for Supplemental conflict Colloquy (ECF No. 119) is set for **WEDNESDAY, MAY 13, 2020,** at **11:00 A.M.** before the Honorable Jeffrey L. Schmehl **at the James A. Byrne United States Courthouse, 601 Market Street, Courtroom (TBA), Philadelphia, Pennsylvania.**

**DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                                                  Tanya L. Allender
                                                  Deputy Clerk to Judge Schmehl
                                                  (610) 320-5030

NO INTERPRETER REQUIRED
**[X] THIS PROCEEDING HAS BEEN RESCHEDULED FROM:  April 1, 2020**

served on:     Frank R. Costello AUSA
                    Paul L. Gray, AUSA
                    Richard P. Barrett, AUSA
                    Fortunato N. Perri, Jr., Esq.
                    Brian J. McMonagle, Esq.
                    U.S. Marshal
                    Probation Office
                    Pretrial Services
                    Interpreter Services
                    Defendants