IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

           Plaintiffs,          :
                                            CRIMINAL ACTION
     v.          :          No. 19-64

                          :

JOHN DOUGHERTY *et al.*,
                          :

           Defendants.

## ORDER

**AND NOW**, this 14th day of May, 2020, after a hearing held, advising Defendants Marita Crawford and Robert Henon of a potential for conflicts of interest between them and their present counsel, and a colloquy conducted in accordance with Federal Rule of Criminal Procedure 44(c),[1] it is hereby **ORDERED** that Ms. Crawford and Mr. Henon have knowingly and intelligently waived any potential conflict(s) of interest, and counsel of record may continue in their representation.

                                             **BY THE COURT:**

                                           /s/ Jeffrey L. Schmehl
                                           Jeffrey L. Schmehl, J.

---

[1] Defendants Marita Crawford and Robert Henon are presently represented by Fortunato N. Perri, Jr., Esq. and Brian J. McMonagle, Esq., respectively.  Both Mr. Perri, Jr. and Mr. McMonagle are employed by the same law firm: McMonagle Perri McHugh Mischak & Davis.  Additionally, Mr. McMonagle represented a co-defendant of Ms. Crawford and Mr. Henon, Michael Neill, in 2007 in an unrelated matter.  At or around the same time, Mr. McMonagle also represented a potential witness in this case in an unrelated matter.  Ms. Crawford and Mr. Henon have knowingly and intelligently acknowledged these facts and have waived any potential conflict(s) presented by them.  *See* FED. R. CRIM. P. 44(c)(2).