IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **ROBERT HENON** | : | **NO. 19-64-2** |
| | : | |
| | : | |

**O R D E R**

AND NOW, TO WIT, this _____ day of _____ 2020, it is hereby

ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted.

**BY THE COURT:**

_____

J.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **ROBERT HENON** | : | **NO. 19-64-2** |

### DEFENDANT ROBERT HENON'S MOTION TO CONTINUE TRIAL

Defendant, by his attorney, BRIAN J. MCMONAGLE, Esquire, petitions this Honorable Court to continue his trial and states in support thereof the following:

1. Defendant's trial was recently scheduled to commence trial on October 26, 2020. The trial is expected to last 4-7 weeks.

2. Defense Counsel was previously attached to commence a jury trial in the case of U.S.A. v. Avrom Brown, et al, on December 7, 2020, before the Honorable Gene E.K. Pratter, a multi- defendant case scheduled to last 4-6 weeks.

3. As a result of the above-mentioned conflict, the defendant requests that the above-captioned case be rescheduled.

WHEREFORE, for the reasons stated above, the defendant requests that the trial date be rescheduled.

**Respectfully submitted,**

 **s/BRIAN J. MCMONAGLE**
 **BRIAN J. MCMONAGLE, ESQUIRE**

## CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Sentencing has been electronically filed and served upon the Honorable Jeffrey L. Schmehl, Assistant United States Attorney Frank Costello, and all Counsel.


s/ BRIAN J. MCMONAGLE
**BRIAN J. MCMONAGLE, Esquire**


**DATED: 7/28/20**