IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOHN DOUGHERTY *et al.*,

CRIMINAL ACTION
No. 19-64

## ORDER

**AND NOW**, this 2nd day of November, 2020, upon review of the below-referenced Motions, it is hereby **ORDERED** as follows:

1. Defendants' motions to sever the indictment into two trials, between counts 1-96 and 97-116, are **GRANTED** (ECF No. 69, 71, 74.);

2. Defendant Crawford's motion to sever the indictment into three-parts is **DENIED** (ECF No. 70).

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.