IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 19-64-2
ROBERT HENON :
USMS # 77029-066

## NOTICE OF HEARING

Take notice that Defendant is scheduled for a SENTENCING HEARING on **WEDNESDAY, SEPTEMBER 21, 2022, at 10:00 A.M.** before the **Honorable Jeffrey L. Schmehl** in Courtroom T/B/A of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** July 27, 2022

For additional information, please contact the undersigned.

By: Tanya L. Allender, Courtroom Deputy to J. Schmehl
Phone: 610.320.5030

Date: 7/20/2022

cc via U.S. Mail: Defendant
cc via email: Defense Counsel
U.S. Attorney's Office
U.S. Marshal
Court Security
Probation Officer Megan Maier
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)