UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 19-64-2 |
| | : | |
| ROBERT HENON | : | |

### ORDER

**AND NOW**, this 19th day of September, 2022, upon consideration of the Joint Motion of the parties to continue the sentencing hearing for Defendant Robert Henon (ECF No. 362), it is hereby **ORDERED** that the Motion is **GRANTED**, and that the sentencing hearing is continued until a date to be determined.

The Court finds that a continuance is necessary to give counsel for Defendant and counsel for the Government sufficient time to prepare, to resolve as many disputes pertaining to the Sentencing Guidelines as possible, and for the Court to resolve any issues that may need to be addressed prior to sentencing.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**