July 25, 2022

The United States District Court
Eastern District of Pennsylvania
Honorable US Judge. Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE:  Bobby Henon

Dear Judge Schmehl,

My name is Dawn D'Agostino and I am writing to you regarding former Councilman Bobby Henon.  Bobby "Robbie" to his family, is my first cousin, he is six years younger than me and consequently I have known him all of his life.  We were very close growing up and have tried to remain so as adults.  Robbie has unfortunately experienced many immediate family tragedies over the years that include the sudden passing of his sister when she was a teenager; then a brother who died while in his thirties; and then shortly afterwards his father's passing.  During those periods of grieving Robbie was a source of strength and guidance for his mother, a surviving brother and his grandmother.

Unfortunately, my observations of Robbie during periods of tragedy are not based upon speculation or conjecture.  When I was seventeen years old one of my sisters (Heidi) who was fifteen at the time was killed in an automobile accident.  The death of a child can be catastrophic to a family but particularly to the parents of the child.  When Heidi died I was immobilized by the tragedy and watched as my family imploded over the following year.  When Megan, Robbie's deceased sister, died, I marveled at how Robbie became the parent to his parents and to our family.  Robbie had the grim task of identifying Megan's body and delivering the news to his parents that Megan had died.  Immediately afterwards Robbie assumed the responsibility to become the family's liaison with the police, his Church, the funeral home and to his family and friends.  Ten years later, Robbie again stepped forward to serve in an identical role when his brother Paul died.  In both instances, while trying to process his own grief he led his parents and our larger family through tragedy.  Robbie opened his home and his heart to family and friends to lighten their loads during those awful periods.

Megan and Paul are buried in the same cemetery as Heidi.  While Robbie is not tall in stature by traditional measurements I vividly recall thinking at both Megan's and Paul's funerals how nobody was able to stand so tall and to provide hope and comfort during Heidi's funeral as Robbie exhibited during Megan's and Paul's funerals.

From my vantage point Robbie sought to provide hope and solutions not just to his family when they were being challenged but also to his neighborhood and to the city where he grew up. He saw a need for change and improvement and wanted to be at the forefront of helping that happen. He worked tirelessly within the community he represented to make life better for its residents. The benefits of his community work have reached far beyond the limits of his district. He has sponsored blood drives, building and/or initiating the maintenance and clean-up of playgrounds, environmental initiatives, food drives, and numerous other charitable events.

Robbie is kind, compassionate, and loving in his treatment and respect for others, especially those that he perceives to be less fortunate and who may be the victims of injustice. Robbie roots for the underdog and his work with the community for which he served can attest to his outstanding efforts.

I ask that Your Honor consider the great things that Bobby Henon has achieved for the City of Philadelphia when you determine his sentencing. I believe that the vast majority of the citizens of Philadelphia in Robbie's district will attest to his responsiveness to their concerns and his compassion when they were vulnerable.

I respectfully request that you will take this letter into consideration as you determine the just resolution of the matter before you.

Thank you for taking the time to read my letter.

Respectfully,

Dawn D'Agostino
1603 Colonial Drive
Feasterville, PA. 19053

To the Honorable U.S. District Judge Jeffrey Schmehl:

My name is Donna Henon. I am the mother of the defendant, Robert Henon, (Robbie, as family and close friends call him). Robbie grew up in a blue-collar neighborhood where most households were either police officers, firemen, union workers who mostly lived paycheck to paycheck. Rob was the oldest of four children, in a one-income family. I stayed home to raise the kids, as most women did at that time.  Unfortunately, Rob lost his sister Megan, at 17 years old, and his brother Paul, at 37 years old, which both were very devastating for the entire family and still have long-lasting effects until this day.

Robbie started his career in politics at a very young age. He was elected Vice President of Student Government, at Northeast Catholic High School. Shortly after graduating high school, his real learning of community service began. Robbie started handling neighborhood issues and local politics as a democratic committee person in the neighborhood where we lived. At the young age of 18 years old, while figuring out life and hanging out with his friends, he found his true calling which was the seed of public service.

At 19 years old, with the help of Local 98 family members, Robbie started working as a seasonal helper, which is a pre-apprenticeship program. After two attempts, Rob was fortunate enough to get accepted into Local 98's apprenticeship program. Robbie has worked for Local 98 for over 30 years.

Unfortunately, alcoholism was prevalent in the Henon family. I was an alcoholic. Rob's dad was an alcoholic. Rob's brother Paul was an alcoholic. Rob was an alcoholic. I mention this because at the most difficult time in our family's life Robbie was a year sober and thank God he was. If he did not take a year away from politics, people, places, and things, he would not have been there for me and the rest of the family. My daughter, Robbie's sister Megan, committed suicide at 17, devastated our family instantly. I could not function. Rob's father could not function. Our family had a very difficult time functioning with how to deal with the situation, but this is where Robbie stepped up, took charge under the most difficult circumstances. It is because of Rob's sobriety and his ability to take charge in a crisis situation that he and his AA sponsor, Ward Wright, had the God-awful responsibility of identifying his sister, my daughter, at the city morgue. Rob was the

one that I depended on to make funeral arrangements and help guide decisions after suffering such a great loss.

After the loss of my daughter, my own drinking got out of control, and I contemplated suicide myself. Rob had me committed into a mental health facility and after I was released, he took me to my first AA meeting. He has been instrumental in my recovery to this day. As of 4/8/2022, I am proud to say that I have 23 years of continuous sobriety. In the first four to five years after my daughter Megan's death, I also witnessed Robbie help his father get sober. He has also helped his brother Paul, his sister-in-law Sherree, and many of his friends. He would hold meetings at his house and go on 12-step calls.

In closing, your Honor, I'm pleading for leniency for my son. Aside from what I have already mentioned above, I have many health issues and I depend on my sons to help me to go to doctors' appointments because I can't remember and comprehend what the doctors say and for many other day-to-day needs. Among the health issues that I suffer from are: two mini strokes, three heart attacks, two stents, arthritis and major back issues, hip replacement that resulted in sepsis and still has adverse side effects, COPD, possible thyroid cancer requiring biopsy, mass in foot also requiring biopsy, no circulation in legs requiring bypass surgery, on 5/16/2022, diabetes, and angina attack. I can't walk more than a half a block without taking a break and I have an electric chair to get up and down my steps.

I belong to the Tacony Senior Group, which was in my son's district. I would go and have lunch there and Robbie would be there on many occasions too. Now they all ask me how he is doing, and they all say how much they miss him and how much they miss everything he did for them up here in the NE. My favorite thing about going to the Tacony Seniors was Robbie took a picture with them and said, "The best part of going to Tacony Seniors was having lunch with my mom."

Robbie dedicated his life to community service and really cared about making the NE a better place. His love for service started all the way back in his upbringing in Catholic school and it never stopped. Robbie never said no to anyone. It didn't matter whether they were Republican or Democrat or whether they lived in the NE or even Philly. If someone asked him for help and he could help, he didn't turn anyone down and that's what made me so proud of him, especially the senior citizens of Philadelphia. I got to see for myself what just a small part of what he did

for them since I'm one of them. I think I speak on behalf of many of them when I say how much he did for all of us seniors, a group that often times feels left out. I will always be proud of my son. Again, I plead for your leniency and I ask you to take into consideration how much good Robbie has done for the citizens of NE Philadelphia, especially the senior citizens. Thank you for your time and consideration.


Sincerely,


Donna Henon

Kirk Henon
1108 Hedgerow Lane
Philadelphia, PA 19115
05/16/2022

To whom it may concern,

I am the younger brother of Bobby Henon. I am writing this letter to provide you some insight as to how we grew up and the influence, guidance and impact my brother has had on my life and the life of my family. I hope that you will consider this when sentencing him.

My family lived in Wissinoming, Philadelphia, a working-class neighborhood filled with row homes. We were a family of 6 living in a 3-bedroom, 1 bathroom house. My older brothers shared a room, and I shared a room with my younger sister. My father, an electrician by trade, worked two jobs to send my siblings and I to Catholic school. Neither of my parents had much of an education and they were determined to provide us with the foundations for us to improve our lives. My parents struggled financially, my siblings and I all have stories where the tuition payment was late, and we were pulled out of class. We were periodically on food stamps. As a result, we all got jobs at an early age as it was the only way we were going to be able to afford anything that required disposable income. My parents had very little. My parents were also alcoholics, and the consumption of alcohol was a daily activity. I would get up on a Saturday to find my father at the kitchen table having a beer with his cheerios. Any non-work activities would always involve alcohol, be it fishing trips or fixing the garbage disposal. The consumption of alcohol resulted in escalated fighting between my parents which often descended into my father being violent with my mother. I personally witnessed him hitting her on multiple occasions, usually after we went to bed. I was woken by a slam against my bedroom door, and upon opening it saw my mother lying at the doorway, having been hit by my father. She always sent me back to bed. My brother, Bobby, as the oldest took it upon himself on several occasions to protect our mother, locking my father out of the house. When I was 12 my mother separated from my father, and took me and my sister, as the youngest, to live with my grandmother in a trailer park. My older brothers had to remain with my dad. My father was never physical with me or my siblings to my knowledge, but he had a temper, and he often was verbally abusive. When my mother was called to the school for any of us, she often kept it secret so that we would not incur the wrath of my father.

Bobby has always been a go-getter and always cared about his community. At 18 he ran and was elected committee man of our neighborhood division. He loved the community and was loved by the community and held that position for years. At one point, when I turned 18, I ran and was elected a committee man also, but I never had the commitment that he had, and I was done after

5/15/2022

my 4 year term.  However, during my time spent partnering with my brother it was clear to me that he was always going to do something in public service.  He loved and he excelled at it.

There is 5 years age difference between my brother, Bobby and ,I but it's always felt much more, because my brother always took on the protector role for me and my siblings and in a way I think Bobby allowed me and my siblings to have more of a childhood.  My brother Bobby drank until I was about 21 years old.  He told me that that the day he chose a life of sobriety was when he had been out all night and came to my apartment early in the morning looking for somewhere to stay.  I was getting ready for work.  He told me that he felt like a total loser that he was just coming in from a night out only to see his 21-year-old brother being responsible and going to work.  He has told me that was the moment that he realized he had to change the way he lived.  He couldn't look after us if he was unable to look after himself.  He got sober and his sobriety would change the family dynamic.

Two years later, in 1997 my sister committed suicide.  It was devastating to the entire family.  Bobby brought my father to the morgue to identify the body.  He made all of the funeral arrangements.  His house that he shared with his now wife Jill, was where we all congregated, immediate family, cousins, aunts, uncles, family friends, my sisters' friends.  This time is such a blur for me but I don't know how my family would have made it through without him being the family rock…the person we all leant on. Both my parents drank heavily to numb the pain. Both ended up getting DUI's.  My dad got one leaving the cemetery.  They needed help as they were individually on a path of self-destruction.  I lived with my mother at this time, I would come home from work, and she would frequently be intoxicated.  Both of my parents' health suffered because of this.  My mother had several strokes, a heart attack and my father also had heart issues and needed a defibulator implanted.  Alcohol was killing them.   My brother convinced both of them to enter AA at separate moments in time.  Not only did it change their lives, it changed the lives of my entire family.  Both of my parents got sober, my mother remains sober today and my father remained sober until the day he died in 2011.  When my brother Paul died of a heart attack in 2007, we feared that my parents would fall off the wagon, but Bobby kept the family together, again we congregated in his house for days, if not weeks, consoling each other.  My parents remained sober through this ordeal with the support of Bobby.  When my father passed in 2011 Bobby was the executor of the will, made the funeral arrangements and his home was where we went before and after the funeral services.  This is what I mean when I say he was the protector of the family.  He has been called upon far too many times to take the lead and save us all from ourselves during very traumatic times.  And he did it without complaint, never looked for recognition or gratitude. He did what we needed him to do over and over again.  I will be forever grateful.

Beyond the trauma, Bobby and Jill's house is where we go for holidays.  Christmas, Thanksgiving, July 4th, birthdays, the list goes on.  They bring my family, our extended family and any friends that are looking for somewhere to go, together.  When my mother had back surgery, she recovered in

5/15/2022

my brother's house.  When Bobby's mother in law had ankle surgery she recovered in Bobby's house.  Just today, my mother was having surgery and my brother Bobby was bringing her to the hospital at 6am.   My brother Bobby is who I go to when I need advice, he always has been.  I followed in his footsteps and became an electrician, which has provided me with a great career path.  He is very much respected and held in high regard within IBEW local 98 and my biggest challenge has been living up to his reputation, which has made me a better electrician and person.  To see him turn into the father that he is, so proud of his boys and they of him.  They work out together, the go to concerts together, they support their Philly teams together. It is the role he was born to play and he's a fantastic father.  As a brother and a son, my family have leant on him probably more than we should have, but he never let it be known that it was too much.  He took all our grief, all of our problems and tried to make it better I hope that you consider this when sentencing my brother Bobby.

Sincerely,

Kirk Henon

To the Honorable Judge Jeffrey Schmehl,


My name is Matthew Henon, and I am writing to you on behalf of my dad to ask for leniency. My dad is the hardest working man I know. For as long as I can remember, no matter what he's doing, he puts in 100% effort, a value which in my opinion he has taught me all my life. That being said, he has been to almost every single one of my sports games from the time I was playing tee ball, to when he drove me 5 hours to Boston for a hockey tournament, to coming to see all my high school games regardless of how much work he had. I've also seen his endless commitment to public service. All the people I speak to that know my dad have nothing but good things to say about him, especially about the things he does for them and other people. I've seen these things firsthand when he took me to numerous park and playground cleanups, and just seeing him help his constituents. Seeing the way that he is willing to give anybody the shirt off his back no matter what inspires me to be the man that he is one day. Because of him, I've pursued a college education in political science to one day be able to do what he did. I also decided to serve in the Army National Guard because I want to give back and serve people, just as he did. He went above and beyond when he was a councilman, regardless of what recognition he gained from it. Every decision he made in office, he had both the best interests of his family and his constituents in mind. To conclude, my dad is the best dad I could ever ask for. He did the best job I could imagine raising both me and my brother. No matter what happens with the sentencing, and no matter what happened with the trial, I will forever be proud of him and aspire to be half the man he is. I hope that when you consider his

sentencing, you keep in mind all the people who have been helped or positively affected in some way by him. Thank you for your time.

Sincerely,

Matthew Henon

Mhenon1@lsu.edu

267-437-9321

January 31, 2022

The Memorable US District Judge Jeffrey Schmehl

RE: Bobby Henon

Dear Judge Schmehl,

My name is Barbara Treffeisen and I'm writing to you regarding former Councilman Bobby Henon. Bobby is my nephew so I have known him all his life. We have always been very close...especially since we share the same birthday. He always makes it a point to call me on our "special day". His family has always been very important to him and he has shown his love and support in so many ways.

Bobby grew up in Philadelphia and at a young age he became aware of the need for change and improvement in his neighborhood and ultimately the city he sincerely loves. He has worked compassionately and tirelessly to help where help was needed, and this has brought about a lot of change and improvement to the community he represents...and beyond.

I ask that your honor consider all the good things that Bobby has achieved for the city of Philadelphia when you decide on his sentencing. He has a family who deeply love and depend on him.

Thank you for taking the time to read my letter.

Sincerely,

Barbara Treffeisen

2311 Orchard Hill Circle

Warrington, PA   19076

January 27, 2022

The Honorable US District Judge Jeffrey Schmehl

RE: Bobby Henon

Dear Judge Schmehl,

My name is Erin Dougherty and I am writing to you regarding former Councilman Bobby Henon.  Bobby is my first cousin so I have known him all my life.  We were very close growing up and have remained so as adults.  Family relationships and values have always been very important to us, especially Bobby.  He is a dedicated son, brother, husband, uncle, and most importantly, father.  His family has experienced many tragic times over the years with the sudden passing of both his sister and brother.  Bobby was a source of strength and compassion for his family, especially his parents.

Bobby Henon's family values carried over to his neighborhood and the city where he grew up and loved.  He saw a need for change and improvement and wanted to be at the forefront of helping that happen.  He has worked tirelessly within the community he represents to make life better for its residents.  The benefits of his community work have reached far beyond the limits of his district.  He has sponsored blood drives, building and/or cleaning up playgrounds for our youth, environmental initiatives, food drives, and many charitable events.   As a Philadelphia resident myself, I have seen firsthand the benefits of his work.  And I am proud.

Bobby is deeply kind, compassionate, and loving in his treatment and respect for others, especially those less fortunate and victims of injustice.  His work with the community for which he served can attest to his outstanding efforts.

I ask that Your Honor consider the great things that Bobby Henon has achieved for the City of Philadelphia when you decide on his sentencing.  He has a family who deeply love and depend on him.  His family and the people he tirelessly serviced over the years will attest to his great caring, concern, and compassion.  We can all only hope that our lives are judged on the totality of what we have done and not one phase.

I trust you will take this letter into consideration as you determine the just resolution of the matter before you.

Thank you for taking the time to read my letter.

Sincerely,

Erin Dougherty
12531 Chilton Road, Philadelphia PA

January 23, 2022

The Honorable Jeffrey Schmehl
Judge
United States District Court
Eastern Division of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, Pa. 19106

Dear Judge Schmehl:

I am writing on behalf of Robert Henon. I have known Bobby for over twenty years and I am grateful to call him a friend. I make no comment concerning the charges of which Bobby has been convicted, but I am respectfully requesting that the court carefully consider my perspective on Bobby as an individual when considering his sentence and while much will be said by others about the role of Bobby as a councilman and his many admirable accomplishments, I will focus on Bobby the friend and community member.

Bobby is the type of guy who calls and checks in when he knows your spouse has cancer. He's the guy who when you go to your nephew's football game you see volunteering in the snack bar. He's the guy when you go to the store during a pandemic you see getting groceries for other people – the guy you see raising money for others through basketball games and the guy you see fostering a dog until someone else takes it, or finding a lost dog and seeking its owner. He's the guy who survived cancer and then set about helping others through the same challenging experience.

Each of us leads complex lives. We have good days and we have bad and we all have something that drives us to get up in the morning. For Bobby, that drive has been a desire to be as the Jesuits would say "A Man for Others". Frankly if not for that drive, he would not have entered public life.

I am hopeful that when you read this and the many other letters sent on Bobby's behalf you will reflect not just on Bobby, but on what type of man draws the types of relationships that cause so many to write on their behalf, because to quote C.S. Lewis, "What draws people to be friends is they see the same truth. They share it." In this instance, that truth is to serve others and to be a friend first, a truth that drew so many of us to Bobby's friendship and a truth that allows us to remain friends.

Thank you for your consideration of this and the many other letters sent on Bobby's behalf.

Sincerely,

Hugh O. Allen

Marc Bofinger
2834Gillingham St
Philadelphia PA 19137

To the Honorable U.S. District Judge Jeffrey Schmehl,

I am writing this character letter, for a friend, an activist, a Christian, a politician and results driven man who has help hundred of thousands of Philadelphians.  As a Deputy Fire Chief in the Philadelphia Fire Department I have seen Councilman Hennon's effort to improve public safety for all Philadelphians, not just his constituents.   Bobby was committed to funding the PFD in order to support new apparatus purchases, fire prevention, neighborhood recruitment, CPR classes, firehouse condition improvements and staffing levels, which had diminished since the late 1980s.  Bobby has listened to department leaders, community groups and rank and file members of the Philadelphia Fire Department on improving our safety through effective city government.  He is friend to our fire service and has been committed to keeping citizens safe through prevention, code enforcement and a strong firefighting force in Philadelphia.  I cannot emphasize enough what he has done for the city firefighters and public safety.

I have known Bobby since we started at Northeast Catholic High School in 1983.  Just like all students, Bobby was taught to be a good Christian gentleman and put the needs of others before his own.  As students, the Oblate priests stressed character coupled with religious beliefs.  Each young man was presented with the opportunity to emulate Christ and serve humankind.  Bobby had turned his Catholic beliefs into his life works.  His zealous pursuit of good and his determination, built him a reputation of accomplishment.  I have worked with Bobby on various issues over the years.  He was able to build successful Charter schools in our district, build businesses where decay existed and help countless community and citizen groups to flourish.  He and his office furnished meals, household supplies and unlimited support during his tenure in council.

To conclude, I am asking for leniency for Councilman Hennon.  The work he has done for union and non-union employees, the citizens of Philadelphia, the students of both public and parochial schools is appreciated.  Bobby was always attending meetings, interacting with his constituents and helping the elderly within his council district.  When I had seen Bobby out socially, he was making connections and listening.  When I seen him professionally, he was always willing to help.  And when I have seen him in my community, it was to help a person or a group.  I will keep Bobby in my prayers, and I know he will continue to help others, despite his situation.  He deserves a break, so he may help others and learn from his mistakes.

Sincerely,

Marc E. Bofinger
Deputy Fire Chief, PFD

April 13, 2022

To The Honorable U.S. District Judge Jeffrey Schmehl

I'm writing this letter on behalf of my friend Robert Henon whom I have known since he was a little boy. My sons along with the Henon boys were good friends and attended the same schools and belonged to the same Church.

Robbie (as we called him) always showed an interest in politics and the well-being of our neighbors. At the age of 19 Robbie became our Committeeperson while his peers were still hanging out in the playground. He started a temporary town-watch because of some issues in the neighborhood and for a period of time he sat out with our neighbors on Friday nights until the issue was resolved. Robbie always made himself available for our community and would do whatever he could to resolve their issue. I will add, at this time in his life he and his family suffered a great loss his youngest sister a brother and his father passed away.

Our neighborhood was like a big family and Rob was a very large part of it. Still today we keep in touch with each other from the neighborhood and I can say that Robert Henon stands out like a bright light to me and my family.

Your Honor, I am respectfully requesting your leniency at his time for sentencing and take into consideration that he is a good father, son and friend and he is loved and respected by many.

Gratefully yours,

*Karen Boyle*

Mrs. Karen Boyle



**Brill Counseling, LLC**
Michael V. Brill, LPC, NCC, MS
**Licensed Professional Counselor * Substance Use Disorder Counselor * Adjunct Professor Gwynedd Mercy University**
Brillcounseling@gmail.com  *  267-240-0409

May 9, 2022

It is without hesitation or reservation that I write this personal and professional letter describing my lifelong friend, colleague and inspiration, Bob Henon.

Bob Henon and I attended the same Catholic schools, St. Bartholomew's and North Catholic H.S. in the Northeast Philadelphia section of Philadelphia.  Bob Henon stayed in that neighborhood to support and preserve it; while myself and most others left and could only watch and admire our friend Bob Henon do everything in his human and civic power to create and nurture a productive and pride community.

Our friendship has been for over 35 years, and I have only grown more fond of this man and friend over the years.  I was the same age and in the same grade as his late brother, Paul, but, through other mutual friends, I was blessed to be closer friends with Bob. The times we spent together were unforgettable and memorable. I played sports for Moss AA and he played for Wissinoming B.C. While this was a natural neighborhood rivalry, Bob Henon, kept it always on the field, never spoiling a friendship or quality time off the field with those he cared about.

Bob and I grew up in a time, when you were identified as a family: The Henon Family, The Brill Family etc. Or you were labeled by the playground you played sports or spent every waking hour you could playing and growing with friends. Humans were our friends, not technology.  Bob's foundation to his political career did not come through school, textbooks, research or other politicians; rather it came from the type of friendship he created with everyone that he came into contact with.  His care was rare, smile infectious and loyalty to friends and family was beyond stoic and stellar.  For as long as I have known Bob, he consistently commanded a human interest in a genuine, humble and friendly manner.

As we grew up and went our separate ways in education and careers, our neighborhood bond and friendship were undiminished.  No matter how much time had passed, our separation was minimized with Bob's immediate kindness and interest in my life.  It is a remarkable and appreciated trait that Bob possesses. Eventually, I lost touch with Bob and everyone I loved when my progression of alcoholism and addictions took me into Pennypack Park, homeless and hopeless.  On July 1, 2003, after 31 days of treatment I began my journey of recovery and over the past 18 years, 10 months and 10 days, Bob Henon has been a steadfast inspiration to me.  Knowing a lifelong friend succeeded in this recovering journey gave me hope.  Each time we spoke, he knew the right thing to say to help me get another day clean and sober.  He has helped me in ways he cannot even understand and that I can barely put into words.  Because of his inspiration and my recovery, I have become a Licensed Professional Counselor in the state of PA working in a Philadelphia rehab and private practice helping others.  I now teach Counseling at Gwynedd Mercy University and support interns going for their master's degree. I have become that inspiration that Bob Henon taught me by his words and examples.

He has been a public figure, politician and a Face and Voice of Recovery that continues to inspire me and countless others. Most of all, Bob Henon is a son, brother, father, husband, friend and my friend/inspiration and I, myself and countless others need him in our lives for the little bit of time we have left on this earth.

Sincerely,

*Michael V. Brill LPC, NCC, MS*

Michael V. Brill, LPC, NCC, MS
PA Professional Counselor #PC008431 / National Board-Certified Counselor ID: 282148

Updated 9/2017


MEDIA & ISSUE ADVOCACY

January 21, 2022

The Honorable U.S. District Judge Jeffrey Schmehl
Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Honorable U.S. District Judge Jeffrey Schmehl:

I am writing to you to ask you to consider and grant leniency in your sentencing of Bobby Henon.

I have known Bob for over 20 years. I met him when he was an electrician who was interested in politics and became involved with the activities of the union. He rose through the ranks from a gopher to the person responsible for political affairs to a member of Philadelphia City Council. In all his duties, he always displayed an ethic of hard work, attention to detail as well as a sense of humor and purpose.

During this time, not only did we work together, but I would consider him a friend. I always respected the fact he was never afraid to ask questions about subjects of which he was not familiar or when he wanted to look at a subject from a different perspective. For a man whose formal education ended at high school, he is cognizant of the issues of the world and has a wonderful sense of inquisitiveness.

One of Bob's best qualities is his sense of empathy. He appreciates that he has been more fortunate than others, especially among the constituents he represents. So many times, he would call me asking if I could help someone either through my firm or the clients I represent. His sense of wanting to assist goes from individuals to community-based organizations. I know how he has ached over the senseless violence in Philadelphia and his inability to make our City a safer place. During the civil unrest following the George Floyd murder, he understood the frustrations of those victimized unfairly by police, but also wanted to protect neighborhoods and businesses from the looting that occurred.

Bob is dedicated to Philadelphia and making it a better place. His Council office and staff is one of the hardest working in government. Though he will no longer be an elected official, I do not see his dedication waning and I know he will still be engaged in making Philadelphia a better place for all.

Your Honor, it is my firm belief that Bobby Henon can do more for our community as a free man then incarcerated for an extended period of time. I am confident he does not need a title or a paycheck to give his best to make our neighborhoods safer and more livable. His talents are unique.

**Philadelphia**
1525 Locust Street, Sixth Floor
Philadelphia, PA 19102
Tel: 866.885.4675

**Harrisburg**
300 North Second Street, Suite 702
Harrisburg, PA 17101
Tel: 866.885.4675

**Pittsburgh**
603 Stanwix Street, Suite 1679
Pittsburgh, PA 15222
Tel: 866.603.3674



Finally, I know his dedication to his family. He is so proud of his boys, and they are at a point in their lives where his ability to make a living and finance their educations will make a difference as to the direction of their lives. I know his one son has entered the military through his college and as a Father of two who are officers in the Army, I know how important this time is in the trajectory of their service.

Judge, Thank you for your consideration of this request. I know your position is a difficult one and in observing you in Court, I know how seriously you take your duties. I hope you will give Bobby Henon the benefit of considering leniency as a positive alternative to years away from his family and neighborhood.

Sincerely,

Lawrence A. Ceisler
Principal

**Philadelphia**
1525 Locust Street, Sixth Floor
Philadelphia, PA 19102
Tel: 866.885.4675

**Harrisburg**
300 North Second Street, Suite 702
Harrisburg, PA 17101
Tel: 866.885.4675

**Pittsburgh**
603 Stanwix Street, Suite 1679
Pittsburgh, PA 15272
Tel: 866.603.3674

www.ceislermedia.com

Febuary 10, 2023


Honorable U.S. District Judge Jeffery Schmehl

I am writing this letter in support of my friend Bob Henon. I want to briefly share my history with him and the positive impact it had on my life.

I became acquainted with Bob around 1986 in Philadelphia. In 2000 when I was in active addiction, homeless, and with two small children he sought me out to share his recovery.

I trusted him due to our personal relationship and I knew his desire to help was genuine. By the Grace of God I am still in recovery to my, and more importantly my children's benefit.   I know of many instances of Bob Henon assisting other citizens and their families consistently from 2000 until today. As a member of the same community, we worked together to participate to aid others. Block cleanups and other efforts to attempt a more peaceful neighborhood were consistent parts of our lives.

As a result of rebuilding my life, I eventually became a Director of a rehab where I remain today. Mr. Henon has a long history of responding to 12 step calls and help barriers to treatment. These are time consuming and frustrating endeavors and I do not remember a single time when   he did not help.

My family, which now includes two grandchildren, benefited from the efforts extended by Mr. Henon..   My community and the recovery community were as well.   I hope you can consider that long history of positve impact in this matter.

Respectfully,


John Cooper

February 1, 2022

The Honorable U.S. District Judge Jeffrey Schmehl

Dear Judge Schmehl:

This letter is regarding my friend, Bobby Henon.  I have known Bobby for over 27 years.  We met through an acquaintance at an Alcoholics Anonymous Meeting.  Bobby and I were both newly sober.

Bobby and I attended meetings together on a regular basis, about 3 to 4 meetings a week.  At the time, Bobby was an employee of the Electricians Union.  Once a year we would attend a spiritual weekend at the Men of Malvern's Retreat House.

When Bobby told me that he was running for City Council, I knew that he would be a great leader for Northeast Philadelphia.  Bobby was elected City Councilman in 2012.  Since day one Bobby has put District 6 first and foremost and has accomplished tasks that were integral to our community, including adding additional police officers to the 15th District.

On a personal note, I have watched Bobby grow as a man which including raising 2 wonderful sons, Matthew and Zachary. To this day Bobby's commitment to his sobriety, family and constituents is a testament to who he is as a person.  He has continually worked tirelessly for his community to ensure well being for all who live here.

For the past 10 years, Bobby and his office staff have supported my Autism Dart shoot which raises money for a Northeast Philadelphia Special Needs Program (STARS).  The benefit is held the first week of April every year.  This benefit allows the STARS Program participants to enjoy a bowling league once a week on Saturdays for 45 weeks out of the year.

5 years ago, Bobby and I started talking about building a Special Needs Playground in Northeast Philadelphia.  In August 2021, we made progress by getting an approval from the city regarding a location for said playground. Talks are ongoing with city engineers and planners.
I am hoping that you see Bobby as I see him, a family man who is committed to making Northeast Philadelphia a better place to live for all families.  A man who in his sobriety has bettered himself through community work and selflessness.  A man who is a wonderful husband, father and friend.

Sincerely,

Joseph P. Curran

 Gmail

## Bobby Henon

**Roseann Davis** <roejerdavis@gmail.com>                                    Sun, Mar 6, 8:14 AM
To: <support@bobbyhenon.com>

To: The Honorable U.S. District Judge Jeffrey Schmehl

I have known Bobby for well over 20 years. He has always been a true friend.
I am proud to call him my friend.

I am retired from City Council where I worked for previous and current City Council Presidents for 40 years.
I have never seen a Councilperson work so diligently and truly care for his constituents.
To mention only a few....
Bobby worked tirelessly throughout the Pandemic with no regards to his own health.  His main concern was to take care of anyone who needed it, by delivering food, masks, hand sanitizer and anything they might need.
He has spearheaded and personally worked several programs for the children and seniors and families in need.
He is truly a hands on Councilman with a heart of gold.
Always worrying about others and making sure they are taken care of.
Your Honor, I am asking for leniency on Bobby's sentencing.
The world is definitely a better place with him here helping others.
Thank you in advance for your consideration of this plea for leniency.

Sincerely,

Jerry Davis


Sent from my iPhone
Roejerdavis@comcast.net
215-380-8311

Heenan, Charles M - Bellmawr, NJ    Case ID: 2:19-cr-21... Document 430-3    Filed 02/23/23    Page 22 of 190
&lt;Charles.M.Heenan@usps.gov&gt;
To: "support@bobbyhenon.com" &lt;support@bobbyhenon.com&gt;

Honorable US District Judge Jeffrey Schmehl ,

Been friends with Bobby since we were kids growing up in Frankford area of Philadelphia played sports and went to school  with Bobby at North Catholic High School where Bobby was always involved with helping North be great high school. After we graduated

Had summer shore houses with Bobby where we had many great summers together. Bobby was always there for me and my family he is a great father to both his boys. Have watched him help northeast Philadelphia become one of the great spots to live in Philly

He was always working and really cared about Phila and people who lived there. Please consider Bobby's work for last ten plus years for Philadelphia when he is sentenced.

Ty

Chuck Heenan

Manager Maintenance Operations Support

421 Benigno Blvd

Bellmawr NJ 08031-9731

856-933-4031

**TOM HICKEY JR.**
201 SOUTH 25TH STREET
PHILADELPHIA, PA 19103

January 27, 2022

Honorable Jeffrey Schmehl
United States District Court Judge
for the Eastern District of Pennsylvania

Dear Judge Schmehl:

I write to you about Robert Henon, who I am aware is scheduled for an upcoming sentencing hearing before you.

I have known Bobby for 20 years, since we met during Ed Rendell's 2002 campaign for governor. We have remained connected professionally and personally since that time.

By the mid-2000's, I stopped working in politics, a decision I made because I found myself searching for leaders to believe in – people worth working for – and coming up empty.

Then several years ago after Bobby was elected to City Council, we talked about his plans to move the city forward. Even more than the agenda, his personal commitment was overwhelming. Even though I had stopped working in politics, I was excited to dig back in and help Bobby.

Ultimately, I came away from those experiences with one clear conclusion: in the two decades since we met, Bobby Henon grew from being a political aide like me into a leader that I admire.

Bobby is the kind of leader I had been looking for, one that has become too hard to find. He calls it likes he sees it, he's unafraid to take a stand, he works unbelievably hard and, while he may be imperfect like most of us, he absolutely loves to serve the people of Philadelphia.

I'm proud to call him a friend.

I am respectful of the fact that the final decision about Bobby's sentencing will be yours alone.

All I can hope is that that your decision will share my belief that serving the public good in this case means allowing Bobby the opportunity to resume his service as soon as possible, and to do get back to work doing good for the citizens of Philadelphia once again.

Sincerely yours,

TOM HICKEY, JR.

March 6, 2022

Honorable Jeffrey Schmehl:
5613 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106


Dear Judge Schmehl:
I am writing this letter on my longtime friend Bobby Henon. My name is Bill Ivers. I reside in Northeast Phila. I am 67 years of age of those I have spent 48 years in service to the public as a Republican Committeeman- ward leader and public advocate + volunteer. In the past 30 years I have witnessed the character and compassion of Bobby in many undertakings in the local neighborhood. Organizing food banks, Philly Play for kids all over the city, senior citizen events, diapers for those in need, and assistance in those who lost a place to live, just to mention a few. And on a personal note about Bobby he has had his struggles in life. He has been sober for near 30 years. In his darkest hours in sudden loss of his brother and sister he had the fortitude to follow the program of AA. He has demonstrated compassion, love and support to his brother and children when confronted loss of their father. Bob has survived minor cancer prostate surgery 11 years ago. He cares for his mother who has major health issues. Bobby is happy and shining soul always reaching out to those in need. And regarding his boys "Matt" and Zach he is a loving caring dad. Spending quality time with them coaching, fishing, and being there for them with their life challenges, they are well mannered, respectful boys being raised by loving parents, Jill and Bobby. In all my years in meeting elected officials, religious leaders, civic organizations, have I seen one of the hardest working elected officials. Hands on in every aspect of his duties to those who elected him.
Your Honor I ask you to let compassion be your guide in your decision on this good mans future.

Respectfully yours

William P. Ivers

8315 Alicia St

Phila PA 19111

215.380.5824

MARCH 6, 2022

HONORABLE JEFFREY SCHMEHL,
5613 U.S. COURTHOUSE
601 MARKET ST
Philadelphia, PA 19106


DEAR JUDGE SCHMEHL,

I AM WRITING THIS LETTER ON MY LONGTIME FRIEND BOBBY HENON. MY NAME IS BILL FYERS. I Reside IN NORTHEAST PHILA. I AM 67 Y/rs OF AGE OF THOSE I have SPENT 48 YEARS IN SERVICE TO THE PUBLIC AS A REPUBLICAN COMMITTEMAN - WARD LEADER AND NEIGHBORHOOD ADVOCATE + VOLUNTEER - IN THE PAST 30 YEARS. I have WITNESSED THE CHARACTER AND COMPASSION OF BOBBY IN MANY UNDERTAKINGS IN THE LOCAL NEIGHBORHOOD. ORGANIZING FOOD BANKS, PHILLY PLAY FOR KIDS ALL OVER THE CITY, SENIOR CITIZEN EVENTS, DIAPERS FOR THOSE I NEED, AND ASSISTANCE IN THOSE who LOST A PLACE TO LIVE. JUST TO MENTION A FEW. AND ON A PERSONAL NOTE ABOUT BOBBY HE has had his STRUGGLES IN LIFE. HE HAS been SOBER FOR NEAR 30 YEARS. IN his DARKEST HOURS IN SUDDEN LOSS OF his BROTHER AND SISTER HE had THE FORTITUDE TO FOLLOW THE PROGRAM. OF AA HE HAS DEMONSTRATED

COMPASSION. LOVE AND SUPPORT To his BROTHER
CHILDREN When CONFRONTED LOSS OF Their FATHER.
BOB HAS SURVIVED MAJOR CANCER PROSTATE
SURGERY 11 YRS AGO. He CARES FOR his
MOTHER WHO HAS MAJOR HEALTH ISSUES.
BOBBY is HAPPY AND GIVING SOUL ALWAYS REACHING
OUT To THOSE IN NEED. AND REGARDING his BOYS
"MATT. MAX" AND ZACH He IS A LOVEING CARING
DAD. SPENDING QUALITY TIME With THEM COACHING,
FISHING. AND being theIR FOR THEM With
THERE LIFE CHALLENGES, THEY ARE Well
MANNERED, RESPECTFULL BOYS BEING RAISED
BY LOVEING PARENTS. , JILL AND BOBBY. IN
ALL MY YEARS IN MEETING ELECTED OFFICIALS,
RELIGIOUS LEADERS, CIVIC ORGANIZATIONS, HAVE
I SEEN ONE OF THE HARDEST WORKING ELECTED
OFFICALS. HANDS ON IN EVERY ASPECT OF
his DUTEES TO THOSE WHO ELECTED him.
YOUR HONOR I ASK YOU LET COMPASSION
BE YOUR GUIDE IN YOUR DECISION ON
THIS GOOD MANS FUTURE

RESPECTFULLY YOURS
WILLIAM P. IVERS
8915 ALICIA ST
PHILA PA, 19111
215  380-5824

Michael Jackson

3167 Weston Street

Phila. PA 19136


RE:  Bob Henon


To the Honorable U.S. District Judge Jeffrey Schmehl:


Your Honor my name is Michael Jackson, I am a 20 year veteran of the Philadelphia Fire Department currently serving as a Battalion Chief. I have known Bob for well over 10 years. Our friendship started out as both of us raising our kids together. Bob's two boys and my two boys are the same age. Our friendship really took off as dad's coaching numerous sports teams at Torresdale Boys Club. It is here that I got to see the true Bob Henon. Bob treated all the kids in Torresdale with kindness and respect. Either coaching or working the snack stand Bob was a very active member of the Torresdale Boys Club lending a hand wherever her could. From setting up a T-Ball stand or being a line referee in soccer games Bob was the go to guy.

What Bob excelled at was bringing parents and kids together. One of my greatest interactions with Bob was when he put together a hockey league at Torresdale for all the kids in the neighborhood. Foot hockey was a big deal in Torresdale thanks to Bob. He ensured all kids participated but also encouraged kids and parents to hang around after a game, grab a snack and enjoy each others company. Again we were all raising our kids together in the neighborhood and this was a great opportunity to get to know our neighbors Bob would say.

In speaking of his character, Bob Henon, the dad side I saw so much I can say I have had wonderful experiences. We were always together rooting on our sons at soccer, baseball or lacrosse. One Thanksgiving Eve Bob called me and said he wanted to set up an early morning Thanksgiving football game. Sons versus Dads. I didn't think he could pull it off in such a short time but he did. Well over 20 fathers and sons showed up on that cold morning all because one dad Bob Henon believed in getting others together. True friendship I can say.

Your Honor in ending I ask that you consider the wonderful things that Bob Henon has done for his community. He was always around and supportive of his community. Thank you.

Michael Jackson

**To: The Honorable U.S. District Judge Jeffrey Schmehl**                     January 31, 2022

Dear Justice Schmehl,

My name is Gregg Kravitz, and I'm reaching out to you on behalf of Bobby Henon, a man who has been a dear friend and professional mentor to me for more than a decade, starting when we met in 2010, before he was even a candidate for City Council.

At that time I was in my late twenties, and I was a candidate for State Representative in Pennsylvania's 182nd District. Bobby was the Political Director for the Electricians Union, and I was seeking their endorsement. On the surface, I knew it would appear to be a bit of an odd pairing: I'm an openly queer, Jewish, college-educated, white collar guy who grew up in the Philadelphia suburbs and running for a State House seat representing Center City - no one was confusing me for a Union Boss!

But I sought their endorsement because I thought that my values as a person and my platform as a candidate were in line with the things that the union fought for - workers' rights, equality, and helping those less fortunate. I ultimately earned the trust and support of the union, but I lost the election to a long-time incumbent.

Running for office is mentally, physically, and emotionally exhausting. After my loss, I was feeling a little burned out and considering a different career path. I was in a bad place financially, having invested a lot of my savings into my campaign, and in the aftermath of an unsuccessful run for office, you quickly see that a lot of your "friends" and "supporters" were only standing with you because they stood to benefit if you won, and those people stop returning your phone calls.

Bobby, however, never wavered. He had no reason - personally, professionally, financially, or politically - to help me out. But he saw something in me that I couldn't see in myself at that time. He was familiar with my skill-set, work ethic, and professional aspirations, and Bobby took it upon himself to introduce me to people in his network who had hiring needs that ultimately became the next steps in my career.

In short, I would not be the person I am today, personally or professionally, without the support, guidance, trust, and friendship of Bobby Henon.

He is a man who cares deeply about his family, community, friends, and mentees. And I respectfully ask that you please consider the positive impact that Bobby has had on me and countless others when you issue his sentence. Please show mercy and leniency. No one is perfect, but the Bobby Henon I know is a man of character, and I ask that you please administer a sentence that grants Bobby his freedom at the earliest possible opportunity so that he may continue to serve our community and be there for his family, friends, and future mentees in the same manner that he was there for me.



Sincerely,

Gregg Kravitz

Honorable U. S. District Judge Jeffrey Schmehl,                              January 26, 2022

Honorable Judge Schmehl,

I am hoping this letter finds you well. I am writing this letter with sincere concerns for a friend of mine and a friend of many others that I am aware of in our community. Being born and raised in the North Philadelphia and Kensigton sections of Philadelphia and making my permanent residenceof 30 years in the East Torresdale area I have experienced and witnessed the best and worst of times in this great city that I love.

My pleasure of meeting Bobby Henon occurred approximately 15 years ago when he approached me to thank and show his appreciation for coaching a soccer team that his niece was a player on. At the time I was supervising a unit of Deputy Sheriff's who were responsible for providing security at a council hearing in City Hall. I mention our first encounter to express how kind and personable this gentleman was in our conversation. We discussed briefly about the team, the club and our neighborhood. Our paths crossed often over the years mainly at our youth organization when the young Henon boys, Matt and Zach, participating in our sports programs.

Eventually Mr. Henon was elected to serve our district in City Council and I compose correspondence to show my appreciation for all he, and his office under his guidance, has done for not only for our local communities but Philadelphia in general.  Bobby Henon's acts of good faith have benefitted many families and children over the years he has been employed as a public servant. Mr. Henon has advocated for the less fortunate with basic necessities and especially with those affected with food insecurities by partnering and volunteering with Caring for Friends. He and his office have always been responsive to residential victims and property owners with matters of public nuances and unsafe issues that arise. He has introduced and supported ordinances to address such situations. Mr. Henon has been a major supporter of law enforcement and working families. Our parks, playgrounds and recreational facilities are much safer and useful due to programs that Mr. Henon spearheaded on behalf of our children. Our Civic Associations, Youth Sports Organizations. Churches, Schools and Senior Groups have always had representation from Mr. Henon's Office at meetings and events. Most events Bobby has attended himself. Mr. Henon is a perfect example of a "hands on" person. His personal and professional social media presence has been above grade and informative for his followers. I can honestly say that I have not known of any elected official that is, or has been, as caring, passionate and loyal as Bobby Henon is to his constituents.

Your Honorable Judge Schmehl if there is such a standard as mitigating circumstances in the federal guidelines for sentencing please take into consideration the aforementioned factors in this letter. I pray and plea for your leniency for a good man.

Sincerely

Jan S. Lee

Kristen Lepkowski
208 Beechwood Drive
Huntingdon Valley, PA, 19006

February 1, 2022

RE: Mr. Robert Henon

To The Honorable U.S. District Judge Jeffrey Schmehl,

I am writing to you on behalf of Bobby Henon. I was first formally introduced to Bobby over twelve years ago, by a mutual friend, while Bobby was campaigning for a seat on the Philadelphia City Council. I had known of Bobby prior as our children attended the same grade school and my daughter was a classmate of his son.

I was born and raised in the council district that Bobby presided over. While I no longer reside there, I have very strong ties to the community with friends and family still living there. I have also coached two varsity sports at St. Hubert Catholic High School for Girls, located in the Sixth Council District of Philadelphia, for the past twenty-three years.

To say that Bobby is an integral part of the community is an understatement. I can say with full confidence that very few people have contributed to the community in the way that he has. I have watched multiple people benefit from the good that Mr. Henon has done. From creating programs for and supporting children, to assisting senior citizens, Bobby is always more than willing to jump in and promote the betterment of anyone and everyone. He works very hard to improve the quality of life for everyone in the community. He is a hands-on leader, and makes himself available to his constituents. I have personally witnessed this as a coach. Bobby has helped our team on more than one occasion. Not only does he direct us to available services to help maintain the quality and safety of our playing field, he willingly supports our players and staff. While Bobby supports our players on the field, he also helps us teach valuable lessons. Bobby has created many opportunities for our girls to volunteer in the community, teaching them just how important it is to be involved, and be productive members of society.

As I mentioned earlier, our children attended school together. I have interacted with his sons on several occasions. They were polite, respectful of themselves, their classmates, and their school. To see the way these boys carried themselves at such a young age, it was clear to me,  they were being raised with good values. After actually meeting Bobby, I was reassured of this.

I am respectfully asking for leniency in the sentencing of Mr. Henon. He isn't a good man, he is a great man. I am hoping you will take into account all the good that Bobby has done, and will continue to do.

Sincerely,
Kristen Lepkowski

April 16, 2022

Dear Judge Schmehl,

I appreciate your taking the time to read my letter regarding my friend of over thirty years Bobby Henon. I write of portraying a side of Bobby that often goes overlooked.

Bobby and I met back in the late 1980's (Bobby was in his early twenties and I was a few years older) when we were recruited to run for Democratic Committeeman by then City Commissioner Marge Tartaglione who was the area Ward leader. Marge had recruited a handful of younger folks and we all immediately bonded and hit the ground running. Our blue collar Frankford neighborhood was showing serious signs of neglect.

Within a few short months we had organized the 62nd Ward Anti Graffiti Unit and set out to purge our area of this blight. We had a few volunteers help us at that time and ultimately we were able to secure court ordered community service youths from the community. Our efforts became widely known rather quickly and as a result we grew the operation to include almost the entire Frankford community. Bobby was there from the beginning and never missed a Saturday or Sunday morning sweep. We then began organizing clean ups of local recreation centers,parks, and too many abandoned lots to mention. Bobbys efforts, as well as a handful of others, were tireless and our area started to appear that it had renewed life. He helped make a difference in rowhome folks quality of life. Our efforts, to be clear, were strictly voluntary.

Another off shoot program of our aforementioned efforts was a driveway/alley way light replacement committee. The City of Phila. at that time had ceased  replacing the bulbs or repairing the fixtures. By this time an apprentice with Local 98, Bobby took the lead in working with our elected officials, Local 98, and neighborhood business owners and developed a program whereby insuring our driveways were once again illuminated for some years to come until the City reinstituted their efforts. Bobby, almost singlehandedly, made that effort successful and I will say we were the only area in the Northeast that had these types of programs happening. Bobby Henon was there from the beginning. Many years later Tom Conway of the City of Philadelphias Community Life Improvement Program said their program was modeled after what we were doing in Frankford.

Additionally I'd like to say that I've know the entire Henon family, as I mentioned, for over thirty years. They were/are a blue collar family and have worked hard to remain a strong family unit. Bobby in many respects has taken the lead on many family decisions and continues to support not only his immediate family but his Mother as well. He is a good man.

Lastly, and on a more personal note, Bobby has lead a sober life for well over twenty years. In July of this year I will have completed, God willing, 10 years of sobriety. When I first entered the program of Alcoholics Anonymous I reached out to Bobby and, as has always been the case, his hand was there to help me as he has many other new comers in the program. If you knew him you'd know that's who he is and who he always has been.

I would of course be more than happy to discuss any of these topics at greater length if you are interested Judge Schmehl.

I respectfully ask that you consider the Bobby Henon I, and so many others know, when his punishment is meted out.

Respectfully submitted,

Mark S. Lopez
215 208 4400
latinolite@verizon.net

Dear Honorable U.S. District Judge, Jeffrey Schmehl,

I am writing in regard to Robert Henon. Bobby is a lifelong friend of mine, who I've always admired. Bobby, even as a young man, dedicated himself to whatever he was involved with. Growing up, Bobby played a variety of sports in both inter-school competition, as well as recreational. Although some of the teams he represented saw more defeat than victory, Bobby continued with passion. Bobby's loyalty and dedication were apparent from a young age. He is a born leader. From as young as I can remember to adulthood, Bobby has been the glue that binds our friend group together. We could always count on Bobby to organize pickup games, barbecues, or hangouts by the lake, and agree that if it was not for his take-charge approach, we would have grown apart.

As High School graduation approached, Bobby had already decided he would become an electrician, like his father. In our neighborhood, the common goal was to secure a Union job, find a wife, and start a family. Bobby seemed to be on his way. As we got older, our friends began partying more. A few of us got caught up with drinking too much, including Bobby. He went through dark times and started to isolate himslef. After awhile, encounters with Bobby were occasional and, as we were caught up in our own lives, we did not think too much about it. Later we found out, Bobby was getting sober. He was highly involved in the union and neighborhood politics. Bobby did not allow his priorities to stay at the wayside, he took the initiative to get sober, and started to become the stand-up man he is today!

I, myself, got caught up in the disease of alcoholism. My life was in a downward spiral and I thought there was no way out. In my desperation, I reached out to Bobby for help. I can honestly say he saved my life! Bobby stopped everything to help me, he showed me how to stop

drinking, and taught me how to live one day at a time. From there, our friendship strengthened, we built a bond where my kids only knew him as Uncle Bobby and his called me Uncle Scott. Bobby taught me how to be honest in life—to be a man of integrity and honor. He was the person I wanted to emulate.

Bobby has done great things for the community as a whole, as well as, for individuals from the neighborhood. I have had the privilege of joining Bobby in his efforts to keep the youth of the community on the right path. For example, Mathew Sheeran. A priest from North Catholic called Bobby about a young man entering his senior year. The priest explained the boy had an abusive alcoholic father and needed housing.Without hesitation, Bobby recruited a couple guys he knew could help—luckily I was one of them. We met Mathew, who only owned the shirt on his back, found him a small apartment, took him shopping for clothes and necessities, and got him a part-time job. We stayed in touch with Mathew weekly to make sure he was doing the right thing and had everything he needed. Mathew was incredibly grateful and made us all proud as he graduated North Catholic with first honors and went on to join the United States Air Force! Bobby played an influential role in changing that young mans life around. This is just one of the many people Bobby has helped on a personal level.

Even through tragedy, Bobby has shown selflessness. When Bobby's sister passed away from mental illness, he bared the burden for his parents, and took care of the arrangements. His parents struggled through the mourning of the tragic loss of their daughter, both alcoholics themselves. Bobby's parents credited their sons unwavering strength to his sobriety, they looked to him for help, and got sober when he introduced them to Alcoholics Anonymous. Since Bobby's been sober, he's never refused anyone who's asked for his help in finding their own

sobriety. The disease of alcoholism ran rampant in the Henon family. Sadly, Bobby's brother, Paul, died from the disease. Bobby stepped up to be there for Paul's two sons the best he could.

I've never met a man like Bobby Henon! I was always amazed by his high energy with such a demanding schedule. His undying loyalty to Local 98 and other union trades kept him busy, but Bobby is a family man! He's always taught by example to work hard and love your family! I am always proud of Bobby for his accomplishments and the way he climbed the ladder of Local 98 through hard work, but I am mostly proud of him for the family man he is. Behind every great man is a great woman, and that could not be more true of Bobby's wife, Jill. Together they have two boys, Mathew and Zachary, whom are thriving. Bobby's dedication to Local 98 took time away from home, but Bobby never faltered in remaining a present and loving husband and father!

As I close, Your Honor, I would like to further emphasize Bobby's dedication to helping others. Bobby and I have been through hell and back—we've celebrated successes and grieved during hardships. Something that has stayed constant through it all, is Bobby's willingness to help others—whether it's in the community, one of his friends, or his family, Bobby has never failed to be there. I know this first-hand because I am one of the lucky ones Bobby has positively impacted. I am proud to call Bobby Henon my best friend!

Sincerely,

Scott McIntyre

February 1, 2022

The Honorable U.S. District Judge Jeffrey Schmehl

Dear Judge Schmehl:

This letter is regarding my friend, Bobby Henon. I have known Bobby for over 15 years. I met Bobby through volunteering for our Community, Pennypack Woods Home Owners Association. Bobby has been a crucial part of getting the community involved in senior programs as well as increasing resources for low-income families.

Bobby is always willing to help in times of need, especially the past 2 years of the Covid-19 Pandemic. He was instrumental in keeping the community informed with daily updates and any changes to city wide mandates. He used his office as a means for people in need to receive free food boxes, diapers and baby formula. I have personally volunteered to help to provide support in many of Bobby's sponsored community events.

I am hoping that you see Bobby as I see him, a dedicated community leader who takes a great deal of pride in helping all people in need. He is a wonderful husband, father and friend.

Sincerely,

Lori Moran

*Law Offices*
*James Edward Mugford, Sr.*
*932 Benson Street*
*Philadelphia, PA 19111-1433*
*Tel. 215-224-4444*
*Fax. 215-224-4445*
*Email: jimmugfordlaw@verizon.net*

Honorable Jeffrey Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re: **U.S. v. Robert Henon**
       **Case No. 19CR0064**
       **Sentencing: 4/13/2022**

Dear judge Schmehl,

    I am writing this letter on behalf of Robert Henon, the defendant in the captioned case.

    I have personally known Robert Henon for many years.

    Robert Henon is a true gentleman who has represented his constituents with integrity contrary to the verdict in this matter. He has been a strong and honest voice for the citizens in Philadelphia City Council and a hard working family and neighborhood oriented man. He has been a positive influence all his life.

    I am requesting that you give your kind consideration to imposing a minimal sentence and/or allowing bail pending appeal.

              Respectfully,

              JAMES EDWARD MUGFORD, SR.

JEM:loc
Cc: Robert Henon

Carol O'Brien

8707 Yale Place

Philadelphia, PA 19136

215-335-3092


August 21, 2022


To the Honorable U.S. District Judge Jeffrey Schmehl:

I am writing this letter on behalf of my longtime friend, Bobby Henon.  My name is Carol O'Brien; I am 72 years old and reside in the 57th Ward 17th Division with my husband John O'Brien.


My husband, John, is sober 39 years.  I had the pleasure of meeting Bobby Henon approximately 24 years ago at an AA function.  My husband sponsors Bobby Henon's sponsor, so immediately, there was a connection we all shared.  As in most cases, as the friendship developed, he began to know who Bobby Henon was and what he was about.

I found Bobby Henon to be a kind man who was pleasant, caring, respectable, sincere and always willing to lend a helping hand. Bobby kept a beautiful home which was always open to his friends.


I have great admiration for Bobby Henon.  Bobby's sobriety was of the upmost importance to him.  Bobby stayed sober during the sudden loss of both his sister and brother.  Having been surrounded by members of AA for many years, experience shows me this is not always the case.  Too often old habits die hard and folks lose their sobriety when tested under such circumstances.  Bobby stayed sober.  He had the fortitude to follow the program in his darkest hours.  I saw Bobby step up to help and guide his brother's children who had just lost their dad.  Bobby was an exceptional uncle who took the children under his wing and treated them as his own when they needed him the most.  Bobby did the work and did his beat to fill the role of father after his brother passed.  Bobby worked tirelessly to do the best he could under these trying circumstances and, in my opinion, he succeeded.

It is also important for me to mention, Bobby Henon, stayed sober during his diagnosis with cancer.  Once again, unfortunately, it is not always the case for people in the program to maintain their sobriety during the trying times of their lives.  Bobby Henon has been tested time and time again and has demonstrated to be a man of courage, strength, and conviction.  Bobby Henon has worked hard to have the teachings of the 12-step program imbedded in his soul.  This is no small feat and needs to be included in painting the picture of who Bobby Henon truly is.

Four years ago, during a conversation with Bobby Hanon, I mentioned by husband, John, was celebrating his 35th AA Anniversary.  Bobby immediately reached out to John to invite him to dinner with a few friends prior to attending John's anniversary meeting.  This small act exemplifies the man Bobby Henon is – kind, considerate and respectful.

My husband and I served as Republican Committee Persons in the 57th Ward, 17th Division for over 30 years.  When Bobby Henon ran for City Council, I supported him not simply because we were friends, but because I know Bobby Henon is a man who truly cares about our neighbors, our neighborhoods, our children and our city at large. I knew in my heart Bobby would do his best work for his constituents and to help our city thrive.  I trust Bobby Henon.

I reside in Pennypack Woods Home Ownership Association which is a non-profit cooperative consisting of 1000 units housing 1000 families which is located within Bobby Henon's former council district, I also serve on the Board of Directors of the Association. In my humble opinion, I always found Bobby Henon to be a councilman who served the needs of our community in a timely manner. Whether we needed pot holes filled, or recycle bins were needed or we requested a shredder event, or his attendance at our annual 4th of July Parade, Bobby would be there. Bobby sponsored Breakfast with Bobby for our Retirees Club and had his staff members regularly attend the Retirees Meetings to provide notary services and guidance for our seniors.  Bobby was a hands-on councilman in our district who served his constituents well.

My husband has a great deal of health issues.  Bobby regularly reached out to us to see how John was doing and to ask if there was anything he could do.  This is who Bobby Henon is.

In closing, I thank you for taking my statements into consideration.  I have known Bobby Henon for a very long time.  I have always found Bobby Henon to be a sincere, kind caring man.  I am proud to call Bobby Henon my friend,

Respectfully submitted,

Carol O'Brien

**Joseph M. Rafter, Jr.**
1526 Yacht Avenue
Cape May, NJ 08204
jrliberties@msn.com
(267) 251-2704

April 25, 2022

Judge Jeffrey Shmehl,

Bob Henon and I have been friends for nearly 4 decades. First as fellow Northeast Catholic Falcons and later as our paths crossed professionally through Local 98 and his good work as a City Councilman. As busy as Bob became in the latter, he always remembered and respected his roots - he was always accessible. He would never not return a phone call regardless of whether he could help or not. Because of my own civic (volunteer) involvement, I too was very accessible to my roots being born and raised in Fishtown. This often led to folks needing help with various issues - from potholes, neighborhood crime to navigating the application process of Local 98.  Although he of course was not able to help with every request, he would always return the call and provide follow up either way. A rare occurrence in today's politicians.

As a result of my countless interactions with Bob, I grew to appreciate just how much is asked of him on a daily, probably hourly, basis. And for every person he could help, there was one or five that he could not. In other words, constant scrutiny and some grateful and many not. But because Bob is truly an unselfish and genuinely good man he sacrificed so much to be a public servant all those years.

 I myself have two brothers in local 98 - they make a nice living, and earn a family sustaining income. They have great health care, an annuity and a pension. The success of so many working class families in Philadelphia is attributed to Bob and his work. He sincerely cares about these families and I believe it's what has driven him all these years. Bob is oxygen to the working class community in Philadelphia and his absence will be immensely missed. I respectfully ask that you consider my personal experiences with him in your decision.

Sincerely,


Joseph M. Rafter, Jr.

# FREDERICK PATRICK SANTARELLI
### 2933 South Broad Street
### Philadelphia, Pennsylvania 19148

February 14, 2023

Hon. Jeffrey L. Schmehl
U.S. District Court for the Eastern District of Pennsylvania
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

**Re:   USA v Robert Henon (2:19-cr-00064)**

Dear Judge Schmehl:

I have been a practicing attorney in the Pennsylvania federal and state courts for over 34 years.  I am President of Elliott Greenleaf, P.C., at which I have practiced law since 1990, following a judicial clerkship for President Judge James C. Crumlish, Jr. of the Commonwealth Court of Pennsylvania.

I write on behalf of my friend, Mr. Robert Henon.  I have known Bobby for about fifteen (15) years, having first met him when he worked for IBEW Local 98, and coming to know him better while he served as City Councilperson.

As a lifelong Philadelphian, I am grateful for Bobby's service, not only in fighting to create jobs and opportunities for working class people, but more importantly and personal for me, for his working to ensure our elderly feel safe in our neighborhoods.  I specifically recall my Mother and Aunts, all in their 80's, separately telling me things they knew Councilman Henon did for seniors and neighborhood safety -- matters of utmost importance to our Seniors living alone in Philadelphia's neighborhoods.  At such times, I was always proud to tell my Mom and Aunts, "I know him", "he is my friend", "he cares for our City".

Bobby is a good person.  I know he cares and always stands up for people who need help.  I fully and whole-heartedly stand up for his character as being a sincere, kind, caring person -- someone I know will continue helping all of us stand up for and support our most vulnerable neighbors.

Respectfully,

FREDERICK P. SANTARELLI

cc:   Brian McMonagle, Esquire

February 22, 2022


James Stevenson
9 Lori Lane
Huntingdon Valley, PA  19006


The Honorable U.S. District Judge Jeffrey Schmehl:

My name is James Stevenson and I am writing to request leniency in the sentencing of Robert Hennon.

I have known Bobby for about 25 years.  He is a dedicated family man and Jill; Matt and Zack will be devastated by his absence.  Bobby also plays an integral part in caring for his mother. She has a variety of health issues so she will also be greatly affected by the void his absence will bring.

My family owned and operated a business in his District, for many years.  Any time we had questions or issues with various taxes and licenses, Bobby and his staff were always helpful. Navigating the various departments in the city can be challenging and they always guided us to the proper contact.

I have been with Bobby at many charity events.  He has always been generous with his time to numerous causes.  In particular, I worked with Bobby and his office to develop a partnership with The Interfaith Hospitality Network.  A Satellite office was opened above his office at 6730 Torresdale Ave to house battered and abused women and their children.

The community will greatly miss Councilman Hennon and his hard work and dedication to the community.

Sincerely,
Jim Stevenson

## DELAIRE LANDING
## SENIORS

JANUARY 28, 2022

HONORABLE U.S. DISTRICT
JUDGE JEFFREY SCHMEHL

Your Honor,

I am writing to you about Bobby Henon who was the Councilman for my district in Philadelphia. He is also what I consider to be a friend.

We met approximately 12 years ago at the FOP Lodge #5 when he came in to address our Executive Board. He wanted to understand the Police Officers and how he could help to make their lives easier, promote good well-being for them and get them the necessary tools that are much needed for their jobs. He worked tirelessly on behalf of the Officers. I retired in 2013 and continued to see Bobby at various functions.

I moved to Delaire Landing in 2015 and became invoived with the Delaire Landing Seniors Group. First as a member then Vice President and then President. I worked with Bobby on the betterment of our Seniors. He was a strong advocate for Seniors. He would do various events for them, such as: Bowling events, movies Spring and Holiday times, entertainment, lunches, and health fairs several times a year. Bobby understood Seniors are on a limited income and did everything possible to help their situation. He held shredding events throughout the year, also gathering household items, old computers, priinters etc. These events are a huge help to the seniors. He will return calls to us whenever needed; he stops by just to say hello at our meetings. He genuinely cares for the Seniors. He has his staff assigned to check on us to see what if anything we need, or he can help us with.

Your Honor, I do not want to seem forward, but I am asking for you to consider leniency at his sentencing. He is a good man. I still count him among my friends.

Thank you for taking the time to read my letter. If you would like to call me my number is 215-360-1210 for any questions you may have.

Sincerely,

Veronica E. (Ronnie) Sypherd
215-360-1210

Marty Wixted
23 Riding Run Drive
Marlton, NJ, 08053

Dated: 5/1/2022

To the Honorable U.S. District Judge Jeffrey Schmehl:

Please accept this correspondence as a formal character witness for Robert (Bobby) Henon, as well as a sincere and urgent plea for leniency on his behalf.

I have known Bobby for **45 of my 52 years**. We met in grade school and, as usual, similar minded people with similar personalities, morals and goals find each other.  I come from a huge family in Northeast Philadelphia. Bobby became a close part of that family over the years. We've seen him come up from nothing, as most of us did in Northeast Philadelphia, and strive for better for himself as well as his family and everybody he has touched over his life. I saw his strength in dealing with the <u>death of two of his siblings</u> at a very young age as well as his battling of cancer more recently. I've seen his love and kindness dealing with not only his constituents, but also friends and perfect strangers.

A couple stories come to mind that I believe encapsulate Bobby:  He was working hard in his early 20s when many of our friends may have been going to bars, and not applying themselves the way they could have. Bobby was different. He always worked hard as an electrician, but also towards his goal to serve. While my friends and I were simply existing, hanging out, and beginning low level jobs in various industries of finishing up some level of college, Bobby seemed to have an affinity toward public service. I shared the following couple stories with my kids as they grew.  There was Bobby putting together a neighborhood watch when there were crime issues in our Wissinoming Neighborhood.  These were not only very effective for our neighborhood but started to shine a light on the man the kid I knew since first grade was becoming.  It galvanized and came simply from care and love.  The sense of serving became most evident at an incident at a Wawa convenience store in Northeast Philadelphia.  Bobby walked in and saw two individuals harassing a girl and being physically threatening and laying their hands on her. He tried to talk them through it and get them to stop but they were belligerent. Bobby then had to put himself between the girl and them and, frankly, was beaten by the two men while the girl ran away and called the police. I know this may be a random occurrence in Northeast Philadelphia, however, it speaks loudly about the man who I have come to know and respect as a friend.  You only need to speak to Bobby alone for a moment to see and feel his sincerity and caring and quickly understand you are talking to a gentleman.

Further, it is plain to all who know Bobby this urge to serve was present before working in politics.  This was a man who understood what brought him joy and purpose and did so at any early age.  There is an old adage that you cannot pick your family, I believe, being an adult, the adage should also read you cannot pick your company sometimes in the real world.  Bobby is a good man who follows his conscience and the influence of anyone who does not do the same does not define Bobby, it only serves to contrast those that choose another path.

I thank you for your consideration of leniency for Bobby. I know the amount of good he has done for his district, his friends and family and can continue to do for this world. He is the cornerstone of his family and his wife, Jill, and two boys, Zach, and Mathew. It would be a <u>truly devastating</u> situation if leniency

was not provided. Again, my sincere thanks for your consideration of my plea, and that of my entire Wixted family, for leniency and please know the man before you is a good man, an honorable man, and one who has proven just that through his many decades of family and service.


Respectfully,


Martin P. Wixted
mwixted@uresinc.com
215-460-8314 Cell

Timothy Wixted
2020 Stony Creek Rd.
Lansdale, PA 19446

January 25, 2022

To the Honorable U.S. District Judge Jeffrey Schmehl:

Please accept this correspondence as a sincere plea of leniency for Robert Henon based on my long-standing knowledge of his decency, kindness, service and love for his family, friends, constituents and city.

I have known Bobby, as he is affectionately known, for over 40 years. We grew up in the same neighborhood and attended the same grade school and church. Bobby was a classmate and very close friend of my older brother, and I grew up with Bobby constantly in my home. All the guys in their crowd were basically surrogate big brothers for myself and my younger siblings. To this day, I am very close fiends with Bobby's younger brother, Kirk, and spend time with the Henon family any chance I get. I witnessed firsthand the tragedies the family experienced. First, the devasting death of their youngest sister, Megan, as a teenager and later the sudden death of his brother, Paul, shortly followed by the death of their father. Through all these tragedies, the thing that sticks out the most to me was the way Bobby stepped up each time to be a pillar of strength for his family and friends. Obviously, these events shattered Bobby as they did the rest of the family, but he was persistent on putting their well being in front of his own. A great example of this was how he immediately filled the role of father figure for his two nephews upon Paul's death. While going through all these hardships, Bobby was diagnosed with cancer, which he courageously fought and beat. Fast forward to today, while juggling career and family, he is the main caretaker of his ailing mother.

I truly believe that the biggest benefactors of Bobby's perseverance through these incredible hardships are his constituents. I have personally witnessed and observed his love for his community and city. He is a true servant of the public. It is sometimes said that the best ability someone can have is availability. There is no politician I have come across in my 46 years that is more available to those they serve than Councilman Henon. Anyone who visits one of his social media pages can observe how loved and appreciated he is by his community. Bobby is one of those rare individuals who is absolutely honest when he says, "I love my job!" Any departure from him being available to serve, help and protect the community he loves would be a huge misfortune.

I sincerely thank you for your time and attention to my plea for my friend, Bobby Henon. He is a good, kind and honorable man who is greatly needed by his family, friends and, importantly, the city that he serves. I, once again, respectfully request your leniency in this matter.

Sincerely,

Timothy Wixted
tgwixted@gmail.com
610-308-5879

March 16, 2022

Honorable U.S. District Judge Jeffrey Schmehl,

We are writing this letter regarding a good friend and a true patriot, Bobby Henon.

Bob Henon has helped us in our business in Mayfair, Northeast Philly over the years on many occasions.  For example, in a city where there is no such high crime anymore, Bob was there to help businesses along the Frankford Avenue corridor combat crime by getting security cameras installed outside of our businesses.   We are overwhelmingly grateful to him for his dedication and support.

In turn we attended many fundraisers for Bob because he cared tremendously about our neighborhood and what it meant to us.

As a business owner in Philadelphia, we worked so hard (blood, sweat and tears) honestly through the Covid outbreak and the shutdowns, and survived a robbery of our business prior to having a secure feeling with the outside cameras.

We consider Bobby Henon a friend, a true gentleman, and honest hard working man who possesses many attributes that contribute positively to our society.

In closing, we ask and plead for leniency toward Bobby Henon as he has much to contribute to society, has a kind soul, and truly cares about human struggles and human lives.

Sincerely,

Frank and Patty Woltemate

Harrington's Irish Pub

7226 Frankford Avenue

Philadelphia, PA  19135

Ward Wright
2347 Huntingdon Pike
Huntingdon Valley, PA 19006
215-858-5100

October 28, 2022

To the Honorable U.S. District Judge Jeffrey Schmehl:

My name is Ward Wright and I am writing this letter on behalf of Bobby Henon.  I am Director of Sales at EnviroKure, Inc.

I had the pleasure of meeting Bobby Henon at his first AA meeting.  I became Bobby's sponsor in AA that same night and I am proud to say I remain Bobby's sponsor today.

A sponsor in AA is usually a member of the program who has seniority tasked with the duty to help the new person to understand and work the program.  A sponsor also serves as a confidant.  As such, I became an intricate part of Bobby's life; I became part of his family.

Early on, Bobby made a commitment to stay sober and to this day, I am proud to say, he has 26 years of continuous sobriety. During the first year of his sobriety, Bobby stayed away from politics and became immersed in AA.  At that point in time, Bobby's life consisted only of work, AA and his family.  By nature, Bobby is drawn to helping others and that quality carried over to the AA rooms.  Bobby did not simply attend AA meetings; Bobby, was in AA because he wanted to be there, he wanted to become a better person and he knew sobriety was the key to becoming the man he wanted to be. It is said in AA, you have to give it away to keep it.  Bobby did just that, by taking on small tasks such as setting up the meeting room and making the coffee for the group and helping countless others with their struggles with early sobriety.  It was not uncommon for Bobby to respond to 12 step calls all hours of the day and night, if needed, to be there for another alcoholic who felt complete hopelessness. Bobby would stay after an AA meeting for hours, if necessary, to give help and guidance to those at the meeting who needed him.

Often, Bobby volunteered his home by hosting the Big Book of Alcoholics Anonymous meetings. These meetings would consist of a small group of people in the program sitting around his kitchen table studying and discussing the ''Big Book' in depth. Bobby did this in an effort to help others get sober and stay sober as well as to solidify his own sobriety. This is the man Bobby Henon truly is.

As his sponsor, Bobby shared with me his experiences growing up with two alcoholic parents. He did not want to live the sort of life he knew all too well from childhood. Sobriety is of the utmost importance to Bobby.

As his sponsor, I was there to support Bobby during good times and bad.  When his siter, Megan, committed suicide at the age of 17, I accompanied Bobby to the morgue to identify Megan's body. By far, this was the most difficult experience I ever had.  I can't begin to imagine how this affected Bobby having to see his little sister at the morgue.

Thanks to Bobby's sobriety, Bobby stood tall and was there to help and comfort his entire family as they suffered the loss of Megan.  As a result of his continued sobriety, Bobby was an example to his family. He demonstrated how to get through such a horrific tragedy without turning to alcohol but by practicing sobriety though good times and bad.  As a result, Bobby's mother, father, one of his brothers and a sister-in-law found their way to AA.

Again, due to Bobby's solid foundation in AA, he was able to stay sober when his brother, Paul, age 37, passed away suddenly from a massive heart attack. And again, Bobby stayed sober when his father passed away.  During these tragedies, Bobby was there, every step of the way, to offer comfort and help to his family.

Once Bobby developed a strong foundation in AA, he was able to get back into public service which was his passion.  Bobby could never say no to someone in need.  He thrived on helping other; this was embedded in his character.

As his sponsor, I have seen first hand the man Bobby has become over the past 26 years since his first AA meeting. Bobby's commitment to public service, helping, others, guiding folks in AA on how to find a better way of life through sobriety is the man Bobby Henon is today.

Respectfully submitted,


Ward Wright

David Wyszynski
3403 Oakmont Street
Philadelphia, PA 19136

March 6, 2022

Honorable Jeffrey L. Schmehl,
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

I am writing to you today on behalf of Councilman Bobby Henon.  I have known Bobby for almost 25 years and have interacted with him both privately and professionally.  Privately, I have always known him to be a very kind and caring person.  As a graduate of Father Judge High School, and he a graduate of North Catholic High School, we both know the importance of chiding one another about being from rival schools.  They are both run by the Oblates of St. Francis DeSales, so in the end rivals or not we both had the fortune of being taught the value of living our lives as Salesian gentleman.  It was where we learned the importance of caring and kindness.

Professionally, the list of those that have been assisted through Bobby's Council office is endless. The assistance he offered to folks during the pandemic was nothing short of amazing. Home deliveries of food and clothes or help to people in need of rental assistance programs through the city. His office was there for people when they needed it the most.  Bobby himself rolled up his sleeves and was there on the frontline offering aid.  There are many seniors who have benefited from various programs as well.  He knows most of them on a first name basis from attending their monthly meetings.

These are only a few of the many wonderful things that he has done.  I believe the core values of caring and kindness, taught to him at North Catholic, guided him through both his call to public service and his private life as well.

I know Bobby Henon to be a truly good person.  I would pray your Honor, that the many good things that Bobby Henon has done throughout his private and professional life, be considered in his sentencing.

Thank you for your consideration

Sincerely,

David Wyszynski



| WENDELL YOUNG IV | MICHELE KESSLER | BELLEW ASFA |
|---|---|---|
| President | Secretary-Treasurer | Recorder |

The Honorable Judge Jeffrey Schmehl
United States District Court, EDPA


Re:  Robert Henon


Dear Judge Schmehl:

I am writing to you as the sentencing judge to request leniency on behalf of former Council Member Bobby
Henon.  I have known Mr. Henon for decades.  I have known him as a neighbor in the Northeast, as a trade
unionist, as a member of the Philadelphia City Council, as a father and as a citizen.  In each of those
capacities and in all matters, Mr. Henon has served his various communities with care, commitment and
kindness.  He has been a remarkable advocate for workers' rights and working families in the city he loves.

I have spent my entire adult life representing low wage workers in Philadelphia and now, throughout
Pennsylvania.  I represent essential workers who have risked everything to keep food on our tables.  They are
frequently forgotten and undervalued by people in power.  Bobby Henon never forgot them and never
undervalued them.  He has been a fierce warrior on behalf of working families.

Throughout his entire life, Bobby fought to bring family sustaining jobs to Philadelphia.  He fought for our
children when he started Philly Play to promote play and physical activity to support healthy habits and
fitness in a City that needs both.  Bobby has been out front working to end the senseless gun violence in our
City.  He has fought by our side to support good health care for workers while fighting for their right to retire
with dignity when many employers in our industries sought to diminish both. He fought hard for paid sick
leave and a fair work week for all hourly workers in Philadelphia. And when COVID hit and workers like our
members in retail stores and packing houses were getting sick, bringing the disease home with them and
dying in alarming numbers, Bobby stood with workers and was able to open a dialogue with reluctant
employers who needed to do the right thing and make their workplaces safer, ensuring that workers did not
feel compelled to come to work sick by providing adequate leave time, and by compensating them in a
fashion commensurate with the remarkable dangers that they were facing on our behalf.

As vaccines were first being approved for use, Bobby was the first elected official to call me to ask how he
could help ensure that the essential workers like ones we represent would be a priority.  Bobby consistently
stood up to be a champion on behalf of all workers, regardless of whether or not they were members of a
union. Bobby was always a voice for the voiceless and the powerless and it was an honor to be in the trenches
with him on behalf of our communities.

I am not writing to tell you that Bobby was a saint.  Rather, I am writing to share with you my experience



MAIN OFFICE: Walton Campus •3031 A Walton Rd, Suite 201 •Plymouth Meeting, PA 19462
Phone: (610) 940-1776 • 1-800-822-3737 •1-866-329-1776  Fax: (610) 941-9425   www.ufcw1776.org

North Central PA Division •2007 Highway 315, Suite 100 •Pittston, PA 18640
(570) 655-6886 or 1-800-635-6994                     Fax (570) 655-6864
Western PA and the Ohio Valley Division •345 Southpointe Blvd, Suite 300, Canonsburg, PA 15317
(724) 514-3228 or 1-800-245-2424                     Fax (724)514-3236

FOUNDED IN 1937

with Bobby Henon.  The Bobby that I know is a good and decent man who cares deeply about his neighbors, his constituents, my members and working Philadelphians throughout the poorest large city in America.  I am

writing to seek mercy and leniency for this remarkable man.  I hope that you will balance the errors he has made with the extraordinary good he has done on behalf of the dignity of workers and the dignity of work. I will always be grateful for the many sacrifices he has made to support the thousands of workers throughout this region.

Sincerely,

Wendell Young IV
President UFCW Local 1776



# A.O.H. DIVISION 39
# 7229 TULIP STREET PHILA. PA, 19135

January 17, 2022

To Honorable U.S. District Judge Jeffrey Schmehl,

We are the Officers of the Ancient Order of Hibernians (AOH) Division 39 in the Tacony section of Northeast Philadelphia of which Councilman Bobby Henon is a member.  The AOH is the oldest Irish Catholic fraternal organization created in 1836 whose motto is Friendship, Unity & Christian Charity, of which Bobby practices faithfully in his daily life.  He has been very generous and charitable as a Councilmember but even before that as a couple of us have known Bobby for decades and can honestly say that his heart is always in the right place.  He has provided the AOH with hundreds of boxes of food yearly so we could help others in need especially during the pandemic.  He has been there for community cleanups throughout his district, supported us financially through the City of Philadelphia's Activities Fund, always attended the annual Tree Lighting Ceremony and Children's Christmas Party at Holmesburg Recreation Center providing presents to those less fortunate.  Additionally, he has funded uniforms for Boys & Girls clubs as many parents couldn't afford them. But we understand what Bobby did was wrong and justice must be served but we request leniency due to all the good he has done for our members and all the citizens of the 6th Councilman District and the City of Philadelphia.  We could go on and on your Honor about Bobby's good deeds as he is a good man but understand your time is very valuable.  Finally, we thank you for your Judicial service to our Country and hope you have a happy, healthy, and blessed New Year.

Sincerely,

| Thomas Conway | John McGraw | Ed Dougherty | Joseph McCusker | Gary Everly |
|---|---|---|---|---|
| President | Vice President | Financial Secretary | Treasurer | Secretary |

Valerie Arhondakis                                    Date: February 21, 2022
3124 Stanwood Street Philadelphia, PA. 19136
215-317-0831 Frankfordvalerie@gmail.com

Honorable U.S. District
Judge Jeffrey Schmehl

Dear Judge Schmehl,

I am a City of Philadelphia employee and have served the public for 30 years. I am currently a
District Manager in the Philadelphia Parks and Recreation Department. I have worked in all
areas of the city for 30 years. Through my job, I have had the opportunity to work with
Councilman Henon. Bob and I, have worked tirelessly to improve the lives of the citizens of
Philadelphia throughout a good portion of my career.

Whenever, I needed assistance with a community problem,  Councilman Henon was always
ready and available to offer help in any way possible. We would work on things such as helping
the homeless that were living in the parks, working with law enforcement to make the trails in
the park safer, and recruitment for candidates to work at our Recreation facilities. We worked
on trying to get people into GED programs. I could list many things that Councilman Henon and
I implemented to better the lives of others, but it would more than most people can say they
have done in one lifetime.

On a personal note, I experienced a gross violation of my well-being at my place of
employment, over the course of several years,  and Bob supported me through this difficult
period in my life. Mr. Henon is a good man and I will always remember how he was there for
me in my time of need on a personal and professional level.

 Bob is a good father and loyal to his family as well. He is always trying to improve the lives of
everyone, including  the constituents, in which he served for decades.

Mr. Henon has done so much good, for so many people, that I respectfully ask you to please
grant this man leniency at this time.

Thank you for your time.

Sincerely,

Valerie Arhondakis
Valerie Arhondakis



May 1, 2022

U.S. District Judge Jeffrey Shmehl,

Your honor,

I'm writing to let you know of the good work that Bobby Henon has accomplished through his partnership with me and my organization, Small Things. We worked to battle food insecurity in his district and across the Philadelphia region during the pandemic.

Small Things is a 501(c)3 that distributes food to the hungriest people in Philadelphia. We couldn't accomplish this work without dedicated partners like Bobby who delivers the food in his community.

The first time I met Bobby was in another food distribution site during the height of the pandemic. It was there that he had stationed a base of operation to serve Philadelphia. It was in this meeting that I learned about Bobby's desire to serve – not just people in his district – but across the Philadelphia region to ensure no one was without food. At this point, Bobby's office was delivering food to any zip code in Philadelphia.

Also, one of my board members is the pastor of a church in Northeast Philadelphia who speaks highly of the work that he and Bobby have done together to improve the quality of life for residents of Northeast Philadelphia.

In conclusion, the Bobby Henon I have come to know over the last few years is one who cares with deep compassion for the residents of Philadelphia.

Thank you for allowing me to voice my support.

*Vito F. Baldini*

The Rev. Vito Baldini
Executive Director
Small Things Inc.

**Pastor**
Rev. Dr. Hubert B. Barnes

**Chairman, Board of Deacons**
Deacon Arnold Johnson

**Church Office Admin.**
Trustee Cheryl A. Randolph

**Chairman, Board of Trustees**
Trustee Ethel Reese



# STAR OF HOPE
## BAPTIST CHURCH
*of Tacony*

April 10, 2022

To whom It May Concern:

I am writing this letter to express our gratitude for the efforts by former Councilman Bobby Henon.

I am the Pastor of The Star of Hope Baptist Church in Tacony. During recent years we have been blessed by the constituent services of his office. I first met Mr. Henon at a dinner gathering sponsored by his office to discuss some community concerns. During that meeting Mr. Henon very clearly expressed his concerns about community issues including housing insecurity and food insecurity within his district.

Subsequently, I was fortunate to be invited to a breakfast meeting chaired by Mr. Henon's Chief of Staff who reiterated Mr. Henon's concerns about the welfare of those in Northeast Philadelphia who were in need of various forms of assistance. In attendance at that meeting were some other members of the clergy and representatives of various social services organizations that addressed critical needs. I recall our being advised of Mr. Henon's concerns that many persons perceived the Northeast as an area of affluence and were unaware of the many economically deprived persons living in this area. At this meeting we were made aware of Mr. Henon's vision of a formal organization comprised of organizations that deliver critical services to individuals living in Northeast Philadelphia.

That vision was realized in the creation of NESTCO which is comprised of a number of organizations that addressed critical needs such as housing and/or food insecurity, some healthcare and other needs. Mr. 100Henon's office greatly and enthusiastically supported NESTCO.

Star of Hope's Food Cupboard ministry has been fully supported by Mr. Henon and his office.

A considerable number of our members and some of their family members and neighbors were able to obtain COVID-19 vaccinations because of the steadfast and tireless efforts of Mr. Henon's office. This time last year we were in frequent contact with his office to address the needs for vaccinations. I must add that Mr. Henon's office came to us in order to make us aware of the opportunities to be vaccinated.

I could say much more. Let me simply sum this up by reiterating our gratitude for Mr. Henon's concerns for our community and his tireless efforts to address his constituents' concerns.
I have been impressed by his compassion for the less fortunate and concern for all persons in his district.

In His Name,

Reverend Dr. Hubert B. Barnes, Pastor

HBB:CAR

---

*Mailing Address: PO Box 8916, Philadelphia, PA. * Street Address: 7137 Hegerman Street, Philadelphia, PA 19135*
*\* Telephone 215-332-8320 \*Pastor's Study 215-332-8320 \* Annex 215-332-8320 \* Hope Hall 215-333-2289*
*\* Pastor's email: pastorbarnes@comcast.net \*Email us at: starofhopebc@comcast.net \*Instagram: @starofhopebc*
*\*Like us on Facebook @: www.starofhopebc@comcast.net \*Webpage address: starofhopebc.org*

Dear Honorable U.S. District Judge Jeffrey Schmehl,

I first met Bobby Henon in high school, but after graduation I was off to college and hadn't seen him in about 20 years. I own a small, family owned and operated business in Wissinoming, an often forgotten section of Lower Northeast Philadelphia.

Around 2012, it seemed many neighbors and local residents were having difficulties with some quality of life issues such as zoning matters adversely affecting homeowners as we started battling some unsavory and unfavorable businesses.

There was no active RCO and civic association to represent our neighborhood, it had fallen apart many years prior.

I received a phone call from Bobby Henon asking if I could help round up some neighborhood volunteers and local business association leaders as he had an amazing idea to restart out RCO/Wissinoming Civic Association to give our community and residents a voice.

Our "soft" voice that started with Bobby's hard work and drive soon got louder and louder in the neighborhood. Meetings that started with Bobby and I soon had a few in attendance. Then one by one, more neighbors started to join us.

Today, that meeting that started out so small has been the foundation of neighborhood improvements hundreds of volunteers, and incredible neighborhood development. We have added senior housing, charter schools, churches are doing well, we have community clean up days, we host toy drives, march in local parades, financially support neighboring civic and volunteer organizations like our local Scout Troop.

We hold numerous community meetings, we started a neighborhood community garden, we hold religious and spiritual events, we held a huge neighborhood march against anti-Semitism when our local Jewish cemetery was desecrated and most recently, we march proudly in our annual Thanksgiving parade and kicked off the Christmas season at our annual tree lighting.

Bobby started ALL OF THIS with his vision and dedication to our once forgotten neighborhood. We now have our loud voice back ALL because of Bobby.

Bobby has cleaned the streets with me, he has marched with us, he has even dressed in our Santa costume for hundreds of local children to take their annual Christmas card photo.

Our neighborhood was lost before Bobby's guidance and leadership.

We please ask for your leniency. Bobby Henon has done extraordinarily great things for our neighborhood. He is the reason we have a voice, and he is reason for our progress and the good that we do for so many Philadelphians.

Sincerely,

John Barnes, President of Wissinoming Civic Association

# WISSINOMING CIVIC ASSOCIATION
## 6126 TORRESDALE AVENUE
## PHILADELPHIA, PA 19135
### 215.333.0500

March 1, 2022

Dear Honorable US District Judge Jeffrey Schmehl,

I first met Bobby Henon in High School, but after graduation I was off to college and hadn't seen him in about 20 years.

I own a small, family owned and operated business in Wissinoming, an often forgotten section of Lower Northeast Philadelphia.

Around 2012, it seemed many neighbors and local residents were having difficulties with some quality of life issues such as zoning matters adversely affecting Homeowners as we started battling some unsavory and unfavorable businesses.

There was no active RCO and civic association to represent our neighborhood, it had fallen apart many years prior.

I received a phone call from Bobby Henon asking if I could help round up some neighborhood volunteers and local business association leaders as he had an amazing idea to restart our RCO / Wissinoming Civic Association to give our community and residents a voice.

Our "soft" voice that started with Bobby's hard work and drive soon got louder and louder in the neighborhood. meetings that started with Bobby and I soon had a few in attendance. Then one by one, more neighbors started to join us.

Today, that meeting that started out so small has been the foundation of neighborhood improvements, hundreds of volunteers, + incredible neighborhood development. We have added Senior housing, charter schools, churches are doing well, we have community clean up days, we host toy drives, march in local parades, financially support neighboring civic and volunteer organizations like our local Scout Troop.

We hold numerous community meetings,
We started a neighborhood community garden,
We hold religious and spiritual events,
We held a HUGE neighborhood march
against anti semitism when our Local
Jewish Cemetery was desecrated and
most recently we march proudly in
our annual Thanksgiving Parade and
kicked off the christmas season at
our annual Tree Lighting

BOBBY STARTED ALL of THIS

with his vision and dedication to
our once forgotten neighborhood.
WE NOW HAVE our LOUD VOICE BACK
ALL BECAUSE of BUBBY.

BUBBY HAS cleaned the STREETS with
me, He HAS marched with us,
He has even dressed in our Santa
costume for hundreds of LOCAL children
to take their annual christmas
card photo.

our neighborhood was lost before Bobby's guidance and leadership.

We please ask for your leniency.

Bobby Henon has done extroordinarily great things for our neighborhood.

He is the reason we have a voice, and he is reason for our progress and the good that we do for so many philadelphians

Sincerely   John Barnes
John Barnes
President of wissinoming civic Association

The Honorable US District Judge Jeffrey L. Schmel
5613 U.S. Courthouse
Philadelphia, PA 19106

Dear Honorable US District Judge Jeffrey Schmel,

I'm writing to ask you to consider leniency for Councilman Bobby Henon. I am a business owner in Bridesburg and though Councilman Henon is not the Council representative for the area where my business is, he was the only elected official who didn't disregard my concerns I had and assisted with getting the issues resolved. We were having problems getting the City of Philadelphia to address issues with a business in disrepair that is attached to our building and dangerous chemicals being stored at the property. Councilman Henon's office was able to get the City to send out someone from L & I to resolve these concerns with-in a couple of weeks.

I also called on him not to long ago, again to deal with the City's streets department to aid in cleaning up the area near the Conrail property which sits at the end of Wheatsheaf Street behind my business and has been a "dumping grounds" for people who either can't put it out as trash, or choose to not take it to the local areas for proper disposal. He again came to the rescue by getting it cleaned up & followed through to make sure it is checked as much as possible. My business is in a commercial & residential corridor that usually gets neglected by our City's services and unfortunately some of the "Officials" who were elected to represent this area. It's nice to know that he and his office staff care about the residents and the businesses in this City, even if it's not his area of responsibility.

Again, I ask if you could possibly show Councilman Henon some leniency, it would be greatly appreciated by those of us who have depended on his assistance.
Thank you for your time,

Michael Betteridge
Impressive Auto Sales, LLC
3885 Frankford Ave
Philadelphia, PA 19124



**TACONY CIVIC ASSOCIATION**
*A Non-Profit Corporation To Serve The Community*
*P.O. Box 8979 Philadelphia Pa. 19135   215-338-2575*
*Email: taconycivic@gmail.com - Website: www.taconycivic.org*

January 21, 2022

Tacony Civic Association
P.O. Box 8979
Philadelphia, Pa. 19135

Hon. U.S. District Judge Jeffrey Schmehl,

In the many years that the Tacony Civic Association has been in existence we have always dealt closely with our local political leaders. Our strength has always been the ability to sit down with our leaders. We knew that the future of our neighborhood would be impacted by these relationships.

Throughout his term, Councilman Henon's door has always been open. We often sat with him and voiced our position. We would love to say that our wishes have always been granted by the city, but they have not. We have not always agreed completely with the outcomes. Explanations were not hard to get. The Councilman or his staff always take the time to explain the issue and we listened and learned the reasons for his decision and how ultimately, he felt, it would make things better. We agreed to disagree. I never became personal. We still considered him a friend.

His leadership led to the restoration of our local playgrounds, the historic remodeling of our public library and the rebuilding of our new firehouse for Engine 38. We have partnered with his office and other community organizations on many successful events. The events include opportunities for both our younger and older residents. No group was overlooked.

Councilman Henon shares the concerns we have about our local community. Whether it be a problem pertaining to our police, public safety, zoning or quality of life, he has made it his priority to find a solution. He has convened public meetings with other city officials and made it clear that we needed their assistance. We knew we were not alone.

Councilman Henon has been a friend to our Association and our community at large. He has been a staunch supporter of our efforts. When we need him, he has always been available 24/7. Please consider all the good he has done over his 10 years in office when deliberating his sentence.

Sincerely,

## The Board of the Tacony Civic Association

Joseph Sannutti Jr. - President

Christopher Labovitz – First Vice President

Mike Barone – Vice President

Kim Orawsky - Secretary

Christine Sannutti - Treasurer

Georgeanne Labovitz - Trustee

Donna Barone - Trustee



P.O. BOX 11511 ☘ PHILADELPHIA, PA 19116 ☘ 215.964.3497

*President & CEO*
T. Patrick Boyle

*Vice President*
Kathleen Boyle-Wrigley
BS, MSW

*Vice President*
Thomas Kuhn
Philadelphia Police Department

*Treasurer*
Nancy Boyle, RN

*Recording Secretary*
James Kirby, BS

**BOARD OF DIRECTORS**

Fr. Rene Barczak, OFM
Archbishop Ryan High School

Michael J. Boyle
Program Director, PSARC

Michael Boyle jr
RN, BSN

Cpl. Casey Byrne, MSOL, BS
Warminster Township Police

Corey Byrne
President
IBS

Sean Boyle
Braze Technician

Timothy Boyle
Franconia Township Police Department

Kevin Davis
Hospital Administrator

Lou De Cree
President
L & M Warehousing

John J. Dougherty
Business Manager
IBEW Local No. 98

Michael Driscoll
PA State Representative
173rd District

Caroline Kelly
Student

Karen Mayeros
Licensed Title Agent

James McAuliffe
Captain (Retired)
Philadelphia Police Department

Deborah Sharkey
Loan Officer

Amlee Shiver
Human Resources

George Shotzbarger, Esq.

Edward Smith
Vice President

Matthew Smith
Project Manager

Robert Smith
Project Manager

Rachel Strassheim
President
Strassheim Graphic Design & Press Corp.

William Strassheim
Strassheim Graphic Design & Press Corp.

Howard A. Trauger, MBA
President
Schuykill Capital Management, LLC

James E. Williams
Detective (Retired)
Philadelphia Police Department

The Honorable Jeffrey Schmehl
U. S. Court House
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

My name is Patrick Boyle; I'm a retired Philadelphia Police Detective, having served 38 years. I am also the President of the Officer Daniel Boyle Scholarship Fund, providing tuitions to families who can't afford a quality education for their children. Dan was my Son, who was shot and killed in the line of duty in 1991.

I am writing this letter on behalf of Councilman Bobby Henon. I have known Bobby for more than thirty years. In all the years I have known Bobby; I have never found him to anything but honest and forthright. It is my opinion, that he would never do anything to degrade or embarrass any Office in which he has served throughout his entire career, I can further state, that as President of the Daniel Boyle Scholarship Fund, Councilman Henon has been most generous. Because of his generosity and many other loving and giving people, the Fund has been able to assist close to 1000 deserving young men and women with their education.

When rendering your decision, please take into account a life lived with dignity, generosity, honesty and service to others.

I wish to extend my thanks for taking the time to review this letter. Any compassion you show towards Bobby will be appreciated by his family, friends and colleagues alike for Councilman Henon has much more to contribute to society.

Respectfully Submitted,

Patrick Boyle, President
Officer Daniel Boyle Scholarship Fund

The official registration and financial information of Officer Daniel Boyle Scholarship Fund may be obtained from the Pennsylvania Department of State by calling toll-free within Pennsylvania 1-800-732-0999. Registration does not imply endorsement.

# Michael & Linda Bradley
# 1469 Country Club Drive
# Springfield, PA 19064

February 22, 2022

Attn: Honorable U.S. District Judge Jeffrey Schmehl

Subject: Bobby Henon

Dear Judge Schmehl:

We are Michael and Linda Bradley, and I own a union flooring company in Delaware County, Board Member of Penn State University for 33 years , Parade Director of the Philadelphia St. Patrick's Day Parade for 23 years, Chairmen of the Philadelphia Irish Festival at Penn's Landing for 22 years, Chairman of the Board of the Archdiocese of Philadelphia Elementary Schools of Delaware County, Board Member of the Yacht Club of Sea Isle City NJ, and a member of AOH Division 65. Linda is a Catholic School Teacher for over 20 years.   I say this because we are well-diversified members of the Philadelphia region with diverse contacts in all arenas.

I met Bobby over 20 years ago in my capacity as Parade Director for the Philadelphia St. Patrick' s Day Parade and we have many mutual friends. We have been in Bobby's company numerous times since then and have found him to be an extremely generous person, especially when it comes to the many charities he supports. He is a good man, father to two boys, brother, brother-in-law, and friend. His personal resume is impeccable.

I have also spent time with Bob as a father when his boys wanted to visit Penn State. They are well adjusted, diligent students and check all the service project and extracurricular activities boxes.  They are a fitting example of Bob, kind, honest hard working young men.  I watched with great detail as Bob spoke to his boys about the importance of education and getting a college degree.   They were quite attentive and focused, not always traits that teenagers today exhibit. He obviously is a great dad, and I believe these boys need their father home in a critical time in their development into adulthood.

I have also seen Bob in his work in City Council and IBEW Local 98.  He quite simply is the hardest working member of Philadelphia City Council.  He goes above and beyond with anyone in need.   He is always professional, courteous, intelligent, and friendly. His office is an open door for all people who are down on their luck, special needs, hungry or homeless.

On a very personal note, as members of my family experienced addiction and other issues, Bob was a strong shoulder to cry on, always listened with empathy, and gave sound advice and resources. He never judged, and his compassion was unbelievable.  He never said no, it's not in his vocabulary, only how can I help?  When life gave us challenges we could not handle, we always knew we had an angel on our shoulder with Bobby.  He was always there for us, just like his constituents and Union friends.

As we shied away from others at the start of the Pandemic, Bob dove in the deep end of the pool and opened his office and fed the hungry.   He reminded me of the brave NYC Firefighters who ran into the burning World Trade Centers, when everyone else was running away.   The people he helps are a diverse lot of race, religions, culture, and traditions. However, they are all united in their love for Bobby, what a great feeling that must be for him.  Bob Henon is a modern-day hero.  We all need people like Bobby!

One day Linda was reading the newspaper and told me that Bobby was riding with a city trash truck all day, so he could learn some of the city jobs from the ground up.  There are NO politicians today who would ride for a day with the trash trucks, and if they did it would be for a photo op.  There were no photos, one of the trash collectors called the newspaper because he thought it was great.  That is how special Bob Henon is to the City of Philadelphia.

I strive to live by the example that Christ gave to us, as an example to my own children and the people that I come into contact with every day. I am not in a position to judge Bobby or anyone else for that matter.  Our Country is much stronger because we have such great Christian, educated, engaged and family-oriented people like Bob, that helps America become the great melting pot it has become.

Please, Please, Please, consider all the good things Bob has done when you are deciding this life changing event. The Henon Family, Philadelphia, Pennsylvania, & America will be better off having Bob Henon as a productive member of our society!  Please consider the entire book of Bob Henon when deciding, and hopefully you will find it in your heart for leniency.

Thank you for your time and consideration, if you need to contact me my phone number is 610-308-8994.

Respectfully,


*Michael J. Bradley Jr.*
*Linda C. Bradley*

December 21st, 2021

To the Honorable U.S. District Judge Jeffrey L. Schmehl,

Twenty-one months ago, we entered the Covid-19 pandemic.  Life as we knew it changed instantly.  We would no longer be following our normal daily routine, everything changed.

When vaccines started to become available, first responders/front liners were given precedent for the vaccine.  Shortly thereafter vaccines became available to those over 65 years of age with pre-existing health conditions.  Those over 65 of age with pre-existing health conditions were asked to register for the vaccines at designated websites.  But here is where the paradox first appears.  Many of those over 65 of age with pre-existing health conditions have no access to the internet, nor do they have smart phones to access the internet.  How could those of our most vulnerable population register for the vaccine without access to the internet?

I personally made numerous calls to our state and local politicians explaining the problem those over 65 of age with pre-existing health conditions were encountering when they tried to register for the Covid-19 vaccine without access to the internet.

Very, very few politicians returned my calls.  Those that did return my calls were unaware of the problem that seniors did NOT have access to the internet, but they would start working on a solution.  They never did come up with a solution.

Bobby Henon and his staff not only returned my call of concerns, but fully recognized the gravity of the situation and immediately sought solutions.  The staff at Councilperson Henon's office started taking down names and information of those over 65 of age with pre-existing health conditions in need of the vaccine.

Councilperson Henon partnered with the State of Pennsylvania, Acme Markets, and community volunteers to obtain and distribute vaccines to those in need.

Not only did Councilperson Henon provide vaccines to those in need, he also saw the need for food distribution through out the area.  Councilperson Henon set up food distribution sites throughout the area.

We do understand how many tireless hours the staff worked to have thousands vaccinated as well as fed.

Bobby Henon and his staff impressed me so much, I contacted a number of individuals in my organization to help volunteer and assist the positive actions by Bobby Henon and his staff.  Our volunteers helped fill out Covid-19 vaccination cards for those in need of the vaccine during Covid-19 vaccine events, they helped distribute food at Bobby Henon food distribution food sites, and our volunteers helped deliver food and provide company to those who were lonely and in dire need of food during the holidays.

**Bobby, a special thanks to you and your staff for your all you have done – YOU GUYS ARE PART OF THE SOLUTION!**

As a former City of Philadelphia employee in the Parks and Recreation Department, Bobby Henon was in the forefront of putting together after-school programs in the 6th Councilmanic District of Philadelphia.

My leadership position at Vogt Recreation Center, 6700 Cottage Street, 19135, put myself and my staff in a position to work hand and hand with Bobby Henon and his staff for the development of the after-school program at Vogt Rec Center.

Bobby Henon was able to provide funding to be used in attracting neighborhood children to our recreation center.  With the funding Bobby Henon was able to provide, we were able to have the children go on educational trips in the City of Philadelphia and hire staff geared toward educating the children in the after-school experience in a safe, fun, and challenging way.

The after-school experience Bobby Henon was able to provide not only educated the children outside of the school, but provided very safe and fun alternatives to the children.  With Bobby Henon's support we able to expose the children to a life and vision much larger than their neighborhood, we were able to expose the children to a world of dreams.  The children learned their only limitations in life were their imaginations.

Another area of Bobby Henon's pure dedication and love for the all citizens of Philadelphia again is demonstrated in his vision of "Philly Play" at ALL the recreation centers in the City of Philadelphia.

Bobby and his staff first put this program together at Vogt Recreation Center in the Tacony section of Philadelphia.  Bobby's vision was for ALL the children and families of Philadelphia to become actively involved in fun ways to exercise. Bobby Henon and his staff, working alongside with the Department of Recreation staff, put this program together in just a few short weeks.

Bobby Henon found the funding for sports equipment and staff to work with the children in the "Philly Play" Program.  In just a few weeks all the recreation centers were involved with "Philly Play".

At the end of the summer the "Philly Play" program concluded with all the participating recreation centers children demonstrating their skills at Vogt Recreation Center.  "Philly Play" was a total success story involving the entire City of Philadelphia, young and old.  From their early beginnings back in 2013, "Philly Play" became a year-round program for the citizens of Philadelphia.

**Again, Bobby, a special thanks to you and your staff for your all you have done – YOU GUYS ARE PART OF THE SOLUTION!**

Bobby Henon and his staff have provided events for seniors.  Not just the run of the mill events on medical, old age homes, funeral, and burial plots.  Bobby had the foresight to involve the seniors in his councilmanic district to have input into the events they, the seniors, would like to experience.

Bobby and his staff put together Bingo, Block Parties, Bowling, Dances, Music Concerts, Movie Days, etc. for the seniors.  So many events, I am sure I have forgotten something!

Bobby invigorated the lives of the seniors.  The seniors have never been this involved with any other politician and had so much fun being involved.

Bobby has supported the Northeast Council of Seniors and the groups that make up the Council with funding to support their grassroots programs.  Without this funding these groups would not be able to provide their members with activities and access to information they so desperately need.

The funding Bobby has provided helped these organization meet the needs of their members with places for the seniors to meet, trips, food, and entertainment. Without this funding these senior groups would have withered and closed their doors to their members.

**Do I dare say it again, Bobby, a special thanks to you and your staff for all you have done – YOU GUYS ARE PART OF THE SOLUTION!**

On the environment, Bobby Henon has been in the forefront with his shredding and recycling events in his councilmanic district.  Numerous times throughout the

year Bobby and his staff have put together, with the involvement of other city services, a safe and environmentally friendly way to have recyclable and toxic waste, safely removed.

**Thank you, Bobby, for all you have done for the City of Philadelphia.**

As a retired individual, Bobby Henon, along with his staff, have impressed me so much with their genuine caring and understanding, my friends and myself have volunteered many, many hours, for the success of their wonderful programs!

Bobby Henon, has been one of the hardest working City of Philadelphia Council Persons I have ever worked alongside.  Bobby Henon has always been a great leader with tremendous vision that has worked and brought out the best in others.  Bobby always involves himself with other groups and organizations to get the most for his constituents.  He has always championed the people and the neighborhoods he serves.  All we ask is that all the good that Bobby has provided the City of Philadelphia with is not forgotten.

John Brady
President of Saint Jerome Seniors
Member – Northeast Council of Seniors
Volunteer – To aid others in need
Former - City of Philadelphia Employee – Parks and Recreation – 20 years
Former - Archdiocese of Philadelphia H.S. Teacher – 35 years
805 South Cedar Road
Rockledge, PA  19046
267-872-4790

January , 2022


If it please the court,


This letter is intended to reflect the Bobby Henon I know and respect for the many positive contributions he has made to the community.

The Torresdale Boys Club has benefited from the grant Bobby was instrumental in obtaining to upgrade the fields and equipment for the young people's enjoyment.

The senior community has had the opportunity to attend free events that enhanced their lives in ways that would not have been possible without Bobby's support, planning and ability to make these events available.

Bobby's support, recognition and admiration of our police and fire departments has been recognized as a positive voice for the men and women on the line for the safety and welfare of our community during these difficult times.

The pandemic has emphasized Bobby's endless efforts to improve the welfare of the community by establishing vaccination sites and distributing box lunches for families and churches in need.

The St. Patrick's Day Parade, which is a mainstay of Philadelphia's famous parade history, supports not only the large Irish community, but is enjoyed by all. Bobby has worked endlessly to obtain the necessary funds to be able to continue this great annual event.

I have listed only a few of Bobby's accomplishments that I have witnessed. The list is extensive as so many have benefited from Bobby's generous contribution of time, energy, interest and knowledge to enhance the community I call home.


Sincerely,

Thomas Brady
Irish Society Vice President
325 Chestnut St.
Philadelphia, PA



01-24-2022

To: The Honorable U.S. District Judge Jeffrey Schmehl

**<u>Plea for leniency on behalf of Bobby Henon</u>**

I have known Councilman Bobby Henon for many years now regarding his tireless work within his council district and his dedication & commitment to the residents of Philadelphia. Bobby Henon has assisted myself and many other community stakeholders and civic organizations throughout our city while addressing employment opportunities for low income families, the opioid epidemic and those individuals and families struggling with addiction in addition to organizing and assisting residents with community safety, crime prevention, quality of life concerns and violence prevention assistance that currently plagues our city and the many law abiding residents and families that have had to endure great hardships over the last few years, specifically when it comes to protecting our children regarding child abuse prevention, child sexual abuse prevention & human trafficking related prevention in partnership with civic organizations & social service programs.

In closing, I myself was a child victim-survivor of the Penn State Jerry Sandusky child sexual abuse scandal back during my troubled adolescent years 1970s, and when I finally decided to break my decades long silence regarding my victimization it was Councilman Bobby Henon that comforted me in addition to guiding me to seek victim assistance and counseling therapy with Women

Organized Against Rape (WOAR) during a very emotional time in my life. I only wish other Philadelphia elected officials would show the same passion, dedication, commitment and community support as Councilman Bobby Henon has shown during his time as a city councilman.

Please consider leniency on behalf of Bobby Henon as he has given so much assistance and hope to myself and so many other Philadelphians over the years who felt trapped, helpless and alone with no help in site until Councilman Bobby Henon stepped up to the plate and provided hope during our time of need.  Thank you for your time reading my letter.

Respectfully
Gregory Bucceroni
Community Support Specialist
City of Philadelphia
Managing Director's Office
Town Watch Integrated Services
Safe Corridors Program
Northeast Police Division
1515 Arch Street
STE 1100
Philadelphia, PA 19102
215-686-1459 Office
267-918-9797 Cell
Gregory.Bucceroni@phila.gov



Byrne - Henon.docx                                                                          Aa

Jeffrey L. Schmehl, Judge
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106


February 11, 2022


To Your Honor:

I am writing to describe my experience with and impression of Bobby Henon.

As the Director of Operations of Philadelphia Interfaith Hospitality Network (PIHN), a nonprofit emergency shelter and supportive services provider that serves families at risk of or experiencing homelessness, I do not expect to find many allies in public office. The constituents whom we serve are not welcome in local communities. By endorsing our work, a politician risks potentially alienating voters.

For that reason, I was surprised and encouraged to receive Bobby Henon's support when we expanded our operations into Northeast Philadelphia. Colleagues and I sat with him and described our impression of social service infrastructure in the Northeast: a patchwork of organizations working independently of one another. We spoke about our vision of uniting nonprofit providers and committed communities of worship so that we could more efficiently serve vulnerable neighbors. Bobby Henon endorsed the vision and helped us attain it. With the support of Bobby and his staff, we created the Northeast Services Team (NESTco), a 501c3 nonprofit organization comprised of member organizations committed to meeting the basic needs of our community members. As a group, we provide food, shelter, mental health services, child welfare services, material supports and more. We have eliminated service redundancies and increased collaboration between agencies. Now, when someone who is struggling finds their way to the door of one of our organizations, she or he is offered the services of all NESTco organizations. This dream would not have been realized without the support of Bobby Henon.

Mr. Henon and his staff have referred countless individuals and families to PIHN and the other NESTco agencies. Many of these referrals came from outside of his council district and the vast majority do not vote. There was little or no political gain for Mr. Henon. In fact, I believe that this work is politically risky, as it risks alienating voters who do not share his belief that we should help those in need. I can only conclude that Bobby Henon did this for purely selfless and

 Byrne - Henon.docx                                                                                    Aa

nonprofit emergency shelter and supportive services provider that serves families at risk of or experiencing homelessness, I do not expect to find many allies in public office. The constituents whom we serve are not welcome in local communities. By endorsing our work, a politician risks potentially alienating voters.

For that reason, I was surprised and encouraged to receive Bobby Henon's support when we expanded our operations into Northeast Philadelphia. Colleagues and I sat with him and described our impression of social service infrastructure in the Northeast: a patchwork of organizations working independently of one another. We spoke about our vision of uniting nonprofit providers and committed communities of worship so that we could more efficiently serve vulnerable neighbors. Bobby Henon endorsed the vision and helped us attain it. With the support of Bobby and his staff, we created the Northeast Services Team (NESTco), a 501c3 nonprofit organization comprised of member organizations committed to meeting the basic needs of our community members. As a group, we provide food, shelter, mental health services, child welfare services, material supports and more. We have eliminated service redundancies and increased collaboration between agencies. Now, when someone who is struggling finds their way to the door of one of our organizations, she or he is offered the services of all NESTco organizations. This dream would not have been realized without the support of Bobby Henon.

Mr. Henon and his staff have referred countless individuals and families to PIHN and the other NESTco agencies. Many of these referrals came from outside of his council district and the vast majority do not vote. There was little or no political gain for Mr. Henon. In fact, I believe that this work is politically risky, as it risks alienating voters who do not share his belief that we should help those in need. I can only conclude that Bobby Henon did this for purely selfless and

charitable reasons. He is committed to helping all in our community and he used his office to promote general welfare. I believe him to be a good person.

Yours,

Bob Byrne
Director of Northeast Programs
Philadelphia Interfaith Hospitality Network
ph: 215-247-4663 ext. 137
fax: 215-599-9948
www.philashelter.org

**Joseph Camm**
2919 Teesdale st.
Philadelphia, Pa, 19152

31st January, 2022

**To The Honorable U.S. District Judge**
**Jeffrey Schmehl**

Dear Judge Jeffrey Schmehl

I am writing this letter on the behalf of Bobby Henon. I have known Bobby for the last ten years. I am a Recreation Leader 3  for the City of Philadelphia. I am the Director of the Mayfair Recreation Center which is located in Bobby Henon's old City Council District 6.  In these 10 years I have worked with Bobby numerous times

The Mayfair Recreation Center is a very large center that supports the Mayfair and surrounding communities. Bobby has always supported all of Mayfair's programs at the center. He was instrumental in supplying Our Senior Citizen groups with support to help them with all the Senior programs at the Center. Our local boys clubs ( Holy Terrors and Lansing) that use the fields and the gymnasiums at the center have always been aided by Bobby's City Council office. His office has had many events at the Center that helped the community. Whether they were shredding events, CPR classes and general community meetings. I could go on and on.

During the last ten years Bobby Henon has been a friend who supported my Center when needs arose. He was always professional and worked hard as our City Councilman.

Sincerely,

Joseph Camm

12-14-21

Dear Honorable Judge Schmehl

   I am Ray Casey, President of the Northeast Girls Interclub Basketball League in Philadelphia. For the last ten years Councilmen Bobby Henon has supported our organization extremely. Bobby always made sure our league was supported 100 %  by coordinating with the  Philadelphia School District and the Dept. of Recreation for ample gym time for all the youth organizations in Philadelphia. Bobby and His Staff have always supported us  with the "Philadelphia Activities Grant Program " helping us to financially meet the expenses needed to coordinate our organization and league. Bobby Henon is a great friend not just to our organization but to the entire community He serves. We are asking your Honor to please give Leniency in Bobby's judgment.

         Respectfully

         Ray Casey

4415 Millett St,
Philadelphia PA 19136
January 19, 2022

The Honorable Jeffery Schmehl
U.S. District Court Judge
Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

I am writing in reference to the sentencing phase of the federal trial for Councilmember Bobby
Henon. As a community leader and staff member in the Councilmember's office I would like to
respectfully request the court to grant Councilmember Henon leniency in the forthcoming
proceedings.

I have known Councilmember Henon for over 10 years and his commitment to his constituents,
the city of Philadelphia and his work ethic are second to none. Councilmember Henon has a
unique ability to muster support for social and economic issues including issues not typically
popular with communities. Issues like homelessness, drug and alcohol dependencies and abuse
are a few issues that top the list.

Perhaps it would be beneficial for me to point out some of the most poignant accomplishments
during his tenure as a Councilmember. I am not talking about his accomplishments in the
chamber, but his talents that touched the human side of every issue that he was asked to tackle.

First thing that needs to be pointed out is the fact that anyone asking for help received support.
Not just folks in the 6th Council District, but anywhere in the city. During the pandemic and
times of food insecurities he made sure that anyone asking for food received a delivery of food.
If food was scarce he made it a point to find it and delivery it. He worked with and at local food
banks including Caring for Friends, Share, Feast of Justice and Philabundance to name a few. He
always had the backs of organizations that supported communities. If they needed warehouse
space he found it. If they needed refrigeration he sourced it, normally without cost. It was a 7 X
24 operation that touched the lives of thousands across this great city.

Again, I respectfully request the court for leniency and if at all possible some sort of a hybrid
sentence that allowed communities access to his talent.

Sincerely,

Stanley S. Cywinski

Deborah Darroyo
4317 Higbee Street
Philadelphia, PA  19135
Debbie.darroyo@aol.com

January 31, 2022

The Honorable U.S. District Judge Jeffrey Schmehl

Re: Sentencing of Robert Henon

Dear Judge Schmehl,

I am writing this letter on behalf of Robert Henon.  My name is Deborah Darroyo.  I work for Philadelphia Parks and Recreation as a Recreation Leader 3 at Vogt Recreation Center in Northeast Philadelphia.  I also live in Wissinoming, an area in Philadelphia, where Councilman Henon served.

I primarily know Bobby due to my employment with Philadelphia Parks and Recreation.  I work as a Recreation Supervisor in the Sixth District.  Bobby has worked with our department in many ways.  One of his programs that has impacted not only the community he serves, but the entire City of Philadelphia is the "Philly Plays" program.  This program enabled many recreation centers to hire additional staff, receive much needed equipment and add a culminating event that Councilman Henon not only sponsored but attended.  Philly Plays allowed recreation centers to hire a seasonal worker to implement the program.  They were not only trained to work with the children but were certified in CPR and first aide.  He also sponsored a variety of entertainment, such as Philly Dance, the "Take 60 Challenge" and the Insectarium show.  These entertainers would come out to our summer camps and entertain the children adding to their summer enjoyment.  He also sent out "Water Aerobic" instructors to our pool so that seniors could enjoy some exercise during the summer months.

Councilman Henon also sponsored CPR programs, enabling residents to become certified in both CPR and First Aide.  This was a free program offered to anyone who wanted to attend.  He worked together with community groups such as "The Block gives Back" and Philadelphia Anti-Drug/Anti-Violence Network to help combat criminal behavior in our community.  He also helped by installing cameras in recreation centers, coordinating clean up efforts in the community.

During the recent pandemic, Councilman Henon worked tirelessly to provide food for the people of Philadelphia.  He ran a program at "Caring for Friends" which delivered meals to those in need.  He also distributed diapers, formula and other needs to babies in the community.  I worked along with the Councilman at the distribution center in Northeast Philadelphia.  Many hungry families were able to have food because of his efforts.

Personally, I have had the opportunity to work with Bobby's son, Matthew during the past 3 summers.  Matt worked as a lifeguard at the Vogt Pool.  I got to see firsthand how great of a father Bobby was to his son and how close they were as a family.  During the lifeguard competition, his entire family came to the event to cheer him on!  Based on my experience with Bobby, I would ask the court to be lenient with his sentencing.  He is a good man and an asset to the City of Philadelphia.

Thank you for any consideration you can give.
Sincerely,

Deborah Darroyo

**WALT DE TREUX**
**ATTORNEY-AT-LAW**
**ARBITRATOR/MEDIATOR**
13034 RICHWOOD ROAD
PHILADELPHIA, PA 19116-1317
(215) 470-8071
(215) 698-6689 (FAX)
DETREUXARB@GMAIL.COM
WWW.WALTDETREUXARB.COM

January 29, 2022

The Honorable Jeffrey Schmehl
Judge, U.S. District Court for the
Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

I appreciate the difficulty of your deliberations when sentencing Philadelphia City
Councilman Robert Henon. As you no doubt learned during the trial and will recognize in
the many letters you will receive on his behalf, Bobby is a good man. He was the hardest
working member of Council. He was always focused on the needs of his constituents, not
the corporate or political players, but the blue, white, and pink collar workers and
families in Mayfair, Holmesburg, Bridesburg, and the many other neighborhoods that
serve as the backbone of this great city. Service to those communities and families has
been the hallmark and raison d'être of Bobby's public life.

I first met Bobby over 20 years ago on a professional basis when I worked for City
Council. Our professional relationship quickly grew into a personal friendship that
continues long after I left Council and public service. I respect Bobby for his work ethic,
his honesty, and his persistence in rooting out and fighting unfairness or oppression of
working men and women. I respect him even more for his dedication to his boys, his
family, and his many, many friends. Bobby rose from a humble, working-class
background with all its challenges to become a well-respected and admired public servant
who never forgot his roots nor the many people who helped him achieve success.

I respectfully ask that you take into consideration the whole of who Bobby is rather than
focus on only the events that brought him to your courtroom. I know you will find a good
man whose imprisonment will not provide any benefit to the city or society in general.
Please be lenient so that Bobby can continue to live a productive life in service of others.

Respectfully,

WALT De TREUX

**Member, National Academy of Arbitrators**
**www.naarb.org**



16 Old Ashton Road #5 Philadelphia, PA 19152
Phone: 215-332-3888
Fax: 215-332-4541
www.nevs.org

January 26, 2022

Honorable U.S. District Judge Jeffrey Schmehl:

I am writing this letter on behalf of Mr. Bobby Hennon. Bobby has been a valued contributor to the Northeast Philadelphia community many years. I have personally known Bobby and his family for over 20 years.

Most recently, I have interacted with Bobby in my position as Executive Director of Northeast Victim Service. He previously served on our Board of Directors. Mr. Hennon has organized dozens of valuable community events over the years. The people of Northeast Philadelphia have certainly benefitted from his ongoing support. He has shown strong leadership, dedication, and commitment to the constituents whom he has served throughout the years. He has been a tremendous advocate for our agency, always supporting our mission of assisting victims and witnesses of crime in Northeast Philadelphia.

I humbly request a lenient sentence for Mr. Hennon, considering all of the good that he has done for his community.

Sincerely,

Barbara A. Deeley
Executive Director

1/28/22

Dear Honorable U.S. District Judge Jeffrey Schmehl,

I am writing to you today to inform you that I am a community leader who has the highest respect for Councilman Henon.

He has helped Upper Holmesburg to become a better place to live and dedicates a lot of time to help the 6th District prosper.

He has helped us with development projects, scholarships and providing for the needy to... just mention a few.

He is a good person and his intentions are always for the good.  Please consider these facts about his character.

Sincerely,

Paul DeFinis  -  Upper Holmesburg Civic Association – Zoning Chairman

# Brotherhood of Maintenance of Way Employes Division - IBT

**702 Annin Street**
**Philadelphia, PA   19147**
doddjed@verizon.net
**215-275-0169**



**Jed Dodd**
*Vice President at Large*


February 23, 2022

United States District Court
Honorable Judge Jeffrey Schmehl
Philadelphia, PA

Honorable Judge Schmehl:

Re:    Plea for Leniency Bobby Henon

Our Union represents the men and women who build and construct America's railroad tracks, building and bridges and overhead catenary system.  We have had a long relationship with Bobby Henon in his service as a City Councilman and as the Political Director of Local 98.  He has over the years put in countless hours benefitting the citizens of Philadelphia in general and the hard working members of our Union in particular.  He worked every day to make our lives better and never asked for anything in return for himself.

We should be so lucky if all of our political representatives had his work ethic and selfless service to the citizens of Philadelphia that Bobby Henon brought to his work.

We would ask that you take this into consideration when assessing the penalty and consider leniency when making your final decision.


Yours truly,

*Jed Dodd*

Jed Dodd
Vice President BMWED-IBT

Michael Doyle, CFRS
12619 Dunks Ferry Rd.
Philadelphia, PA 19154
May 11, 2022


Hon. Jeffrey Schmehl
District Judge
Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market St. Phila. PA 19106


Dear  Hon. Jeffrey Schmehl:

I am writing to you in regard to the sentencing of Mr. Bob Henon. I firmly believe that the people of
city of Philadelphia will be in a better position with Mr. Henon serving a shorter term, rather than a
longer term.

As a Certified Family Recovery Specialist, I have witnessed Mr. Henon's dedication to those most
vulnerable in the City of Philadelphia, especially those in early recovery from Substance Use
Disorder. During the initial Covid 19 lockdown, I had noticed only Mr. Henon's constituent's services
office looking to network with non-profits and volunteers to help reach out to those most
vulnerable that may need food, diapers, etc. when Covid 19 protocols kept many people home and
unable to get access to food or help.

As an advocate for people in Recovery, I had also seen the need for many in the Recovery
Community, living in Recovery Housing, needing assistance and suggested to Mr. Henon's staff to
collaborate with Caring for Friends, located in far Northeast Pennsylvania. In a matter of days, Mr.
Henon personally became involved in organizing, delivering, and collaborating with the leadership
of Caring for Friends and many community groups to ensure every vulnerable person could have
their basic needs met. For this reason alone, I feel that Mr. Henon's time can be best used outside
of a prison facility.

Sincerely,

Michael Doyle
A8029A2564BD431...

Michael Doyle, CFRS

MIKE DRISCOLL, MEMBER
173RD LEGISLATIVE DISTRICT

27A EAST WING
P.O. BOX 202173
HARRISBURG, PENNSYLVANIA 17120-2173
(717) 787-4331
FAX: (717) 772-9962

8760 FRANKFORD AVENUE
PHILADELPHIA, PENNSYLVANIA 19136
(215) 281-3414
FAX: (215) 281-3418

7104 TORRESDALE AVENUE
PHILADELPHIA, PENNSYLVANIA 19135
(215) 333-9760
FAX: (215) 333-9244

EMAIL: REPDRISCOLL@PAHOUSE.NET

**House of Representatives**
Commonwealth of Pennsylvania
Harrisburg

COMMITTEES

COMMERCE
FINANCE
INSURANCE
TOURISM &
RECREATIONAL DEVELOPMENT

PHILADELPHIA DELEGATION

January 23, 2022

The Honorable Jeffrey L. Schmehl
U.S. District Court for the Eastern District of Pa.
5613 U.S. Courthouse
601 Market Street
Philadelphia, Pa. 19106

**Re: City Councilman Bobby Henon Sentencing**

Dear Judge Schmehl:

I have known Councilman Henon for the past 25 years in a variety of capacities—
constituent, political director, elected official and personal friend. During this
entire period of time, I have first-hand witnessed Councilman Henon to be a
dedicated and compassionate advocate for those in need. As one example, each and
every holiday season for the past 10 years or so, he (and staff) paid for, selected
and delivered much-needed clothing, groceries and toys to families and children in
financial need. This effort was never publicized, nor highlighted by the
Councilman. His character and good works stood on their own year after year for
families suffering from a financial or health set-back or in poverty-- personally
assisting them was his top priority.

Councilman Henon's friendship, solid character and good works over a decade of
public service in the community should, in my opinion, warrant serious and
measured consideration for reasonable leniency at his upcoming sentencing
hearing.

Thank you for your valued consideration of this request.

Sincerely,

Michael J. Driscoll
Michael J. Driscoll

## PHILADELPHIA COUNCIL
## AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS

**PATRICK EIDING**
President

**JIM GARDLER**
Secretary-Treasurer

**KEN WASHINGTON**
Recording Secretary

Vice Presidents

DAMON ALLEN
JOSEPH ASHDALE
MICHAEL BARNES
JOE BASELICE
JEFF BINZ
WILLIE BROWN
NICK CASSELLI
MARITA CRAWFORD
DAISY CRUZ
JOHN J. DOUGHERTY
LYNNE FOX

ERNEST GARRETT
RICHARD GENNETTI
DANIEL GRACE
ROBERT HEENAN
KEITH HOLMES
JERRY JORDAN
BILL KRESZ
HILLARY LINARDOPOULOS
GARY MASINO
MAUREEN MAY
C. ROBERT McDEVITT

C. A. O'BRIEN
GEORGE C. PEGRAM
STEVE PETTIT
GEORGE PIASECKI, III
JOSEPH RODGERS
CATHERINE SCOTT
JAMES SNELL
SAM STATEN, JR.
CHRIS WOODS
ROSSLYN WUCHINICH
WENDELL W. YOUNG, IV

**TOM TOSTI**
Chairman
Board of Trustees

Trustees
SHAWN DOUGHERTY
ELYSE FORD
LEONARD M. PURNELL

Sergeant-at-Arms
DENNIS PAGLIOTTI



22 South 22nd Street, 2nd Floor
Philadelphia, PA 19103

Tel: 215-665-9800
Fax: 215-665-1973

January 27, 2022

The Honorable Judge Jeffrey Schmehl
U.S. District Judge
The Gateway Building
Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I am writing to you on behalf of Robert Henon, whom I have known and worked with for almost thirty years. I first met Bobby when I represented my local union, Insulators Local 14 and in my position as Secretary-Treasurer of the Philadelphia Building and Construction Trades Council. I found him to be a bright young man willing to work hard in the labor movement - soon after he became the Political Director for IBEW Local 98.

In 2002, I moved over to the Philadelphia Council AFL-CIO as President, which I still currently serve, as well as the position of Secretary-Treasurer of the Philadelphia Building Trades Council. This career move put me in a more active political world; and as such, my working relationship with Bobby became more active. We worked together to elect worker-friendly candidates in office. He is skilled at getting our rank-and-file members knowledge on the issues to get out the vote.

Bobby has always been a family-oriented person, a friend, and totally committed to his work. When we were fortunate to get Bobby elected to City Council, our relationship became stronger because we worked together on many pieces of legislation at City Council for "the working people" - I lived in his councilmanic district.

Most of the Bills we worked on together at City Council was for working people, who did not have the protection of collective bargaining. Bobby either sponsored or co-sponsored "Paid Sick Leave", "Paycheck Protection", and "Fair Work Week" and a Bill that would help protect Homecare Workers and help to create a city labor division to enforce the bills. We also joined efforts for workers who needed not only pay raises but safety and benefits.

In the Sixth Councilmanic District that Bobby represented, we saw more community work both in helping people of need, but also working to get money for recreation centers and the community programs. My wife and I were amazed at all the activity Bobby championed in our neighborhood without a lot of fanfare.

However, when I was in his company where we lived, he was always getting waves and "Hey Bobby how are you?" from the people that lived there.

Your Honor, my purpose of this letter is to let you know through my personal and business relationship I KNOW what a **good caring** individual Bobby is, and respectfully ask that you look at Bobby Henon and see who he really is - a **good caring person** who spent half of his adult life helping folks that could not help themselves.

If I can be of any assistance to you or Bobby as you make your decision, please do not hesitate to contact me. I can be reached via cell 215-720-5260 or email peiding@philaflcio.org.

Sincerely and respectfully,

Patrick J. Eiding
Patrick J. Eiding
President

JUNIATA PARK OLDER ADULT CENTER
1251 E. SEDGLEY AVE.
PHILADELPHIA PA. 19134


January 6th, 2022


To the Honorable Judge Jeffrey Schmehl,


I am writing to petition you, on behalf of Philadelphia City Councilman Bobby Henon, for leniency towards his sentence. We here at Juniata Park Older Adult Center have worked with Mr. Henon for the last four years trying to bring older adults together for socialization, mental and physical stimulation and fun.

The councilman and his office have hosted several events here for our seniors. We have also been invited to all of his community senior events over the last several years. The Councilman has done this even though our center is not located in his council district. He truly cares about the senior population living in this city regardless of where they live or congregate.

Please, I hope you take this plea into consideration when passing down his sentence. I beg you to look at the good he has done in the community especially when it come to a vulnerable population such as seniors.


Thank You and Happy New Year,


Joseph Fagan
Director
Juniata Park Older Adult Center

May 19, 2022

Honorable Jeffrey L. Schmehl

U.S. District Court for the Eastern District of Pa.

5613 U.S. Courthouse

601 Market Street

Philadelphia, Pa. 19106

Re: Sentencing for former City Councilman Bobby Henon

Dear; Judge Schmehl:

On behalf of the myself, Joseph M. Fox current President of Philadelphia St. Patrick's Day Observance Association – Philadelphia. Allow me to provide some background information on our Association. We are the 2nd oldest St. Patrick's Day Parade in the United States (est. 1771) and recently celebrated our 250th anniversary.  Common themes for the St. Patrick's Day Parade include celebrating religious freedom, patriotism, honoring military service, remembrance of the political struggles in Ireland, a celebration of Irish culture and, of course, honoring St. Patrick and his Great works.

Bobby Henon has been a valued and key Association Board member for the past 13 years. In that role, he has actively solicited and obtained much-needed operational grant funding for the parade; has publicly honored the yearly Ring of Honor inductees and Grand Marshal at City Council with a sponsored Resolution and participated actively in the parade route and march. In addition, he has tirelessly and personally worked to promote 4 key Association goals:

> Irish civic pride

> Irish cultural awareness

>Youth involvement through Irish dance and

>Community celebration in a shared heritage

Bobby Henon has always answered the call of our Association, whether it be funding, personal appearances, parade staff support and his time. He accomplished this over 13 years without personal fanfare or remuneration. We respectfully ask that you consider his hundreds of valued volunteer hours

donated to our organization over more than a decade serving on the Board in your upcoming sentencing hearing in July. Bobby Henon has been an integral part of the leadership and success of the St. Patrick's Day Observance Association for more than a decade and has diligently and loyally served both the Irish community as well as the wider Philadelphia region. We ask only that this key service provided by Bobby Henon be weighed and legitimately evaluated in the light of your sentencing guidelines.

I want to thank you for your consideration of this request in the sincere hope that it demonstrates a window into Bobby's selfless acts of community engagement/support that may often be overlooked.

Thank you.

Sincerely,

Joseph M. Fox – President - St. Patrick's Day Observance Association of Philadelphia

3891 Alberta Place, Philadelphia. Penna. 19154-2728

E-mail: Josephmfox7@gmail.com & Cell#: 215-429-0193

January 25, 2022

The Honorable Jeffrey L. Schmehl

U.S. Department of Justice

Eastern District of Pennsylvania

601 Chestnut Street

Philadelphia, Pennsylvania 19106

Re: *United States* vs. *Defendant Bobby Henon*

Dear Judge Schmehl:

As the Republican committee persons in the 57th Ward (part of Philadelphia's 6th Councilmanic District) for several years, we have interacted favorably with former Councilman Henon.

Mr. Henon's bipartisan efforts secured hundreds of new jobs in the 6th District.

As stakeholders in our community, we appreciated his bipartisan efforts that have improved public health and safety.

His cooperation has addressed vacant lots, and blight throughout the 6th District.

Mr. Henon has been a champion for quality-of-life issues for the people.

Since he has always been there for his constituents, addressing their needs and issues. we are asking you to consider these when you impose sentencing.

Sincerely,

Mrs. Lorraine Galone

Mr. Carmen J. Galone

8004 Colfax Street

Philadelphia, Pa 19136

# International Union of Operating Engineers

### LOCALS 542, 542-RA, 542-C, 542-D

**ROBERT HEENAN**
General Vice President
Business Manager

**JAMES REILLEY,** President
**JAMES GITTENS,** Vice President

AFFILIATED WITH THE
LABOR AND BUILDING



AMERICAN FEDERATION OF
TRADES DEPARTMENT

**ROBERT WALSH,** Recording Secretary
**JAMES T. JONES,** Treasurer
**VINCE ASCIONE, JR.,** Financial Secretary

### 1375 VIRGINIA DRIVE - SUITE 100, FORT WASHINGTON, PA 19034
(215) 542-7500
FAX: (215) 542-7557

January 26, 2022

Honorable Jeffrey L. Schmehl
United States District Judge
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

     **Re:   Robert Henon**

Dear Judge Schmehl:

     I am the Business Manager for International Union of Operating Engineers Local Union No. 542 (hereinafter "542").

     In that regard, I write to express my support for City of Philadelphia, Councilperson Bob Henon. As you may know, Bob is a union brother and has been a union advocate for all local labor unions, including 542, for many, many years.

     Not only has Bob helped 542 with a variety of issues regarding work projects in and around the Philadelphia area, he has also helped 542 members and their families who reside within his Councilmatic District.  Moreover, Bob has been a tireless advocate for the working men and women of his district, as well as, keeping anyone who needed his help in and around the Delaware Valley.

     Bob is a good person, husband and father.  Unfortunately, he has lost his livelihood and probably his pension.  He will end up with nothing while still having a wife and children to take care of.

     I therefore ask you to temper your justice with mercy regarding Bob's upcoming sentencing.

     Thank you for your consideration.

Respectfully submitted,

*Robert T. Heenan*

Robert T. Heenan
General Vice President & Business Manager



# Holme Circle Civic Association

January 26, 2022

The Honorable Jeffrey L. Schmehl
U.S. Department of Justice
Eastern District of Pennsylvania
601 Chestnut Street
Philadelphia, Pennsylvania  19106

Re: *United States vs. Defendant Bobby Henon*

Dear Judge Schmehl:

As one of numerous civic associations and as a Registered Community Organization in the city's 6th Councilmanic District, our Holme Circle Civic Association Executive Board and membership have known and interacted favorably with former Councilman Henon and his staff for the past ten years.

We are especially indebted to the Councilman for his efforts to renovate our neighborhood **Frank McArdle Memorial Playground** which was in dire need of a makeover.  There were obstacles during this long journey which Mr. Henon repeatedly addressed and, thankfully, the playground was dedicated in June of 2021.

Mr. Henon has also been a strong supporter and advocate for our neighborhood **Free Library of Philadelphia—Torresdale Branch** which has benefitted greatly from his efforts to earmark funds for its maintenance and programs.

As a stakeholder in our community, we have been cognizant of zoning issues which have come before us requiring thorough and swift action to safeguard our neighborhood interests. We have worked closely with the Councilman and his team to jointly promote these efforts.

Bobby Henon has been a visible presence in our neighborhood with his *Meet and Greet* sessions, various and consistent programs earmarked for all ages from children to seniors, food drives, and neighborhood clean-ups. Of particular concern to us was the issue involving our treasured Pennypack Park in which he spearheaded the efforts of agencies such as our local police department, the Park Rangers, and Department of Parks and Recreation to curtail illegal summer activities performed by out-of-towners within the park and for personally helping to remove endless bags of trash left by these "visitors".

We are appreciative of Mr. Henon's efforts through the years on our behalf, and we have no doubt that he has improved the quality of life for us, his constituents.  Please consider these accomplishments upon sentencing.

Sincerely,

Mike Fagan
*President*

Linda Colwell-Smith
*Vice President*

Elsie Stevens
*Corresponding Secretary*

---

**Executive Board Members:**

Mike Fagan
*President*

Linda Colwell-Smith
*Vice President*

Tony Benson
*Treasurer*

Betty Brown
*Recording Secretary*

Elsie Stevens
*Corresponding Secretary*

**General Board Members:**

Bob Brown

Kim Keenan

Tim Sullivan

**Mailing Address:**

Holme Circle Civic
   Association
P.O. Box 14311
Philadelphia, PA 19115

holmecirclecivic@gmail.com



**TEMPLE HEALTH**
TEMPLE UNIVERSITY HOSPITAL
**JEANES CAMPUS**

December 15, 2020

Councilman Bobby Henon
6730 Toresdale Avenue
Philadelphia, PA  19135

Dear Councilman Henon:

On behalf of the entire staff at Temple University Hospital – Jeanes Campus, please accept my heartfelt thanks for your generous and thoughtful donation of food to our medical staff.

This is a critical and stressful time for the local medical community and the entire nation. Staff members here at the Jeanes Campus are working around the clock to ensure that we are prepared to handle whatever comes our way, including patients who are seriously ill due to COVID-19.

Jeanes was founded nearly 100 years ago with a mission to care for patients in need and be a healing presence in the community. Supporters like you are helping us live out that mission.

Thank you again for your donation and for your support of the Jeanes Campus and our staff. Together, we will emerge from this crisis stronger.

Sincerely,

Marc Hurowitz, DO, MBA, FAAFP
Executive Director
Temple University Hospital – Jeanes Campus

TEMPLE UNIVERSITY HOSPITAL – JEANES CAMPUS
7600 Central Avenue, Philadelphia PA, 19111
T: 215-728-2000
TempleHealth.org   800-TEMPLE-MED

Temple Health refers to the health, education and research activities carried out by the affiliates of Temple University Health System (TUHS) and by the Lewis Katz School of Medicine at Temple University. TUHS neither provides nor controls the provision of health care. All health care is provided by its member organizations or independent health care providers affiliated with TUHS member organizations. Each TUHS member organization is owned and operated pursuant to its governing documents.

# St. Katherine of Siena Rectory
## 9700 Frankford Avenue
## Philadelphia, PA 19114

**215-637-7548**                                          **Fax 215-637-0146**

January 10, 2022

The Honorable Jeffrey Schmehl
U.S. District Judge

Your Honor:

Please allow this correspondence to serve as a letter of support and a request for leniency in the sentencing of **Bobby Henon.**

Bobby and his family are members of St. Katherine of Siena Parish and have been actively involved on several levels over the years. This involvement has been on a personal and family level especially with the involvement of his children's formation and socialization.

As far as Bobby's impact on the local Torresdale community, he is second to none among his fellow elected officials. The 200+ Seniors who meet every Wednesday in our facility enjoy his support, information and presentations on their growing needs from Bobby and the members of his staff,   Recently he spearheaded the renovation and refurbishment of the local city playground. His efforts helped to make it a safe location for all ages of children and teens from the area.

Most recently Bobby helped to ease the fear and stress of many in our area of the city by helping to keep information current and understandable for all the members of the community who were concerned and confused with the conflicting messages about COVID testing, Vaccinations and regulations.

Personally, I have always found Bobby Henon to be a supportive, engaging and honest hard worker for his constituents of which I am one. I earnestly request that Bobby's positive efforts on behalf of our community be taken into consideration in the sentencing process.

Thank you for reading this letter and taking my recommendations into consideration.

Respectfully,

Rev. Msgr. Paul M. Kennedy
Pastor



**The Greater Philadelphia** Diaper Bank
www.philadelphiadiaperbank.org
pat@philadelphiadaiaperbank.org
215-919-8500

February 8, 2022

To whom it may concern:

The Greater Philadelphia Diaper Bank is a nonprofit that distributes diapers, adult incontinence supplies, and period products free of charge to homeless shelters, food banks, faith-based organizations, social service agencies and schools.  Since 2020, we have distributed over 4.6 million diapers and over 700,000 period products, and we truly could not have done it without the support of Councilman Henon and his staff.

In March of 2020, Councilman Henon contacted the nonprofits in his district and posed several questions:  What are the pressing needs of the community, and how can we work together to meet them?  Together, we worked to provide food and diapers to families who never needed help before- and almost 2 years later, Councilman Henon's office continues to provide diapers to families in needed.

Councilman Henon and his staff know that diapers, adult incontinence supplies and period products are basic needs, and over the years, his help has been immeasurable- from allowing us to distribute from the finished basement of his office when we were looking for a permanent space- to offering help with pick-up and delivery.

All we can say is a very sincere thank you!

Most truly,

Pat Kennedy

Pat Kennedy

ED/Founder

8606 Glenloch Street
Philadelphia, PA 19136
December 22, 2021

The Honorable Jeffrey Schmehl
U.S. District Court Judge
Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

I, like many Philadelphians, monitored closely and with great concern the recent federal trial involving City Councilmember Bobby Henon. With the case now in its sentencing phase, I write to ask and respectfully urge the court to grant Councilmember Henon utmost leniency in the forthcoming proceedings. I am certain that his many years of service and contributions to the people of Philadelphia, both in his official capacities and behind the scenes, warrant the court's ultimate mercy.

I have known Councilmember Henon personally for many years and have worked with him on many community-based issues and projects in my volunteer role as an executive board member for the Upper Holmesburg Civic Association in the 6th Councilmanic District. I am a homeowner and permanent resident in this community and would like to share some examples of the indispensable support that Councilmember Henon has provided to our neighborhood.

Perhaps the most glaring instance involved a large industrial property in our community – a building materials recycling facility that the operator converted into an unlicensed sewage dump. Without any public approval or warning, the operator of this facility began accepting dozens (perhaps hundreds) of truckloads of dried sewage that were piled onto the property in the open air. This material created a horrible stench that routinely infiltrated thousands of homes in the adjoining residential community.

Members of our civic association and other residents were left with little recourse but to protest this site with picket lines, but the sewage trucks kept coming.  We also contacted the local news media, which helped to publicize the issue. But even that didn't fix the smell or solve our problem. Only with Councilmember Henon's diligent work was the community finally able to elicit a response from the dump operator, compel him to remove the sewage, and clean the air that we breathe.

Councilmember Henon has protected and improved our community in many other ways. He was vital in our effort to prevent an out-of-state operator from establishing an automobile junkyard and do-it-yourself used auto parts retailer in our backyard. He has led our effort to get stronger enforcement of critical health and safety rules in our local park (Pennypack Park), which routinely attracts large gatherings of individuals who engage in illegal drinking, start fires in dangerous areas, swim in unhealthy streams, and leave litter strewn across the natural landscape.

Councilmember Henon has helped the Upper Holmesburg Civic Association obtain sponsorship for a new, permanent veterans memorial to be erected at the gateway of our community. He has sponsored numerous community-building events such as senior citizens dances and Halloween trick-or-treat picnics. He has always been a leading advocate for the less fortunate in our community and during the COVID-19 pandemic has orchestrated the most comprehensive food distribution program I have ever seen.

These examples merely scratch the surface of Councilmember Henon's positive impact on the community as a whole and its individuals. It would be impractical if not impossible to mention all his good deeds. Over the years, I have heard many public officials comment that he is the hardest working person in city government. That may seem trite, but it's 100% true. His hard work and selflessness have been a constant from the first day he took office and it was most surely the case long before he entered public service.

I have admired Councilmember Henon since the first time I met him at an Upper Holmesburg Civic Association meeting and in time have grown to understand profoundly his commitment to the wellbeing of others. Based on what I have seen and learned about him, I cannot envision any circumstance that will change this view. It would be tragic were circumstances to prevent Councilmember Henon from continuing his vital support of my community and the city. I once again respectfully ask the court to grant him lenience in the upcoming sentencing proceedings.

Sincerely,


William Kenny

February, 2022

Brian Patrick King
1109 Napier St.
Philadelphia, PA 19116

The Honorable Jeffrey L. Schmehl

**RE:  Sentencing of Councilman Bobby Henon**

Dear Judge Schmehl,

My name is Brian Patrick King and I am the President of Father Judge High School. I am aware that Councilman Bobby Henon has been charged with conspiracy to commit honest services fraud, honest services wire fraud and bribery. I am writing this letter of support for Councilman Henon because despite these unfortunate charges, I have seen firsthand the good he has done for so many across Philadelphia and specifically Northeast Philadelphia.

I have had the privilege of working with Councilman Henon for the better half of the last 20 years. Prior to my employment with the Archdiocese of Philadelphia, I served as the Executive Director of the Mayfair Community Development Corporation. Over that course of time, I have had a plethora of relationships with Bobby, but at its core he has always been a true friend, mentor, and supporter of those in need. Bobby never minced words or held back, making sure you knew that even when the hardest of decisions had to be made, he had your back and was there to help dust you off and get you back on track. I first met Bobby when he was working with Local 98 and I was the Executive Director of the Mayfair Community Development Corporation. During the 3.5 years I served in that role, Bobby helped bring donated labor and materials to us to renovate 27 homes for single mothers and their children who had fallen on hard times. These renovated homes allowed these families to remain in the community with a quality of life they otherwise could not have provided for themselves.

Over the last decade plus, I have seen his passion for improving the 6th Councilmatic District. Bobby made sure kids had summer programming, both athletic and cultural, ensured families had operational public pools, and the most impressive was his efforts of meal and aid distribution during the pandemic. Councilman Henon personally traversed the district seven days a week distributing meals to countless families/individuals in need. He wanted something for everyone and he wanted his coworkers in City Council and his Staff to want those same outcomes. His passion and personality are contagious, genuine, and the outcomes of his leadership in the district were impactful.

Councilman Henon has been a driving force in many ways. Bobby, a proud graduate of our brother school North Catholic has been a stalwart supporter of our school community since the day he was sworn in to duty with City Council. Even now, we have a Mural Arts project underway whereas the Councilman secured funding for a PSA type mural about the importance



**Tacony Community Development Corporation**
6742 Torresdale Ave
Philadelphia, PA 19135
215-501-7799

Honorable Judge Jeffrey Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Your Honor:

The Tacony Community Development Corporation is a neighborhood-based non-profit revitalization organization located in the Tacony neighborhood of Philadelphia. Our organization has worked closely with Councilman Bobby Henon during the last ten years. We know the dedication of the Councilman and his staff to the Tacony neighborhood.

The Councilman helped our organization in many ways during his time in office. This includes supporting our organization's Main Street Program, assisting us in addressing neighborhood challenges, and helping us produce special events. These efforts made a substantial impact to improve our community.

We ask that you consider his hard work and dedication in these proceedings.

Sincerely,

Georgeanne Labovitz
Board President

LINDA L. LENTZ

2714 TAUNTON STREET

PHILADELPHIA, PENNSYLVANIA 19152

267-879-7103

Email: lloulentz@aol.com

January 22, 2022

U. S. District Judge Jeffrey Schmehl

I want to introduce myself to you I am Linda Lentz, and I am President of three Senior Citizens Groups in District #6. I started with Lower Mayfair Seniors back in 2012, and have had a nice working relation with Councilman Bobby Henon and his staff over the years and have come to learn that as a politician, Mr. Henon, is a man of his word and has gotten a lot of things accomplice for the people in his district.

Here are some of the things that has been done for seniors over the years by Bobby Henon and his staff and for his constituents and other organizations.  When we at Lower Mayfair ask about getting a gas range that worked so that we could make some hot meals for our seniors and were getting no where going through the channels, Bobby Henon, purchased a range and had it installed for use. Then, help us out when we were having Bingo games to raise, money for some of the clubs he came and called some of the games for us. Just to name a few things he has done to help us out over the years.

Now he needs our help and we are here for him in asking for you to show him some leniency in his sentencing that is coming up.  We have all done things in our life that we regret in some ways or another.

Thank you for taking some time out of your busy schedule to read our letters and we pray that you will see the good man Mr. Henon, is concerning his dedication, kindness, and love for his constituents.

Sincerely yours,

Linda Lentz

President of Lower Mayfair, Vogt, and Mayfairers Seniors

 Gmail

Support Bobby <support@bobbyhenon.com>

## Letter of Support

**Levins, Richard F.** <Richard.Levins@ibx.com>                           Thu, Mar 10, 3:09 PM
To: support@bobbyhenon.com <support@bobbyhenon.com>

March 10, 2022

Dear Honorable Judge Schmehl,

I write this email on behalf of Bobby Henon who I have know for over 20 years.

I have been practicing corporate law as in-house counsel for a major insurance company in Philadelphia for over 39 years. I am a graduate of St. Joseph's University, Temple University School of Law and Wiedner University School of Law, LLM. I have also volunteered on several non-profit Boards for over 30 years. These non-profit Boards included New Kensington Community Development Corporation (12 years as Chairman), Penn Treaty Special Services District (11 years as Chairman) and the Mayor's Fund for Philadelphia (5 years as Chairman). I was appointed to the Mayor's Fund for Philadelphia Board of Directors by Mayor James Kenney.

In addition to knowing Bobby Henon in the community for over 20 years, I had the pleasure of serving with Bobby Henon on the Board of Directors of the Mayor's Fund for Philadelphia "Fund". In my volunteer work as Chairman of the Fund, I worked closely with Bobby Henon on a variety of Fund matters. In all instances, Bobby displayed outstanding character and absolute commitment to the Fund's mission and goals. In no instance did I ever doubt or question Bobby's integrity or loyalty to the Fund's Board or the Philadelphia community served by the Fund.

As you consider your sentence for Bobby Henon, I respectfully request that you take into consideration the many actions and wonderful deeds Bobby Henon performed that had a very positive impact in our community.

Sincerely,

Richard F. Levins, Esq.

1334 East Montgomery Avenue

Philadelphia, PA  19125

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message has been content scanned by Proofpoint.
Proofpoint uses policy enforcement to scan for known viruses, spam, undesirable content and malicious code.

7104 Frankford Ave,
Philadelphia, PA 19136

March 15, 2022

The Honorable U.S. District Judge Jeffrey Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

I am writing from the Northeast Philadelphia Development Corporation on behalf the Chinese residents in the sixth councilmanic district to request leniency on sentencing for Robert Henon. The former councilman has done so much for the Asian community in his district, especially during the past two years of the pandemic.

During Councilman Henon's first term in office, he recognized the exodus of Asian residents from other states into the Northeast Philadelphia region and provided a welcoming environment for these new migrants. He has partnered closely with our organization to create cultural program and events for his constituents. In 2018, we collaborated to create our first large scale Mid-Autumn Festival for the community with over eight hundred residents attending the event. Additional programs such as ESL classes, Census Counts, and New Year Lunar events were later created through our joint efforts.

As the global pandemic spread, Philadelphia and the Northeast region was hard hit by the economic lockdown and downturn. During these turbulent times, the Councilman provided for the community through partnering with organizations to provide food, diapers, as well as Covid-related workshops. The councilman worked effortlessly with Caring for Friends and our organization to provide fresh produce, milk, meats, and bread for families in need. Every Saturday, we distributed over ten pallets of products to the Asian residents of Northeast Philadelphia along with diapers, baby formula, and baby wipes. Covid-workshops such as PPE distribution to frontline heroes as well as testing sites and vaccine clinics were also programs that the Councilman and his office rolled out during the pandemic. The majority of the Asian population were able to receive their vaccines from the Councilman's vaccine clinics.

We thank the Councilman and his office for their continued efforts and dedication to the constituents of Northeast Philadelphia. He has welcomed the Asian community with wide arms and made us feel safe at home in the Northeast.

We thank you for your time and consideration in this letter and ask for leniency in Robert Henon's sentencing. Thank you.

Sincerely,

*Iris Lin*

Iris Lin
NPDC Secretary

# PHILADELPHIA OBITUARY PROJECT
## Honoring lives taken by homicide

*An effort that intends to document the lives of the city's homicide victims. regardless of their background in life.*

March 18, 2021

Councilmember Bobby Henon
City Hall, Room 484
Philadelphia, PA 19107-3290

Re: City Council Resolution #210166

Dear Councilmember Henon:

Thank you for sponsoring the recent Resolution recognizing our project.

It will soon be four years since we began publishing positive obituaries of victims of homicide in Philadelphia.

This year to date, Philadelphia has had 104 homicides, which is double the number of homicides the city had experienced by this date in 2014 and 2015. We read every day about these senseless killings, even beyond senseless, as victims are caught in cross fires, are cases of mistaken identity, or are children.

Your Resolution was beautifully worded and captured the essence of what we are about.  We are gratified that you did this without our asking or even knowing in advance.  It makes us feel that we are making a difference and have the support of the community.

Sincerely,

*Cletus P. Lyman*

Cletus P. Lyman
Founder
Philadelphia Obituary Project

cc: Our Executive Director, Jennifer Lawson
     Stephen R. Betts, Director
     Albert Stumm, Director

**Board of Directors:**
Cletus P. Lyman - President
Albert Stumm - V.P\Editor
Stephen R. Betts – Sec.\Tres.

**Philadelphia Obituary Project**
www.phillyobitproject.com

1612 Latimer Street
Philadelphia, PA 19103
(215) 732-7040

TO: the honorable US District Court Judge Jeffrey Schmel

FROM: John McBride, Supervisor, Bridesburg Recreation Center, Philadelphia Parks and Recreation

RE: Sentencing for Bobby Henon, former Philadelphia City Councilman

Your Honor –

Having been witness to a few trials, I recognize how important and nuanced a job a judge has, and it must be of greater import when seated at a higher bench. In saying this, I certainly respect the position you hold.

In regard to the sentence you will be handing down to former Philadelphia City Councilman Bobby Henon, I know you will have to weigh many factors on a fair a just sentence. I would like to share some of my dealings with the Councilman for you to consider.

Bobby Henon was a very hands on, active councilman, and inspired his staff to be the same. The personal service that was received from his office was one delivered with that personal touch. E-mail were not just returned with an e-mail, but often with a call, or by a scheduled visit. Many times, it was not his hard working staff stopping in to the Bridesburg Recreation Center, but the Councilman himself.

Bobby Henon provided many services out of his district offices. Typical of any councilman, one could go there for a block party permit, make a complaint about short dumping, request a crossing guard or new safety signage, etc. Atypically, you could also get real grass roots services that directly benefitted the community and individuals, that did not carry the typical political "vote for me" message. Among the services that I directly saw, and had clients at our center benefit from, were American Red Cross CPR-First Aide instruction (in fact, Bobby himself helped certify our fall program staff this year), a food distribution program that served his entire district for at least 7 months during the height of the pandemic and work shutdown/slowdown ( Bridesburg was one of many distribution sites), end of camp program treats in water ice and pretzels for After School Programs and Day Camps each year for every playground and recreation center in his district, a service table at every community flea market, organizing senior citizen water aerobics at municipal pools in his district, and spearheading a program known as "Philly Play", a grass roots program in his district that grew in popularity to the point of it being incorporated into a city wide program and fun day for children. Within Philly Play, he and his office would visit individual centers and offer weekly lessons in arts and crafts, martial arts, outdoor learning, etc., through the use of specialty instructors. This them grew to include an end of program fun day that featured moon bounces, food trucks, and also set up a positive forum to introduce children to both firemen and police officers. With so much tension bubbling to the surface in the spring of 2020, being proactive to create a positive relationship between our first responders and the public is something to be admired.

Specifically to the Bridesburg recreation center , along with what I have listed above, Bobby Henon helped shepherd through city government funding for a new swimming pool at the facility, arguably the best municipal pool in the city: saw that the center received new and upgraded play equipment in our playground: made sure winter programs could run by taking the lead in acquiring for us a new heater for our building; and helped us successfully implement a new special event, the Bri Tri Youth Triathlon, a swim-bike-run event designed for kids ages 5 to 14. The Councilman not only helped us acquire city services like French barricades, police coverage to help kids at intersections, an EMT on call if needed,

and extra staffing for the day, he also provided hands on leadership as the lead-out bike guiding kids on the bike course. He helped make this a huge success to help welcome out new pool, and now an annual event our kids and staff look forward too.

Thank you for taking the time to read through my letter. Again, you have tough job providing the balance and nuance needed at this time. Please consider when making that decision that Bobby Henon was a hard working civil servant in his elected position, who did not sit behind a desk saying "do this" to his staff, but was out in the field sending the message "follow me and let's get this done".

Appreciatively, John McBride, Recreation Leader III, Bridesburg Recreation Center

John.mcbride@phila.gov, Bird2562@aol.com

Justice Seamus P. McCaffery (Ret.)
18453 Fassio Street
Venice, FL 34293

April 5, 2022

Honorable Jeffrey L. Schmehl
United States District Court for the Eastern District of Pennsylvania
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE:   Robert Henon

Dear Judge Schmehl:

I am writing on behalf the above individual, a man I have known for many years who now stands convicted of federal crimes in connection with his former position as a Philadelphia City Councilman.

Bob Henon and I have been friends since his early years as a Local 98 electrician, and we became closer when he became a political activist for his Local and worked on two of my statewide judicial campaigns.
Through our mutual membership in a fraternal organization that stresses helping citizens in need, I had the opportunity to witness the strong drive and deep passion that Bob has always had for helping others.
I would like to give you one concrete example with which I am personally familiar. I have been playing senior softball in Northeast Philadelphia for many years. Our team members are mostly veterans who are now retired and able to enjoy our collective passion for softball at a local recreation field. As a result of budget cuts in Philadelphia, especially with respect to "non-essential" programs, our fields became overgrown and actually unsafe, particularly for the seniors (and children) playing on these

deteriorating fields. After numerous ineffective attempts to get the City to rectify the situation by maintaining the fields, then-Councilman Henon, without hesitation, stepped up to help, year after year, even though these fields weren't in his councilmanic district. As a result of his efforts and intervention, our fields were cleaned, trash was removed, damage to screens was repaired, overgrown grass was cut and our senior softball players were able to safely play ball.

This is just a small example of the Bobby Henon I know. If a community's or an individual's problem was brought to his attention, he was quick to try to help. If he was unable to get the City to address a neighborhood or citizen problem, he would call on his friends in the various Philadelphia labor organizations to help with whatever was needed that they could do. Bob's know-how, his practical abilities to get things done with the help of friends in organized labor, has been a crucial asset to our citizens by getting volunteers to fill in where the city could not or would not act.

Bob's decision to run for city council was a natural fit. He has always cared about the city and known how important our neighborhoods are to the quality of life of those who live there. Bob was a tireless worker, combining his responsibilities as a councilman with his continuing employment with Local 98. As I have described above, he was well-situated to be able to use his legitimate connections in the labor world to get things done for his constituents. I have always felt that it was commendable for people to use all of their available and legitimate connections to get things done — networking at its best. Many well-respected, elected members of the state House and Senate have had "outside" employment for years, and I am of the belief that they likely have used their offices, as well as their outside connections, to perform constituent services. This observation is by no means meant as an excuse for the activities for which a jury of his peers found Bob guilty. But it is an observation, based on personal knowledge, of how things work in the real and challenging world of Pennsylvania politics where elected officials are often also men and women who work in outside employment.

I am asking you take into consideration the many wonderful deeds that Bob has done over the years for the citizens of Philadelphia. My own many years on the bench gave me the opportunity to try to understand the full picture of  the individuals who came before me to answer for their various crimes, and what it was that brought those defendants to the bar of the

court. I can only hope that your takeaway from this letter is that Bob Henon deserves to be given credit for all his wonderful acts of kindness and service to all the people he has helped over the years.

Thank you so much for taking the time to read this letter.

Seamus P. McCaffery
Justice, Supreme Court of Pennsylvania (Ret.)

I am writing to express
        Thank you.

                            Sincerely yours,


                    _____
                            LISE RAPAPORT

February 1, 2022


To The Honorable U.S. District Judge Jeffrey Schmehl,

Recently I was asked, "What has having Bobby Henon as our district councilman meant to me", where do I start? Firstly, I must state that I have been with the Pennypack homeowners association's Seniors for the past five plus years, and have had the privilege of working with Bobby and his staff on many occasions. At the beginning, when Covid first started, Bobby and his staff made sure all our seniors and those who needed help , got the help they needed. Whether connecting me with a group that was able to deliver pallets of boxed food to our community, or even rides to the stores.   He and his staff also helped many of us get our Septa key cards to ride the local buses. Bobby worked hard to get a large vaccination clinic close by, so many of our seniors could get their first and second shots safely and conveniently. If Bobby wasn't helping our seniors, he was helping our local youth in the Philadelphia area, fixing up their ball fields and hockey rinks. It didn't matter if it was in his own district, he would help out always.  When there was a cleanup or recycle event, Bobby was there, gloves on ready to work. I can't remember another local politician, who did as much. He was out there side by side with his staff, and or neighbors. Bobby helped any and all our residence in the Philadelphia area, regardless of their political affiliation.


Thank you for taking the time out to read this testimony on Bobby's behalf, God Bless,                                                        Respectfully,

Brian Murphy

President, Pennypack Seniors/retirees

 *the organization with Youth as its watchword*

January 21, 2022

Dear Judge Schmehl,

Crispin Gardens A.C. is a Northeast Philadelphia youth sports organization. Our clubhouse is located at Holme Ave. & Convent Ave. The youth sports our club has includes basketball, baseball, softball, football and cheerleading. The children we serve range from 5 to 18 years of age. We have roughly 700 families involved in our programs.

We have had the privilege of working with councilman Henon and his staff for the past ten years. Councilman Henon has been instrumental in many different projects and issues. He has assisted us for many years in acquiring The Philadelphia Activity Grants to help our club maintain the needed equipment for our different sports programs. Some of the other different projects Mr. Henon has assisted us with is getting baseball and softball fields refurbished when needed, facilitated repairs and upgrades to our clubhouse, the installation of exterior security cameras.

Mr. Henon has attended our annual  Awards banquet very year to congratulate the kids and give them words of encouragement.

The Crispin Board of directors appreciate everything that Bobby Henon has done for our club for the past ten years. We feel that with his help and support it has made our community and neighborhood a much better place. Please consider these accomplishments upon sentencing.

Respectfully,

Francis Murray

Francis Murray

President, Crispin Gardens A.C.

# FEAST OF JUSTICE

*Addressing hunger, meeting needs, and inspiring hope as we work toward abundant justice in Northeast Philadelphia and beyond.*

April 2, 2022

US District Judge Jeffrey Shmehl

I am writing with thanksgiving for the collaborative work with Bobby Henon that Feast of Justice has been a part of over the last 6 years. During his time as a Councilman, he was acutely aware of both the great need for services in his community, as well as the preponderance of service agencies. Yet, he also noticed a gap in the efficacy of these services because, as nonprofits tend to do, all were operating in a silo. Through conversation, Bobby had a dream of a collaborative nonprofit that could work together to better serve the community around it. He used his visibility in the community to gather the key players to the table to facilitate visioning a new way together. Through his leadership and support, the Northeast Services Team (NESTco) was born.

Throughout years of encouragement and intentional support of both Mr. Henon and his staff, NESTco has become a blessing to Northeast Philadelphia and had transformed the model of nonprofit work. Communication and collaboration between partners have been key. For instance, at our program, which focuses primarily on addressing hunger needs in the community, NESTco partners have been present to help our community with housing, medical, and public benefit needs. NESTco has extended the work that Feast of Justice can do alone. Additionally, we have worked to create opportunities that fill gaps that the agencies or Mr. Henon's office could identify. For instance, during the government worker shutdown in January of 2019, many families of government employees were seeking assistance at Mr. Henon's office. The NESTco partners identified the greatest needs and quickly arranged an event to provide food, non-food items, access to stop-gap benefits, gas gift cards, and more. Pre-pandemic, it was nearly unheard of for small agencies to create such a barrier-free, multi-faceted opportunity—but it was through the energy of Bobby and his staff that this came to fruition.

It should be noted that this work goes beyond the work of a city councilperson. He created NESTco because of a love for the community and a dream of how it could be better. Also, notably, he did not extol his role as the initiator of this collaborative concept; instead, he focused on how to support it, how to improve it, and how to strengthen the community because of it.

I have to also mention his substantial support of the organization I am associated with, Feast of Justice. Again, as a city councilperson, his support was not mandated. However, he seemingly moved mountains to support our work. From bringing his own family to volunteer on weekends and holidays, to helping to develop new partnerships that could provide extra supplies during the pandemic, to helping to facilitate receiving paid staffing positions when our volunteer supply dwindled. Mr. Henon, and by extension, his staff, were invaluable to our mission over the years.

In total, we are thankful for his work in Northeast Philadelphia—for the ways that he directly or indirectly supported its organizations, and thereby blessing our community.

Sincerely,

*Rev. Patricia Neale*

Rev. Patricia Neale, Executive Director

3101 Tyson Avenue, Philadelphia, PA 19149
215-268-3510

info@feastofjustice.org
www.feastofjustice.org

Feast of Justice is a 501 (c)3 organization
Tax ID# 26-0392596

Instagram: feastofjustice
Facebook: FeastofJusticePhiladelphia

Honorable U.S. District Judge Jeffrey Schmehl,

       I am writing you this letter as a representative of the Torresdale Playground Advisory Council. Torresdale Playground is located at 9550 Frankford Ave., and is located in Philadelphia Parks and Recreation District 1. We are also in City Council District 6, and represented by Bobby Henon. We are sending you this plea for leniency in Bobby's case. Bobby has done so much for Torresdale Playground, and the community.

       Bobby has Represented and lived in this community for many years. He was instrumental in securing the funds for the playground improvements that were completed in 2019. We now have a state of the art playground with new basketball, tennis courts, and 'sprayground' water feature. We serve hundreds of people daily in the Summer.

       Bobby also sponsored many of our events over the years, including last Summer's outdoor movie night. Bobby hosted as we had many families sitting outside in the grass, enjoying a movie on a big inflatable screen.  Snacks and refreshments were also provided. Bobby also supported our Summer Camp, Tennis Camp, and Halloween celebration.

       Bobby has always been there for the community, and never says no when asked for help. We believe that Bobby has been dedicated to the people of Philadelphia. Bobby Henon has been a good friend, neighbor, advocate, and representative, to the people of Torresdale. Please take this into consideration.  Thank you in advance.

<div align="center">
Tom Neveil III<br>
President<br>
Torresdale Playground
</div>



**INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS**

Local No. _____ 14 _____ City _____ Philadelphia _____ State _____ PA  19116 _____

Address _____ 2014 Hornig Road _____ Telephone:  215-289-4303

February 23, 2022

Honorable J.S. District Judge Jeffrey Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

My name is Stephen F. Pettit and I am currently the Business Manager for Int'l. Assoc. of Heat &
Frost Insulators and Allied Workers Local 14. I am writing regarding Robert (Bobby) Henon and
the hopes of leniency for him.  I have known Bobby for many years when we were employed as
business agents.  Bobby was employed as a business agent for IBEW Local 98 and I was
employed as a business agent for Int'l. Assoc. of Heat & Frost Insulators and Allied Workers
Local 14.  Our paths crossed regularly due to our positions as business agents on job sites,
meetings, etc.

As I stated above, I have known Bobby Henon for many years, and while working with him in
the early years as a business agent I have always felt that he is a respectful and honorable person
who worked diligently for his membership's employment and especially for safety on the job.
This work ethic was part of his decision to run for City Council 6th District for which he served
three terms. He was re-elected because he followed through on his promises to his constituents
and led by example.  His record as City Councilman speaks for itself.

For me, Bobby is a good man who has worked hard to represent his constituents in the 6th District
and for his family's needs.  I can only speak from my interactions with Bobby and what is stated
in this letter is what I believe to be true. I hope that you will consider him for leniency as I have
faith that he can still do a lot of good.

Thank you for your time.

Respectfully,

Stephen F. Pettit
Business Manager

SFP: kg

AFFILIATED WITH THE AFL-CIO, BUILDING AND CONSTRUCTION TRADES DEPARTMENT, METAL TRADES DEPARTMENT AND CANADIAN LABOUR CONGRESS

**Kingdom Life Christian Center**

*Thy Kingdom come, Thy will be done, on earth as it is in Heaven*

*Matthew 6:10*

Pastor Danette M. Ray

To the Honorable U.S. District Judge Jeffrey Schmehl,

Your Honor, my name is Pastor Danette Ray, Senior Pastor of The Kingdom Life Christian Center, Northeast Philadelphia, located in the Mayfair section. This letter is in reference of Councilman Bobby Henon, and the relationship he holds with our ministry. Councilman Henon has served Kingdom Life Christian Center for over ten years. His relentless service to not only myself and our ministry has been very valuable over the years, and if we lose that we will not have any political or city representation or support whatsoever.

Councilman Henon has always made himself available in meeting the needs of every organization, family and business in his district. Councilman Henon has been the only council person in our area to offer us any help and services. He is the reason for us obtaining property rights, serving food, and supplying services for senior citizens such as movie day, senior meals, and outings. He has also assisted us in obtaining grants, and helping to secure our efforts by effectively serving our Northeast district.

Councilman Henon is definitely an asset; his staff works very diligently in answering all calls of help needed in the Northeast. Without the passion of Councilman Henon's desire and love to help people, many of us who benefited from his sincere kindness and dedication will be misplaced in receiving the help, resources, and services that he so fully provided. Our work with him has helped us serve many. Without that assistance, we would not have the resources and the ability to do it. I think I've conveyed the magnitude of the impact this will have on our community, and I respectfully request that you provide Councilman Henon some leniency.

If you have any further questions, please feel free to contact me directly.

Thank you greatly, have a blessed week!

Best,
Pastor Danette Ray

6325 Frankford Avenue * Philadelphia, PA 19135
**Mailing Address: P.O.Box 8988 * Philadelphia, PA 19135**
(267) 343-5541 * (267) 343-5711 fax
*www.klchristiancenter.org*



# EDWARD G. RENDELL

## 200 SOUTH BROAD STREET
### SUITE 420
### PHILADELPHIA, PENNSYLVANIA 19102
### 215-545-4553

Dear Honorable U.S. District Judge Jeffrey Schmehl,

I am writing you to tell you about the Bobby Henon who I know. I realize that he was convicted by jurors in a case tried before your honor and I know very little about what that case involved. I got to know Bobby when I ran for Mayor in 1991 and he as an integral part of our campaign's field organization. During my time as Mayor, I worked with him both as a union official and as a government employee. The same pattern repeated when I ran for Governor in 2002 and served as Governor. The Bobby Henon I know is an individual who cares very deeply about making life better for our most vulnerable citizens and creating opportunity for the people who never had any before. And, the best thing about Bobby is he didn't do these things to gain power or self-aggrandizement. He did them out of genuine concern for people who need help. He received very little benefit for helping people, but he did it because he is a very caring individual.

I realize that your honor has a difficult task in imposing sentences. I would only hope that your honor would give consideration for the many years of good work that he did in his years in politics and government and the caring individual that he has been, and I am certain will continue to be.

Thank you for your consideration.

Edward G. Rendell

Edward G. Rendell



JOSEPH M. RODGERS
President



## Keystone Branch No. 157
### of the
### *National Association of Letter Carriers*



TIMOTHY MULVENNA
Vice-President

**126 YEARS OF DELIVERING FOR AMERICA**
ESTABLISHED FEBRUARY 2, 1891



**9607 JAMES STREET, PHILADELPHIA, PA  19114-3093    TELEPHONE 215-824-4800    FAX 215-824-4102    TDD 215-824-4103**

REPRESENTING PHILADELPHIA

MERGED BRANCHES: ABINGTON • AMBLER • COLLEGEVILLE • CONSHOHOCKEN • DREXEL HILL
ELKINS PARK • FORT WASHINGTON • GLENSIDE • HUNTINGDON VALLEY • JENKINTOWN

January 31, 2022

Honorable U.S. District Judge Jeffrey Schmehl,

Dear Judge Shcmehl,

I met Councilman Bobby Henon well over ten years ago when he visited the Letter Carriers' Union Hall located in Northeast Philadelphia. The same district that Mr. Henon served as Councilman.

Mr. Henon introduced himself and informed me that he was running for City Council and promised to serve his constituents with honor and devotion.

Mr. Henon asked if I would be willing to permit him to hold Town-Halls at our Union Hall located at 9607 James St. Philadelphia PA, 19114. Of course, I said yes. Many of my own members, live in the 6th District.  Mr. Henon held several of these types of events, where many senior citizens living in his District came in asking for Mr. Henon's help.

I observed how Mr. Henon gave his undivided attention to his constituents, how he listened to them intensively, and comforted them by assuring them he would resolve their issues.

Being a union president, I to serve my membership. I know just how important it is to listen, and to treat everyone with dignity and respect. Mr. Henon was always kind and compassionate. Everyone who attended Mr. Hennon's town hall left feeling fulfilled and satisfied.

Serving the public is not something you can wing. It must come from the heart. I know what Mr. Henon did for his constituents came from his heart. It was his calling.

Your Honor, it is my hope you will find it in your heart to see all the good things Mr. Henon did for people, and to provide him with as much leniency as possible.

Sincerely,

Joseph M. Rodgers
President, Keystone Branch 157
National Association of Letter Carriers

Mike Scotese
6941 Torresdale Ave
Philadelphia PA 19135
215-701-4919
scoats@gmail.com


To: Honorable U.S. District Judge Jeffrey Schmehl


28 January 2021


Dear Judge Schmehl,


I am writing to you about Bobby Henon. I met Bobby when he was first running for City Council. He impressed me then with his thoughtfulness and work ethic. As a resident, small businessperson, and active community volunteer, my opinion of him remained high in these many years since.

Bobby has been an amazing Council Member. One of the hardest working elected officials I have ever encountered. Nights, weekends, this guy was around in our district. He worked nonstop to make it a better place for all. He was not one of those politicians who only appear at reelection or if there is a ribbon to be cut. He did the hard, thankless work.

During lockdown, I was especially impressed with his work setting up and operating food give-aways.

As a council member, he was a rock star for our district. He did a lot of good. I request leniency in your sentencing.


Sincerely,

Mike "Scotese" Scotese



**AFSCME — DISTRICT COUNCIL 47**
AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES - AFL-CIO
1606 WALNUT STREET, PHILADELPHIA, PA 19103-5482  (215) 546-9880  FAX (215) 545-7052
WWW.DC47AFSCME.ORG

*Via Email Transmission*

January 31, 2022

Honorable U.S. District Judge Jeffrey Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

I am writing to express my support for former Councilman Bobby Henon and provide you with some examples of his advocacy on behalf of his constituents, as well as members of AFSCME District Council 47 represented employees. I have known Councilman Henon for more than 10 years. His commitment to safe working conditions for workers, especially those working in the construction industry, has been a valuable part of his work on City Council. His push to have the City hire more inspectors in the building construction and code administration divisions in the City's Department of Licensing and Inspection brought attention to the need for safer working conditions needed in those areas. Councilman Henon recognized this need well before the unsafe demolition project led to the collapse of the Salvation Army store. Councilman Henon has always listened to the issues and concerns raised by AFSCME District Council 47 and attempted to assist us with those concerns.

Councilman Henon's advocacy on behalf of his constituents is well known. As an example, early in the COVID pandemic he contacted me personally to seek out resources for diapers and other critical goods for people living in his district since he recognized the inability of many of his constituents to obtain or pay for those items. His office was always available to provide constituent services in a district desperately in need of those services.

I am writing to ask that your Honor consider Bobby Henon's record of accomplishments on behalf of the residents and workers of Philadelphia and his heartfelt concern to assist those in need whenever he was able to do so on a personal level as well as in this official capacity as a Councilman as you deliberate any sentence you will be imposing. Thank you for your consideration of my letter.

Yours truly,

*Catherine Scott*

Catherine Scott, President
AFSCME District Council 47

cc:   AFSCME District Council 47 Executive Board

CATHERINE SCOTT          PAMELA G. ROBINSON          JAMA BOUY          ROBERT HARRIS          DAVID MORA
President                Vice President              Treasurer          Recording Secretary    Corresponding Secretary

 



# STEAMFITTERS
# LOCAL UNION 420

**JAMES SNELL**
*Business Manager*

**THOMAS REDDEN III**
*Financial Secretary-Treasurer*

February 23, 2022

Honorable Jeffrey Schmehl
United States District Judge

Re: Robert Henon

Dear Judge Schmehl:

I am a lifetime resident of Delaware County, Pennsylvania, a union steamfitter by trade, and I am currently Business Manager of Steamfitters' Local Union No. 420 in Philadelphia, PA. I am writing in my personal capacity to let you know of Bob Henon's character and work on behalf of working people in the City of Philadelphia.

As a union member, union officer and union Business Agent, I have had the opportunity to get to know Bob Henon over the course of many years. Bob cares not only about the members of our Union and their families, but also of working people in general. I was and remain impressed by Bob's willingness to listen to the concerns of our union members. He has offered advice and support and, where warranted, has gone to bat for causes that we have espoused and that he has agreed with. Bob often asked us to lend a helping hand to those in need because he believed in the plight of those not as fortunate as himself.

I count Bob as a friend after all of these years, and know that he still has much to offer to his fellow citizens. I humbly request a lenient sentence for Bob so that he may be available to help his family, both financially and emotionally, as well as the community at large.

Thank you in advance for your consideration of this request.

Respectfully,

*James Snell*

James Snell

May 19, 2022

Honorable Jeffrey L. Schmehl
U.S. District Court for the Eastern District of Pa.
5613 U.S. Courthouse
601 Market Street
Philadelphia, Pa. 19106

**Re: Sentencing for former City Councilman Bobby Henon**

Dear Judge Schmehl:

On behalf of the Philadelphia St. Patrick's Day Observance Association Board of Directors, first let us provide background information on our Association. We are the 2nd oldest St. Patrick's Day Parade in the United States and recently celebrated our 250th anniversary.  Common themes for the St. Patrick's Day Parade include: celebrating religious freedom, patriotism, honoring military service, remembrance of the political struggles in Ireland, a celebration of Irish culture and, of course, honoring St. Patrick and his works.

Bobby Henon has been a valued and key Association Board member for the past 13 years. In that role, he has actively solicited and obtained much-needed operational grant funding for the parade; has publicly honored the yearly Ring of Honor inductees and Grand Marshal at City Council with a sponsored Resolution and participated actively in the parade route and march. In addition, he has tirelessly and personally worked to promote 4 key Association goals:

> Irish civic pride
> Irish cultural awareness
>Youth involvement through Irish dance and
>Community celebration in a shared heritage

Bobby Henon has always answered the call of our Association, whether it be funding, personal appearances, parade staff support and his time. He accomplished all of this over 13 years without personal fanfare or remuneration.

We respectfully ask that you consider his hundreds of valued volunteer hours donated to our organization over more than a decade serving on the Board in your upcoming sentencing hearing in July.  Bobby Henon has been an integral part of the leadership of the St. Patrick's Day Observance Association for many years and has diligently and loyally served both the Irish community as well as the wider Philadelphia region. We ask only that this key service be weighed and legitimately evaluated in light of your sentencing guidelines.

We thank you for your consideration of this request from the Board and we offer it in the sincere hope that it demonstrates a window into Bobby's selfless acts of community engagement/support that may often be unfortunately overlooked.

Thank you.

Sincerely,


St. Patrick's Day Observance Association Board of Directors

**CORY ROBINSON,** *President*
**MALIK STATEN,** *Secretary-Treasurer*



**SAMUEL STATEN, JR.,** *Business Manager*
**GRACIA LOUIS,** *Recording Secretary*

**SAMUEL STATEN, SR.,** *Business Manager Emeritus*

TELEPHONE: (215) 765-6272   FAX (215) 765-0947

# Laborers' International Union of North America
## LOCAL UNION 332 OF PHILADELPHIA, PA AND VICINITY

**1310 WALLACE STREET**

Affiliated with the AFL-CIO

www.local332phila.org

**PHILADELPHIA, PA 19123**

February 24, 2022

To the Honorable Court

RE: Bobby Henon

Your Honor:

My name is Samuel Staten, Jr.  I currently serve as Business Manager of Laborers' International Union of North America, Local 332.  I am writing this letter asking the Court's consideration of leniency in the sentencing of Bobby Henon.  I am not writing to pass judgement on the conviction; the jurors in that case have already spoken.

I have known Bobby Henon nearly 20 years.  I have had opportunities to observe him and work with him as a union representative and as a City Councilman.  Because I have seen and have had first-hand experience with Bobby Henon, I feel very comfortable writing this letter on his behalf.

As a union representative, Bobby Henon fought to protect workers and get decent and equal pay for workers.  As a City Councilman Bobby worked tirelessly for his constituents as well as for the people of Philadelphia.  Given his background, it was no surprise that Bobby Henon continued to work for fair pay and safety for workers in Philadelphia once he joined City Council of Philadelphia.  While in Council, Bobby Henon fought for many quality of life and public safety issues including property tax relief for seniors and struggling families, working to bring manufacturing jobs back to Philadelphia and support for the police.

Did Bobby Henon make some bad decisions?  The court has clearly spoken on that question. However, the works and deeds of this man simply should not be ignored because of the indiscretions for which he has been found guilty.  Bobby Henon has done a lot of good.  He is a good husband a good father and a good citizen.

Your honor, I simply ask that as you make your sentencing decision that you will consider the full life of Bobby Henon and the contributions he has made to his family, his community and to the City of Philadelphia.

I thank the Court for this opportunity.

Sincerely,

Samuel Staten, Jr.
Business Manager

**Bridesburg
Community Action
Alliance**

Yvonne Stephens
4507 E. Thompson St.
Philadelphia, PA 19137
Yvonnestephens2@y

**The Honorable US District Judge Jeffrey Schmehl**
5613 U.S. Courthouse, Philadelphia, PA 19106

Judge Jeffrey Schmehl,

I am writing on behalf of the generosity Bobby Henon has contributed to our community.
Bobby and his wonderful staff assisted when I needed help for zoning matters,
abandoned cars, businesses operating under wrongful terms, and helped to ensure our
streets were safe. When our local food banks needed food around the holidays him and
his staff made sure they had plenty. This is just to name a few of the many things he has
done to improve our community. As a community leader myself, of a RCO, I'm grateful
to have the opportunity to reach out and acquire the help when needed. I've bumped
heads on matters of the community but can say Bobby Henon has been a friend to me;
Therefore, I'm asking a Plea for leniency for him.

Warm regards,

**Yvonne Stephens**
**President of the BCAA**

2733 Axe Factory Road
Philadelphia, Pennsylvania  19152
December 27, 2021


The Honorable Jeffrey L. Schmehl
U.S. Department of Justice
Eastern District of Pennsylvania
601 Chestnut Street
Philadelphia, Pennsylvania  19106

Re: United States vs. Defendant Bobby Henon

Dear Judge Schmehl:

I am writing on behalf of defendant and my district councilman, Bobby Henon, prior to his February sentencing in your court.  As a community activist and civic association executive board member, I have known and interacted with Mr. Henon for approximately ten years. During this time, I have been amazed and grateful regarding his accomplishments to our District and the service he has provided to his constituents—from children to senior citizens.

I first became impressed with Councilman Henon in joining his unique **Problem Property Advisory Council** and **Bad Neighbor Iniaitive** to address deplorable properties and vacant lots in our community.  As members of this committee which met on a regular basis with representatives from city agencies such as Licenses and Inspections, the Streets Department, Health Department and District Attorney's office, we were able to join forces in zeroing in on the area's worst, neglected properties and hold the owners accountable for either repair or sale of same.  The results were amazing, and looking back, I am still in awe how efficiently this program worked by eliminating blight from our community.  Wish this program could have been adopted by the rest of the city!

Another program which was unique and benefitted our citizens was the Councilman's **Philly Play** iniaitive which encouraged the reduction of childhood obesity through the formation of healthy and fun play programs at our local playgrounds.  So many of our youth took advantage of this offering.

In a related matter, the Councilman and I worked closely in the long overdue (decades) renovation efforts of the **Frank McArdle Playground** at 2801 Welsh Road in Holme Circle culminating in its ribbon-cutting ceremony this past June.   As this is MY immediate neighborhood, this project was especially dear to my heart.   The restoration and reconfiguration consisted of about 20,000 square feet of outdoor space, including tennis and basketball courts, swing sets, slides, climbing equipment, a tricycle track, tree plantings and sitting areas.  Years prior to the start of the renovations, the Councilman was kind and considerate to present the conceptual plans for the playground at our local civic association meeting.  He also invited the students and principal of nearby Pollock Elementary School to view renderings of the plans and to offer their input.  I will always be especially grateful to Councilman Henon for bringing this needed community project to fruition.

The Honorable Jeffrey L. Schmehl
Page 2
December 27, 2021

During 2016-17, the councilman and I worked together along with Conifer Realty on another important Holme Circle project to benefit our community.  This time it was the transformation of the former and vacant Infant Jesus Convent at 2723 Holme Avenue into the ***Pennypack Crossing*** home for older adults comprising of 44 single-bedroom apartments.  This involved the endorsement of city and state officials including the securing of special funding.   This Home is now a source of neighborhood pride and has a long waiting list for entrance.

I really cannot think of any other Philadelphia councilmember who has been so active and presented such a variety of programs in his/her District.  The paper and electronics shredding events have been well-received and always highly anticipated.  His programs for the children, seniors, and veterans have continually been well attended.  The senior programs have been notably phenomenal from holiday galas, bowling, movies, etc.  Not only did Mr. Henon "talk the talk" but he also "walked the walk" with his hands-on participation in toy drives, stocking food pantries, renovations of numerous playgrounds, working with animal rescues, coordinating Covid-19 vaccine distribution sites (for homebound folks also), cleanup of vacant lots and the removal of dumped trash from Pennypack Park, resulting in the councilman himself leaving muddy but personally accomplished from the positive results.   His improvement to the North Delaware Riverfront in addition to area parks and trails is part of his legacy, as well as lobbying for additional police in the 8th and 15th Police Districts.  He was also responsible for gathering the civic association leaders, including myself, within his entire District from Bridesburg to Upper Holmesburg in a mass meeting so that we could personally meet and learn from one another as to the issues affecting each community--and the district as a whole, thereby, seeking solutions for improvement.  I truthfully don't know where the councilman and his dedicated staff found all the energy to consistently host such a variety of programs over these past ten years.

I cannot comment as to Councilman Henon's charged offenses, but I can attest to his dedication and love for our community which I have personally witnessed through the years.  Because of his efforts, the quality of life for us, his constituents, has improved greatly.   In view of his endeavors, I request that a diligent review be given for leniency upon sentencing.

Thank you for any consideration.

Sincerely,

*Elsie A. Stevens*

Elsie Stevens, Executive Secretary
Holme Circle Civic Association
Snevets23@aol.com
215 671-9829

Fran Tessier
Girl Scout Troops and Frank Glavin Playground
3159 Gaul Street
Philadelphia, PA 19134

December 19, 2021

The Honorable U.S. District Judge Jeffrey Schmehl

Dear Judge Schmehl:

Please accept this letter as our endorsement on behalf of Councilman Bobby Henon, known to us at the Frank Glavin Playground, 2600 Westmoreland St., Philadelphia, PA 19134 and the Girl Scout Troops who have been active there for over 40 years.

Councilman Henon has been a positive advocate for our facility and supported our needs in getting improvements scheduled through the REBUILD program.  He has also been very supportive of our activities at the playground, including the Girl Scout Troops meeting there, who reach girls Kindergarten through 12 grade.  These programs help inspire the youth in our community in social skills, hands on activities, and fairness.

We at Glavin Playground, are grateful to Councilman Henon and look forward to our continued mutual good work with him and our community.

Respectfully,

*Fran Tessier*

Fran Tessier
Glavin Advisory Council / GS Troop Leader

To the Honorable U.S. District Judge

I'm sending this letter requesting leniency on behalf of Councilman Bobby Henon.

**Background:**

My name Francis C. Walker. I was President of the Holmesburg Boys Club (H.B.C.) for 20+ years. I'm still an active member. The H.B.C. was built in 1960, located at 7756 Ditman St, Philadelphia, Pa 19136 and is a non – profit organization. H.B.C is located in Councilman Henon's district.

**Relationship:**

I have known Councilman Henon during his entire time as an elected official for our district. Councilman Hennon is community oriented, a man of integrity and cherishes family values.

Councilman Hennon was our strongest community advocate. He always placed a high value on our youth and the need to provide a safe place for them to participate in sports activities. Through his partnership, H.B.C thrived. Councilman Henon and his staff were always there for H.B.C. during membership drives, fundraiser activities & clean –up events. He was our number one supporter and valued the community needs as a priority.

The Holmesburg Board & Club Members are forever indebted and grateful for Councilman Henon's tireless efforts, commitment to our community and their families. Councilman Henon is our friend first and an outstanding citizen. He served our community with, passion, drive, joy and respected everyone. He's ethical, unselfish person who will be truly missed by all!

Sincerely yours,

Francis C. Walker

Holmesburg Boys Club

 Gmail

**Support Bobby <support@bobbyhenon.com>**

---

## Bobby Henon

**Sharon Waxman** <sharonpwaxman@gmail.com>                    Fri, May 6, 2:23 AM
To: support@bobbyhenon.com <support@bobbyhenon.com>

The Honorable US District Judge Jeffrey Schmehl:

I am writing on behalf of Bobby Henon and to share my experience with him as it pertains to the Philadelphia Father's Day Run, formerly the Gary Papa Run.

As the producer of this annual event I had the pleasure of working with Bobby who acted as a spokesperson for Prostate Cancer Awareness. Bobby is a prostate cancer survivor and worked closely with me to spread the word throughout the community on testing and early detection. He shared his story each and every year at the event, provided volunteers to help with set-up and course operations, helped raise much-needed funding for research and testing and participated in the run with his family and friends. Bobby was a great friend to the event and always helped when called upon for assistance.

I ask that you consider all of his good deeds and charitable contributions to the community and request leniency in your judgment.

With gratitude,
Sharon Phillips Waxman
President
SPW Productions

Joseph M. Williams
Business Manager

12070 TOWNSEND ROAD
PHILADELPHIA, PA 19154

Office Phone (215) 676-2665
Fax (215) 676-6386

Local Union No. 5
INTERNATIONAL UNION OF
ELEVATOR CONSTRUCTORS

AFFILIATED WITH THE
BUILDING TRADES COUNCILS
OF
PENNSYLVANIA STATE
PHILADELPHIA, PA
MERCER COUNTY, NJ
DELAWARE STATE
CAMDEN, NJ
MONMOUTH & OCEAN COUNTY, NJ
AFL-CIO
ATLANTIC COUNTY, NJ
NEW JERSEY STATE

January 31, 2022

To The Honorable Judge Schmehl,

My name is Joe Williams I am the Business Manager of the International Union of Elevator
Constructors Local 5 in Philadelphia, PA. I am writing to you to ask for your consideration of
leniency in the sentencing of Bobby Henon.

I met Bobby in 2012 when was elected a Business Agent in my union. From day one Bobby
befriended and mentored me as a new BA covering Center City Phila. He was always there to
answer questions about city council, Phila. codes or permits. Bobby also was a friend I could
talk to outside of my trade for ideas and advice on how I could better serve the members of Local
5.

Mr. Henon has been a major part of the community outreach performed by members of Local 5
in Northeast Philadelphia. Every year Bobby organized and ran a blood drive using our Union
Hall. Bobby was a fixture at Caring for Friends, a volunteer organization that prepares and
delivers meals and more to people in need. He helped me recruit Local 5 members to volunteer
their time to serve this organization.

On top of his volunteer work Bobby Henon was always there to assist our members with any
problems, from tax questions to potholes in their neighborhood.

When considering Bobby Henon's sentence please consider all of the citizens of Philadelphia
and the surrounding Counties he has had a positive impact on.

Thank you for your time and consideration.

Sincerely,

Joseph M. Williams



Pastor Lawrence Williams


Honorable Jeffrey L. Schmehl
United States District Judge
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Robert Henon - Letter of consideration**


Dear Honorable Jefferey L. Schmehl,

It is with the most high respect and humility that I submit this letter to you on the behalf Robert Henon. Being aware of the charges that Mr. Henon has been convicted of, as reported in the media, it is with understanding and careful consideration/reflection, I have decided to submit this letter to you on Mr. Henon's behalf.

First, I must clarify that I have not had the privilege of meeting Mr. Henon personally but his office has been a tremendous blessing to my congregation and the community in the north east section of Philadelphia where we served. Especially, during the season in which COVID was most prevalent. During that time as a clergy and a faith based organization, we witness an unprecedented  amounts of temporary job layoffs which left some families displaced and with the need of food. Mr. Henon was attentive to those needs in the community and he and his staff provided resources that helped some of those families that were in need.

My congregation and I had the privilege of being one of the many faith based non-profit organization that gave out food weekly in the community to those that were in need. The need was so massive that there was literally several organizations providing food to the community; Food that through a program Mr. Henon put in place, accommodated lines that stretched a block long. Note, there were times that, while my church was distributing food, other organization was also distributing food and these organizations were within a mile radius. Yet still, the lines where long and the people were many. Additionally, under Mr. Henon's leadership, diapers and infant formula was also provided. Which, we distributed to young mothers and families that needed assistances in feeding and clothing their babies. As a Pastor, I know the importance of following the law and I understand that there are consequences for our actions. However, equally I also understand the importance of having a good name and while some actions tarnish our name others revere it. I'm reminded of the scripture in Proverbs 22:1 that says *"a good name is rather to be chosen than riches."* Again, I do not know Mr. Henon personally. However, my congregation and I have seen his works in the time of crises and for that we have nothing but the highest admiration for Mr. Henon.

I've been pastoring now for over 12 years and one thing that I've seen over and over again are people who have reestablished themselves. The've messed up some situations but have redeemed themselves by serving and blessing other people - by the works they perform. I believe you know all to well that, sometimes our good works which can be many and touch

many, can be overshadowed by mistakes and bad choices. I'm not asking of you or demanding of you to ignore Mr. Henon's crimes. I have the most highest respect and humility for you as an officer of the court and a servant of justice and to do so would be an offense and disrespect to you. I only ask that you also take into consideration what I have shared in this letter, the work Mr. Henon has done in the community and see within yourself to look much further than the crimes committed but consider the difference Mr. Henon has made in the northeast community and the countless families that have benefited from the services he has rendered. I thank you so much for taking the time to read this letter. I pray that God will continue to bless you and guide you in honest and fair judgment.


Sincerely yours,


Pastor Lawrence Williams

Dear Bobby Henon and staff-

Thank you for helping to coordinate the vaccination program with Acme pharmacy. I was relieved that the process was simply a call to your office, setting up an appointment and waiting for a call back. I preferred talking to someone, rather than an impersonal list on the internet and emails. I was confident, after talking to your staff, that everything would work out. The people at Lincoln High were helpful, and the pharmacist that gave the shot was personable and professional. I commend you and your staff for helping to provide this valuable service to the community.

I hope that you will continue your vaccination program with Acme in the future if booster shots are necessary.

Sincerely,

David Adelman

2329 Afton St.
Phila. PA 19152
April 18, 2021

Dear Bobby Henon and Staff—

Thank you for helping to coordinate the vaccination program with Acme pharmacy. I was relieved that the process was simply a call to your office, setting up an appointment, and waiting for a call back. I preferred talking to someone, rather than an impersonal list on the internet and e-mails. I was confident, after talking to your staff, that everything would work out. The people at Lincoln High were helpful, and the pharmacist that gave the shot was personable and professional. I commend you and your staff for helping to provide this valuable service to the community.

I hope that you will continue your vaccination program with Acme in the future if booster shots are necessary.

Sincerely,
David Adelman

2/21/2022

Honorable U.S. District Judge
Jeffrey Schmehi

Your honor I respectfully request you
Consider a plea for leniency for Bobby
Henon. Mr. Henon has helped countless
people in Northeast Phila. Both while performing
his duties as a Council person and on his
personal time.

Thank you for your Consideration

Marie Marie Brachmayer
1140 Blamdale Rd
Phila Pa 19115

2/21/2022

Honorable U.S. District Judge Jeffrey Schmehl,

Your Honor I respectfully request you consider a plea for leniency for Bobby Henon. Mr. Henon has helped countless people in Northeast Phila both while performing his duties as council person and on his own personal time.

Thank you for your consideration

Anne Marie Hehmynic

1140 Bloomdale Rd.

Phila, PA 19115

Dear Councilman Bobby Henon,

I am a member at Northeast Older Adult Center and that's where I first saw you. You hosted a bingo game where everyone loved to play and enjoyed. Also you hosted again a bowling tournament held at Thunderbird Lane for seniors where we showed our expertise in tumbling those balls.

Last Christmas we attended a senior gala with lots of dancing and raffles which we truly enjoyed. Especially the sit down lunch. You made us special guest to end the year 2021.

With all this activities that you took part in making the seniors active and healthy in our last journey, I thank you very much for your concern and leadership for our senior welfare.

Praying for your success and blessings for all you do.

Sincerely,

Perlila P. Baplisla

January 11, 2022

Dear Councilman Bobby Henon,

I am a member at northeast Older adult center and thats where I first saw you. You hosted a bingo game where everyone loved to play and enjoyed. Also you hosted again a bowling tournament held at Thunderbird Lane for Seniors where we showed our expertise in tumbling those falls.

Last Christmas we attended a Senior Gala with lots of dancing and raffles which we truly enjoyed. Especially the sit down lunch. You made us special guest to end the year 2021.

With all this activities that you took part in making the senior active & healthy in our last journey, I thank you very much for your concern and leadership for our social welfare.

Praying for your success and blessings for all you do.

Sincerely,
Perlita P. Baptista

Everything Robert has done as 6th District Councilman was done on behalf of his constituents. He will be greatly missed in our area.

Your Honor in regards to sentencing! I humbly ask that you show leniency and mercy when the day of sentencing comes. Bobby is still an asset to our City and Community!

Thank you for you time. Also please excuse my horrible handwriting, LOL.

God Bless!

Yours in Friendship,

James Barnes

Everything Robert has done as 6th District Councilman was done on behalf of his Constituents, He will be greatly missed in our area.

Your Honor in regards to Sentencing, I humbly ask that You Show leniency + mercy when the day of Sentencing coms. Bolly is still an asset to our City and Community!

Thank you for Your time, Also please excas my horrible hand writing, LoL. God Bless...

Yours in Friendsky
Jons W. Barns

JAMES W. BARNES
7809 SUMMERDALE A-
Phila. Pa. 19111
CELL # 267-363-1614
EMAIL # JB4244@gmail.Com

Barbara Jane Baur
3118 Englewood Street
Philadelphia PA 19149
215-301-3336
Barb@BarbBaur.com

January 26, 2022

Honorable U.S. District Judge Jeffrey Schmehl
601 Market Street
Philadelphia PA 19106

Dear Judge Schmehl,

I am writing in support of former City Councilman Bobby Henon as you consider the sentence for his recent conviction. My comments here are my personal views and experience.

I have been one of his constituents and also run an arts organization that has benefited from his sponsorship. I am also an independent artist who works with others in the City and Northeast Philadelphia.

I am a native Philadelphian and resident of Northeast Philadelphia since 2005 living in the Mayfair section. I have been both a beneficiary and an observer of Bobby's actions in his district that demonstrate genuine compassion for his fellow Philadelphians. His mobilization of his staff and resources in the COVID-19 pandemic was above and beyond even most area organizations whose mission was to help people. And in all of his community efforts, Bobby is always right there, hauling boxes, handing out supplies - no job was beneath him. He is a real down to earth guy who, although rising to a position of authority in City Council, never looked down on others.

His concern for local organizations and institutions has never wavered. As a stakeholder in the arts here in Northeast Philadelphia, Bobby has been a pillar for many of us and a source of support both financially and with logistical help for events, etc. And when it was time to thank him for his efforts, he always deflects praise, instead finding a way to shine the spotlight back onto the organizations he has helped. I have always found Bobby to be a caring individual.

I ask that you take this all into account as you consider his sentence. Thank you.

Sincerely,

Barbara Baur

LINDA L. LENTZ

2714 TAUNTON STREET

PHILADELPHIA, PENNSYLVANIA 19152

267-879-7103

Email: lloulentz@aol.com

January 29, 2022

U. S. District Judge Jeffrey Schmehl

My name is Diana Bizousky, and I live in District #6, I want to express my regard for Bobby Henon, who was District#6 Councilman for many years.

I want to express my feelings and hope that you will find it in your judgement to extend leniency to Mr. Henon, during your faze of sentencing him on February 22, 2022.  Mr. Henon, has served our District with the most dedication to his constituents and the various organizations in his District, with the most knowable teams of employees by his side helping in my case being a senior with many things for us seniors to do like, setting up various Bingo games, bowling, recycling, updating us on the various forms we need to complete to just get through this new norm we are in with Covid, flu, and other illnesses that our going on today. He is the type of person if he gives his word, he keeps his promises and follows up to make sure everything is ok.

Thank you, for taking the time to read this letter and can find it in your heart to show this man leniency.

Yours truly,

Diana Bizousky

439 Van Kirk Street

Philadelphia, PA 19120

Honorable U.S. District Judge Jeffrey Schmehl,

I am a retire of the I.R.S since 2018. Living in Northeast Philadelphia, I discovered the NE Older Adult Center in Bustleton.

I have attended many outings sponsored by Councilman Henon. Every one was better than the last.

Bobby Henon loves the seniors in NE Phila. I have attended parties, breakfasts and bingo all sponsored by him.

His kindness and generosity will not be forgotten.

He deserves leniency when he is sentenced.

Thank you for your time.

Carol Boher

215.934.5129

11014 Kelvin Ave

Phila, PA 19116

Honorable U.S. District Judge
      Jeffrey Schmehl,

        I am a retiree of the
I.R.S. since 1918. Living
in Northeast Philadelphia, I
discovered the NE Older Adult
Center in Bustleton,

        I have attended many outing
sponsored by Councilman Henon.
Every one was better than the
last.

      Bobby Henon loves the Seniors
in NE Phila. I have attended
parties, breakfasts and bingo
all sponsored by him.

        His kindness and generosity will
not be forgotten.

        He deserves leniency when he
is sentenced.

        Thank you for your time.

Carol Bohrer      CAROL BOHRER
215 934 5129      11014 KELVIS AVE
                  PHILA  PA  19116

Seamus Boyle

62001 Delaire Landing Rd

Philadelphia Pa, 19114

December 15, 2021

**Honorable Judge Jeffrey Schmehl,**


Your Honor, I am writing to you in the hope of getting leniency for Councilman Bobby Henon. I am a constituent and friend of the Councilman and have lived in this area for the past 48 years. I am a carpenter by trade and have known Bobby for over 20 years. We first met on construction sites where we became friends and have remained so since that time. It was no surprise to me when he was elected to councilperson because he was always helping people from the first time I met him.. I have witnessed the many important things he has done, not only for his constituents, but for anyone in need or less fortunate. I am proud to say that since he became a council member, I was part of his group who collected and distributed food and clothing to the needy in the area and during the pandemic delivered food to the shut-ins and the needy. When one needs anything done in his area Bobby and his staff are always there and for many years, he has kept the neighborhoods from deteriorating and made sure they are kept as safe as possible. He has attended numerous functions for needy people and donated his time and effort to so many great causes.

He is a friend and neighbor who whenever called on is always there and goes out of his way to help anyone. He is there to protect his constituents and has a terrific relationship with the police, law enforcement and veterans in the community. He sets up meetings for community leaders and invites guests from the local police and law enforcement, political people, business owners or whoever else needs to be at these meetings in order to solve or remedy a problem in that community. He also supports the children of our neighborhoods, so they are safe and have facilities for sports as well as supporting numerous organizations and clubs. I hope you find it in your heart to take into consideration for leniency all the good things Bobby has done for the city of Philadelphia.

Sincerely,

Seamus Boyle

1-3-2022

Your Honor,

      Re: Bobby Henon

It has been several years now that I have enjoyed the events for seniors that were sponsored by Bobby. I am 82 years young. Along with my other senior friends, we look forward to these social engagements. At no costs to us! Bowling (and we 80 ish ladies do bowl), Bingo, talent contests (and my ladies won 2nd place for Line Dancing) and various other events.

Recently (12/2021) we enjoyed the Christmas senior gala. Music, dancing, picture booth, prizes and a full sit-down dinner. Many of us live alone so it's nice to be out to enjoy friends in a safe environment. Bobby visits and gets in the pictures with us. His staff is always friendly and helpful. Bobby is the only politician in this city who cares about his people.

Thank you for your consideration.

Respectfully,

Dolores Charlton

1-3-2022

Your Honor,
       Re: Bobby Henon

       It has been several years now
that I have enjoyed the events
for seniors that were sponsored
by Bobby. I am 82 years young.
Along with my other senior friends,
we look forward to these social
engagements. At no cost to us!
Bowling (and we 80 ish ladies do
bowl), Bingo, Talent contests (and
my ladies won 2nd place for Line
Dancing) and various other events.
Recently (12/2021) we enjoyed the
Christmas Senior Gala. Music, dancing,
picture booth, prizes and a full
sit-down dinner. Many of us live alone
so its nice to be out to enjoy friends
in a safe environment. Bobby visits
and gets in pictures with us. His
staff is always friendly and helpful
Bobby is the only politician in this
city who cares about his people.
       Thank you for your consideration

                           Respectfully
                           Dolores Charlton

52302 Delaire Landing Road
Philadelphia, PA 19114

23 January 2022

To: The Honorable U.S. District Judge Jeffrey Schmehl

My family has had a family business in the Torresdale Section of Philadelphia for over 60 years which is in Mr. Henon's district. My sister, who is now a solo practitioner, is an oral and maxillofacial surgeon who provides, at times, lifesaving care to the residents of Northeast Philadelphia. During the initial months of the pandemic, after the state allowed it, she provided emergency services, often at no charge in order to ensure the health and safety of her patients and to reduce the burden on hospitals. In the early months, it was difficult to procure PPE as well as to get staff to assist. Mr. Henon understood the challenges facing health care professionals during this time and the fears of the doctors and their staff. He periodically checked in to ensure that my sister and her staff were able to procure the safety PPE and to acknowledge their efforts. This demonstration of concern and understanding helped them help others.

My experience with Mr. Henon is that he took the time to listen to his constituent's issues. He always worked hard to make changes and help in some very tangible ways. For example, this compassion and caring was most visible and critical during the pandemic.  The pandemic put a strain on every person in the district in many ways.  The assurance of jobs, income, housing and the most basic human needs were taking away from the Philadelphians. It was so comforting to see our Councilman supporting us.  Mr. Henon sacrificed his health and safety by traveling to various neighborhoods to provide weekly boxes of food for those that could not secure food for their families. In addition to food, he and his office staff, continually provided basic items like diapers, formula and cereal to families in need. Mr. Henon's response to the needs of the people in the Northeast were not only seen but heard loud and clear.  In fact, I have not seen any other council person respond in the magnitude, nor with the compassion and understanding, as displayed by Mr. Henon.

These are just two examples of Mr. Henon's compassion and exemplary work. He has done amazing things to improve the lives of Philadelphians.  With this in mind, I ask you to consider leniency for Mr. Henon.  His leadership, contributions and empathy have meant so much to the people of Northeast Philadelphia.

Very Respectfully,

Ms Toni Checchio

Toni A. Checchio

December 28, 2022

Honorable U.S. District Judge Jeffery Schmehl,

I understand that you are the judge that will be sentencing Bobby Henon, the Councilman for the 6th District.

As a member and President of two senior groups in Northeast Philadelphia, I have seen, first hand, how much Bobby Henon has done for people in the Northeast and especially its seniors.

He has helped individuals with their concerns and has also sponsored many events that the senior citizens look forward to, and enjoy.  He, himself, and his staff are always willing to take phone calls and listen to concerns or problems of the citizens of the Northeast and find solutions.

I hope you will take this into consideration when it comes to sentencing.

Thank you.
Sincerely,

Larry Chiolan

Larry Chiolan
19203 Delaire Landing Road
Philadelphia, PA  19114

To The Honorable US District Judge Schmehl,

My name is Frank Ciamberlano I am writing you to ask for leniency for Councilman Bobby Henon. He has been extremely helpful to myself and my neighbors over the years, from helping to get our trash picked up when the city trashmen skips our block, to hosting senior functions where we can get valuable information. I have lived in the neighborhood for over 28 years (and I'm 73 years old) I have seen elected officials come and go, I can honestly say I have never known an elected official who has done so much for the children, families and seniors has he has. In fact, if it wasn't for his dedication, especially during Covid, I would have never been able to have gotten my vaccination and booster as quickly as I did to protect myself during this time, I live by myself therefore I have had to shop for myself which would have been scarier during this time if it wasn't for feeling somewhat protected with the vaccine.

I'm not sure what the future of our neighborhood would look like without him and his office, so again any leniency for our Councilman would be greatly appreciated for us seniors who really count on his assistance.

Thank you,

Frank C. Ciamberlano
4410 Marple Street
Philadelphia, PA 19136-3714

12/27/21

To the Honorable Judge Jeffrey Schmehl

If I make take a moment to tell you about my association with Councilman Bobby Henon and his office staff.

I first went to them for help in 2012 with my first of many problems with the city. And he and his staff would always solve them for me; and me a nobody would always be treated like a somebody by him and his staff. To me he is a good man and a good leader; and I would like to ask you Your Honor to please show as much leniency for Mr. Henon that you can.


Thank you

Sincerely,

Daniel P. D'Ascengo

To the Honorable                           12/7/21
Judge Jeffery Schmehl

    If I may take a moment to tell
you about my association with Councilman
Bobby Henon and his office staff.
    I first went to them for helps in
2012, with my first of many problems
with the city. And he and his staff
would always solve them for me,
and me a nobody would always be
treated like a somebody by him and
his staff.
    To me he is a good man and a good
leader. And I would like to ask you
Your Honor to please show as much
leniency for Mr. Henon that you can.


                          Thank You
                          Sincerely
                          Daniel P. D'Ascenzo

This is a little note on what Mr. Henon has done for my area.

He has done his best to help all of the seniors please all people.

When you call his office with a problem he always checks in to it.

He and his workers have done a great job.


Jeannette Daves

This is a little note on what Mr. Hexon has done for my area.

He has done his best to help all of the seniors plus all people

When you call his office with a problem he always checks into it

He and his workers have done a great job.

Jeannette Davis

To Honorable U.S. District Judge Jeffrey Schmehl:

Your Honor,

I would like to take this opportunity to express my gratitude and support for councilman Bobby Henon. As a member and leader of many Irish organizations in the Philadelphia area I have been required to work with city council on many projects over the years. Councilman Henon's office and Bobby himself always went the extra mile for our organizations and it was a pleasant experience.

Bobby was always honest with me and true to his word, if something was not possible he would let me know rather than promising something which could not happen. Bobby is beloved by the Irish community and his support for us will never be forgotten.

Your Honor, while you deliberate Bobby's future I hope that you take under consideration all the good deeds he has done throughout his life including all the help he has given to me and the Irish community.


Sincerely,

Paul Doris

914 Ripley St

Philadelphia, PA 19111

(267) 250-2788

To Honorable US District Judge Jeffery Schell

Your Honor,

I would like to take this opportunity to express my gratitude and support for Councilman Bobby Henon. As a member and leader of many Irish organizations in the Philadelphia area I have been required to work with city council on many projects over the years. Councilman Henon's office and Bobby himself always went the extra mile for our organizations and it was a pleasant experience. Bobby was always honest with me and true to his word, if something was not possible he would let me know rather than promising something which could not happen. Bobby is beloved by the Irish community and his support for us will never be forgotten.

Your Honor while you deliberate Bobby's future I hope that you take under consideration all the good deeds he has done throughout his life including all the help he has given to me and the Irish community

Sincerely

Paul Dorn
914 Ripley St
Philadelphia Pa 19111
(267) 250 2788

Connie A. Dougherty
7152 Cottage Street
Philadelphia, PA 19135
(C) 215-205-4835

> To: Honorable U.S. District Judge J. Schmehl
> 5613 US Courthouse
> 601 Market Street
> Philadelphia, PA 19106

Dear Honorable US District Judge Schmehl,

I am writing to you in reference to Councilman Robert (Bobby) Henon. I have known Bobby, as he prefers to be called, for approximately twenty-four (24) years, our relationship spans many different facets of both our lives: professional, colleagues, community and personal. I'd like to give you some information about myself so you can understand my support/relationship and beliefs put forth in this letter.

I have owned my property in the Tacony neighborhood (the address above) since December of 1990, since that time I have been and/or still am, a wife, mother of a wonderful (who has Autism) 25 year old son, Dialysis patient care technician, ABA therapist, Advocate for people with Special needs (certificate program from Temple Univ/Inst on Disabilities) an elected committeeperson, elected Ward chair, elected 41st Ward leader, former bd member Autism Society of America – Greater Philadelphia Chapter, former community board member for the Pennsylvania Board of Psychology, and current employee of the Pennsylvania State Senate, of which, in the last twenty-one years I have had multiple roles and titles.

When I first met Bobby, it was at different neighborhood events, community gatherings, civic meetings, and community clean ups, he always seemed to have a genuine interest in anything myself or others needed and always tried to assist in any capacity he could such as, Autism awareness events, fundraising for different charities, toys for tots, youth neighborhood sports, you name it and he volunteered. Over the years, we both have taken on different roles with-in our community and our employment though one thing never changed, Bobby's commitment to make a difference for every part of our community, its those attributes that grew our friendship and the reason it was easy for me to support him for Council. I have never regretted that decision nor would the District and the community had better services/resources as they have.

Page 1 of 2

Bobby is truly one of the hardest working individuals I have known, he does so much for our community, our seniors, our youth and our special needs community not just as a Councilman but also as a community leader, union member, volunteer, neighbor and most importantly, a sincere and compassionate individual. Prior to the Pandemic, Bobby tirelessly held seminars, events, playground adaptations/modifications, a food/baby supply pantry for those in need, just to name a few. Once the State-wide shut down began due to the Pandemic, not only did he figure out a way to continue services for his district he partnered and volunteered at different food banks/pantries/non-profits by helping unload, pack, and deliver boxes of food/baby supplies to individuals in need without question and regardless of where they lived. These are only a few examples of the work/efforts he has put forth to better the community and the lives all around him, which he continues to do regardless of day, evening or weekend. I truly can not name any individual, volunteer, civic leader or Legislator who have done the number of things to better the lives and well-being of every genre of the community, without benefit for themselves, as Bobby has.

I humbly ask for your leniency, our community and Council District 6 without doubt, will suffer immensely without his leadership, volunteerism, dedication not for just those he personally knows and loves, but for us all.

I greatly appreciate any consideration you may be able to consider, I thank you for taking the time out of your busy schedule to read this. May we all remain safe during these unprecedented times.

Sincerely & respectfully,

Connie A. Dougherty

Page 2 of 2

LINDA L. LENTZ

2714 TAUNTON STREET

PHILADELPHIA, PENNSYLVANIA 19152

267-879-7103

Email: lloulentz@aol.com

January 22, 2022

U. S. District Judge Jeffrey Schmehl

My name is Joanne Durso, and I am a senior in the 6th District, where Bobby Henon, was my councilman for many years.  He and his staff have done so many activities for us seniors, and kept us up dated on various things happening in our District, with SEPPTA cards, Bingo, Bowling, food give a ways.

 I feel that it my turn to try and help Mr. Henon, on this coming sentencing phase.  To request that in your sentencing that if you can see it in your heart to show Mr. Henon, some form of leniency, since he has done so many various good deeds for us, it is only fair that we repay him and the only way is to ask you to show him leniency.

For which I am thanking you for taking your time to read my letter. He has only done good things for us.

Yours truly,

Joanne Durso

3419 Tudor Street

Philadelphia, PA 19136

January 28,2022

Honorable US District Judge Jeffrey Schmehl

I want to express my thanks to Councilman Henon and the thanks of my many senior friends on whose behave Bobby has worked and contributed on our behave.

It is by his hard work and gracious spirit that we seniors have reaped the benefits of friendship and community programs. His office is open and willing to assist in our requests for information on many City programs. He brings these things to our attention and then helps us follow through with necessary paperwork, notary services etc.  And the frequent paper shredding events are most helpful.  We oldsters are still "paper people".

His attributes of good character, hard worker and friend to his district constituents are a benefit to us all.  I ask that you consider all he has accomplished in our area and be gentle in your decision.

Sincerely
Aniela Earley

February 7, 2022

To The Honorable U.S District Judge Jeffrey Schmehl,

I'm writing this letter in support of my Councilman Bobby Henon. I have volunteered with Councilman Henon since he entered his seat as Councilman of the 6ht district. Councilman Henon has always shown great leadership, concern and dedication for the residents in his district. At any given time, you could walk into his office on Torresdale Ave and get the help you needed. This was a special trait that Councilman Henon and his staff carried because most of the time when dealing with these politicians they say one thing and it gets pushed around but not from Councilman Henon, he always saw to it that your concerns were handled in the appropriate amount of time.

Whenever Councilman Henon held any event, the community was always aware and always encouraged to go to participate. At any given day you could find Councilman Henon talking to his seniors, the children or people just passing by. This was who he was a people person, a problem solver and a great e made this example of Leadership with a passion for humanity. One of my most memorable interactions with Councilman Henon was at his Annual Easter Hunt that was held at the Cananstitter Banquet Hall. This event was all day and there were so many resources offered at this event.

What made this event special to me was that it happened right in the middle of this pandemic when our kids were severely overwhelmed with virtual schooling and most people were feeling trapped in their homes. Councilman Henon was front and center at this event talking and greeting every person that came out. He handed out food boxes, ice-cream and candy. He showed his constituent's that he was just like us a human being wanting to see and do better for his community. He smiled, held babies, and laughed at the kids going down the inflatable slides and when it was time for the dance contest he was right there clapping and dancing with all the kids. I saw him help a senior with their tray of food back to their seat. This is the type of Leadership we as citizens don't get to see on the regular from our politicians. We are losing a great leader, a caring person and our Ray of Hope that Councilman Henon help to build in our community. This lost we will all feel and it's going to hurt us as a community because Councilman Henon showed and pushed for us to see, fell and experience better for our community so I asked that you would show a great level of leniency towards our Councilman Henon. I'll leave this here "If God would be so merciful towards Us how can we not be merciful towards others"!!

Thank you for your time,

Ms. Sonia M Eldridge

4245 Levick Street

Phila, PA 19135

Constituent of the 6th District Ward

**Hilda H. Ennis**
6620 Jackson Street
Philadelphia, PA 19135
215-219-3873/hilda_b@yahoo.com

December 17, 2021

To The Honorable U.S. District Jeffrey Schmnehl

### Re: Bobby Henon, Councilman, 6ᵗʰ District

Your Honor:

In reference to the above, I would like to comment on Bobby Henon. I have been in this District for the last 19 years and never used his services until the last couple of years. Prior to that, I always heard great compliments on him and how he put this District and the City foremost in his actions and getting results.

Since I have known him and have been to many events he held, he demonstrated that he was a great leader and good man we all know him to be. He is known for his leadership, dedication, kindness, vision and sincere love for Philadelphia.

The experiences with his good work, character and friendship, I plea for leniency in his sentencing.

Sincerely,

Hilda H. Ennis
Resident of Council 6

AARON FINESTONE
Attorney at Law
615 West Ellet Street
Philadelphia, PA  19119
484-441-2047
aaron@acf1776.us


January 27, 2022


Honorable Jeffrey Schmehl
Suite 518
201 Penn Street
Reading, PA  19601

Re:    Bobby Henon

Dear Judge Schmehl:

I write in support of Mr. Bobby Henon.  I have been involved in Republican politics in Philadelphia for many years, during which time I was the Republican ward leader in Mount Airy for about a decade.

Mr. Henon has a good reputation within the political community.  Mr. Henon has been a uniter rather than a divider. He has treated members of all political persuasions with respect.  He has worked for good, constructive legislation and civic projects.

Most recently, Mr. Henon organized food insecurity projects to help low income and unemployed persons during the Covid-19 crisis.

I hope that Mr. Henon's good deeds will be taken into consideration in the sentencing process.

Respectfully,

AARON FINESTONE

**Finley Fisk** <alfin215@aol.com>                    Fri, Dec 10, 2021 at 7:11 PM
Reply-To: Finley Fisk <alfin215@aol.com>
To: support@bobbyhenon.com

<div align="center">

Leisure Timers

of

Delaire Landing

Philadelphia, PA  19114

</div>

December 16, 2021

The Honorable US District Judge Jeffrey Schmehl

On behalf of the Leisure Timers from Delaire Landing in Philadelphia, we

are writing to show our support for Councilman Bobby Henon

Bobby Henon has been a supporter and friend of the seniors in Philadelphia,

he has supported US in so many ways.  He has given us programs too many

to mention, lunches, parties and financial aid.  We all have been a top

priority to Bobby Henon.

He and his office was always available to us if we had a  problem  or

needed advice. He has never disappointed the seniors in any way and we

support him in every way.

Sincerely,

Alma Fisk

Wednesday, January 19, 2022

To The Honorable District Judge Jeffrey Schmehl:

I'm writing to ask you for leniency for Councilman Bobby Henon. I've been the Outreach Coordinator for Bobby for three years now. I see firsthand the positive impact he has made in Northeast Philadelphia. The residents of the 6th CM District respect the Councilman and the work he has done. The seniors absolutely appreciate all the events he has had over the years. They always give wonderful feedback and feel that Henon is the first politician to honestly care about the NE. Our office has always, and continues to, go above and beyond with the constituents' services we provide. Councilman Henon had the most impact when the pandemic hit. We started a diaper bank and food bank from our office to serve, not only the NE, but most of the Philadelphia region. Bobby and staff personally packed and made food deliveries throughout the city. We were able to get thousands of NE Philadelphians vaccinated when it seemed there was no one else advocating for the area. Year after year Bobby and his staff help thousands of people, field thousands of calls, handle thousands of issues. It's honestly heart warming to witness the impact Councilman Henon has made in the 6th District. We've worked closely with other City departments to get things done.

Prior to working for the Councilman, I've known Bobby for at least seven years and consider him a friend. We met originally through me working elections. Bobby has always been fair and supports those he knows in what is asked of him. He truly cares about the work he does, the constituents he serves and Northeast Philadelphia! I can say in true confidence that not many men have positively contributed to society the way that Bobby has.

I thank you for taking the time to read my letter, and the many more that have been written in support of Councilman Henon. I respectfully ask again that you consider leniency for him. This would be greatly appreciated by myself and all those that have depended on him over the past ten years.

Sincerely,

Michele Fleming

Michele R. Fleming
7152 Cottage Street
Philadelphia, PA 19135
267-601-1138

# The Gessler Group
## Real Estate Appraisals and Consultations

9419 Frankford Avenue
Philadelphia, PA 19114
www.gesslergroup.com

Phone: 215.426.8050
Fax: 215.600.3803
E-mail: bob@gesslergroup.com

March 29, 2022

Honorable Jeffrey L. Schmehl
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl;

I am writing on behalf of Bobby Henon, I have the unique perspective of knowing him as a constituent, neighbor and fellow board member. In each and all of those roles I have found him to an exemplary individual.

Councilman Henon, succeeded Councilwoman Krajewski, who served our district for forty two (42) years and was a legend when it came to fighting for Northeast Philadelphia and doing constituent service. When Bobby was elected I could not see how he could fill her shoes. But he did so and more! He and his team worked harder and longer than anyone. They were there for whatever was needed, be it an issue small or large. He always made sure to follow up and follow through, a rare combination today.

I am a former President of the Philadelphia County Board of the Ancient Order of Hibernians, (AOH) and one of our signature initiatives is the Hibernian Hunger Project (HHP). We have an annual Christmas Food Drive aimed at families across the region, we deliver both individuals as well as local churches, such as St. Raymond's, Mount Enon Baptist, St. Anne's, Star of Hope Baptist among many others. As you can imagine this is a large logistical effort, requiring volunteers, purveyors, donations, etc. We many the year were short on one of these categories and Councilman Henon was always there to bridge the gap. He also was able to provide list of families that should be included in the HHP, that had a rough year and a basket would help a lot.

I am the current President of the Irish Memorial in Philadelphia. This year we are celebrating our 20th Anniversary at Front and Chestnut. The Memorial has been a 35+ year and over $3 million project from conception, design, construction to existence. The Irish Memorial has become a place of contemplation for Philadelphians as well as visitors from all across the United States, Ireland and a host of nations throughout the world. Councilman Henon has always been one of staunchest allies. We were notified a few years ago, that there was going to be a new cap over I-95 and the installation of a park stretching from Front Street to Penn's Landing. In the initial design, the Irish Memorial was no where to be seen. We were informed that we would be moved to another location and possibly back to the new park. Thankfully, we were able to go to Councilman Henon for advice and support and on this St. Patrick's Day we were able to announce that we will be in our current location for the next two years and then move to our new home, on the cap at Front and Walnut Streets. His support made a real difference in making that happen.

Honorable Jeffrey L. Schmehl
Page 2

As a neighbor, he always has time to stop and talk, ask "how things are going?" or "do you need anything?" My house is on the corner of Frankford Avenue, which can be rather busy stretch of roadway. We were often at the center of a myriad of accidents, often in the middle of the night. Whenever one of these unfortunate occurrences happened, he was there in the morning, asking if anyone was hurt or how he could help. Finally after a decade of accidents, he helped get the road striping changed to accent the curvature of the road and thankfully reduce the number of accidents. But as a neighbor he was also that "guy" who invited you the block party or even simply a barbeque.

Lastly, I current serve along with Bobby on the Board of the St. Patrick's Day Observance Association, we are the group that runs Philadelphia's Annual St. Patrick's Day Parade. The St. Patrick's Day Parade is the city's second largest parade behind only the Mummers. As one can imagine, this is a daunting undertaking, hundreds of groups, thousands of marchers, multiple city agencies, spectators, transportation headaches and so much more, During my tenure as President, I relied heavily on Bobby, both as his role as a fellow board member and as an elected official.

I urge you to consider all of these factors when making your decision and not take him from the community he has served so well. He is a family man and is needed here at home. In these trying times it would place an undue burden on so many.


Respectfully submitted,


Robert Gessler

Honorable U.S. District Judge:
Jeffrey Schmehl


I interacted with Councilman Henon over the past 10 years at meetings, public forums, dinners, music, dances ALL FREE I didn't always agree with his voting record on Council especially the soda tax vote and told him so. He was always polite and told me, I have a right to disagree. As a senior citizen, he always helped people with bureaucracy in city government. Never asking what political party a person was, just being helpful in resolving the issue. He had the best staff on council in resolving problems quickly. I think he was manipulated by John Dougherty, and Bobby Henon deserves leniency. After all John Dougherty will get his pension from Local 98! BOBBY HENON LOST HIS.

Sincerely,

Jack Goldberg

HONORABLE U.S. DISTRICT JUDGE:
  JEFFREY Schmehl
I interacted with Councilman Henon
over the past 10 Years AT MEETINGS,
public Forums, Dinners, music
  Dances ALL Free  I DIDN'T
always Agree
    with His VOTING RECORD ON
Council especially the SODA TAX
VOTE AND TOLD HIM SO. He WAS
always polite AND TOLD ME, I have
A Right TO DISAGREE. AS A
Senior Citizen, He always
helped people with Bureacracy
  in City Government. Never
ASKING WHAT political PARTY A
person WAS, Just Being Helpful in
resolving the Issue. He HAD the
Best STAFF on Council in
  Resolving Problems Quickly. I think
He WAS MANIPULATED BY
John Dougherty, AND Bobby Henon
Deserves LeinenTcy. AFterall
John Dougherty will GET His Pension
From Local 98. Bobby HENON
Lost His.
      Sincerely  Jack Goldberg

# Morris Iron & Steel Co., Inc

Iron • Steel• Stainless •Steel Scrap

7345 Milnor Street • Philadelphia, PA 19136
215-624-6526

April 27, 2022

Honorable Judge Jeffrey Schmehl
U.S. District Judge, Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

SUBJECT: Letter of Leniency – Bobby Henon

Honorable U.S. District Judge Jeffrey Schmehl,

My name is Ron Greller I am the owner of Morris Iron and Steel Co, a 4th generation scrap
metal company. We are located in Holmesburg, Philadelphia's 6th District.

I have known Bobby Henon for ten years, when he came into office as City Councilman for
Philadelphia's 6th District. Bobby impressed me by his commitment and dedication to serving
his district which I would expect from any city councilman. I came to recognize that Bobby
went beyond his councilman duties and he made sure his staff was available to his
constituents, for which he cannot be replaced.

Bobby started a Philly Play program in 2013, in which I was invited in 2014 to participate in a
summer event. This program provides 4000 to 5000 Philadelphia children from all over the city
not just his district, with safe ways to engage in active play through structured play-themed
events. During this event I realized Bobby Henon solely formed this program for no political
gain, there was no press and he was able to secure the program with local business and
community support. He worked as hard as the volunteers to make this event a huge success.
Bobby was not just a great Councilman but a kind, caring genuine individual that wanted
happiness and safety for Philadelphia children.

There have been many occasions that Bobby has helped our company with zoning and permit
issues that would have otherwise caused us to move our operation outside of Pennsylvania. He
has also supported our company to obtain state grants to facilitate repairs to our Pier facility.
Because of Bobby Henon our company is continuing to grow and provide jobs to Philadelphia.

It has been an honor to call him my councilman but most of all a friend.

Regards

Ron Greller

To the Honorable U.S. District Judge Jeffrey Schmehl;

Please show leniency to Councilman Bobby Henon because he has been a wonderful councilman for the city. He works with and helps his constituents in so many ways and he especially helps senior citizens whether they are in his district or not. I have met him several times at events he's held and he is always kind and gracious. I have never met another councilman who had done as much as Bobby Henon. He can be proud of his service to the City of Philadelphia.

Thank you for taking the time to listen to my plea for leniency for Mr. Henon.


Catherine H.
751 Byberry Road

Phila, PA 19116

To the Honorable U.S. District                    12/28/21
Judge Jeffrey Schmehl:

Please show leniency to Councilman
Bobby Henon because he has been a
wonderful councilman for the city. He
works with and helps his constituents
in so many ways and he especially helps
senior citizens whether they are in his
District or not. I have met him several
times at events he's held and he is
always kind and gracious. I have never
met another Councilman who has done
as much as Bobby Henon. He can be
proud of his service to the City of Philadelphia.

Thank you for taking the time to listen
to my plea for leniency for Mr Henon.

Catherine Nyszenta
751 Byberry Road
Phila, Pa. 19116

**Frank Keel** <keelcommunicationsllc@gmail.com>        Tue, Jan 18, 2022 at 10:56 AM
To: support@bobbyhenon.com

The Honorable Jeffrey Schmehl

January 18, 2022

Dear Judge Schmehl:

It has been my honor to know and work with Bobby Henon for the past 20 years. I consider him a dear friend.

Throughout his professional life, I have known Bobby to be an incredibly caring and generous man. His Northeast Philadelphia Councilmanic district features many families who live in abject poverty.

When the pandemic first hit, shuttering many businesses and costing many families their livelihoods, Bobby took it upon himself to establish a free, weekly food and supplies pantry in the hardest hit pockets in his district. He and his Council staff would personally collect and distribute non-perishable food items, water, baby diapers, clothing, cleaning supplies and other essentials to sustain desperate families during the worst of the COVID crisis. He did it not for publicity or any self-gain, he did it because it was the right and moral thing to do.

Bobby has also been a Godsend to the many elderly people in his Northeast Philadelphia community, frequently providing them with free, hot breakfasts, lunches and dinners at community centers, often times with free live entertainment, as well. At the other end of the spectrum, Bobby has for years taken care of the children in his community, organizing massive Easter Egg Hunts, Halloween and Christmas parties, and championing kids' physical fitness through his innovative "Play 60" program, which involved school aged kids in free, fun, outdoor sports and recreational activities.

I also know Bobby Henon to be a loving and caring father to his two young sons, Matt and Zach. The boys desperately need their Dad in their lives.

For all of these reasons, your Honor, I respectfully ask that you show Bobby Henon mercy and leniency at his forthcoming sentencing hearing.

I thank you for your time and consideration.

Sincerely,

Frank Keel
102 Dickens Court
North Wales, PA 19454
Cell: 484 410 4932

January 31, 2022,

Honorable **Judge Jeffrey L. Schmehl,**

I have lived in the neighborhood Torresdale 6th council district which former Philadelphia councilman Bobby Henon represented. He did a lot tremendously for this neighborhood whether it was addressing concerns for the senior citizens who were most vulnerable to the Covid virus & setting up Covid vaccination sites for them as well as others who were eligible to be vaccinated. He seen to it that our playgrounds for the youth were taken care of with maintenance of the grounds & playground equipment on a regular basis, just the other month during a unusual warm day during December even though I am 70 yrs old I took my 12 year old Granddaughter to our neighborhood playground because she likes to shoot some basketball & we played basketball, I noticed the name Bobby Henon on a wall close by & on a city sign asking to keep the areas nice by those who use it. He was involved in numerous fundraising events for our police & firemen who have died in the line of duty, the community relied on him for concerns & issues whether big or small. My Grandson attended the same Catholic high school (Father Judge) as Mr. Henon's 2 fine young boys in this neighborhood. Some of us have made mistakes or wrong decisions in life, for a husband, father & someone who gave so much of his time & effort, with him not being a city councilman anymore for this council district & being incarcerated it will have just as much a detrimental effect on his family as well as in the community that quality of life issues he was on the forefront for will be at risk of declining. If there is any chance of leniency in his sentencing it would be for not only his family but the community also.

<div align="center">

Thank you for your consideration

Joseph R Keogh

4482 Tolbut St

Philadelphia, Pa 19136

</div>

From: **Pearse Kerr** <pearsekerr@aol.com>
Date: Tue, Feb 25, 2020 at 9:00 AM
Subject: Bobby Henon
To: Support@bobbyhenon.com <Support@bobbyhenon.com>


To whom it may concern, Bobby Henon has always done his utmost to help all endeavors presented to him on behalf of the Ancient Order of Hibernians. He has helped continuously to support community events and has struggled to fulfill his commitment for the better of all.
Please keep this in mind moving forward. Bobby is a true friend of the people of Philadelphia and I am proud to say he is a close friend of mine

Sincerely.

**Pearse Kerr**
**V.P. Ancient Order of Hibernians**
**Philadelphia County**

**Sent from the all new AOL app for Android**

January 20. 2022

To the Honorable U.S. District Judge Jeffrey Schmel,

I am a Philadelphia resident that lives in the 6th district in the northeast section of the city. I am also a senior citizen. Councilman Bobby Henon has provided my friends, neighbors and myself with assistance that has benefitted us all. He arranged, along with his staff, to have someone come to the Senior citizen meeting at Saint Matthew's Church so that we could obtain our photo iD for Septa. He also had someone from his staff come to our meetings on a regular basis to keep us informed of activities and programs that benefitted all seniors.

One of the most recent benefits Bobby Henon provided was the organization of a COVID 19 vaccination clinic the was held at Cannstatter's in the northeast. Being able to go locally to get vaccinated rather than having to travel into center city and wait in long lines was a blessing. He truly cares about the people he represents.

There have also been numerous activities in the neighborhoods that supported the families and children of his district.

In my opinion he truly cared for the people he represented. I ask that you take into consideration all the good he has done for the past 10 years and show leniency at the time of his sentencing.

Sincerely,

Mary Kilpatrick

Mary Kilpatrick
7171 Montague Street
Philadelphia, PA 19135

Honorable US. District Judge Jeffrey Schmehl:


I'm not a very good letter writer but I'll speak from the bottom of my heart. Councilman Bobby Henon has done a lot for the seniors, I got my flu shot. He offered Covid shots, but I already got mine. I ma a widow. He gave us turkeys for Thanksgiving and Xmas. We went to the Devon movie for Xmas shows. He had Halloween parties a Hoe Down, painting for the seniors. Instead of sitting alone in my house I got out to do things. He also had trick or treat for the children, a tree lighting, bingo, numerous lunches for the senior clubs. If you had a problem with the neighbors just call the office they solved a lot of problems if you would call the office any time and they were in there they would get back to you. Any problem they would solve it.

A lot of people depended on Bobby it's not easy trying to please everybody. Bobby Henon is a good man. I would like to see him get community service, where he would still be helping people. He also gave us fans in the hot summer.

Thank you for taking the time to read my letter.

Sincerely,

Mrs. Rose Kinney

2933 Delaware Ave.

Phila, PA 19149

Honorable U.S. District
Judge Jeffrey Schmehl
I'm not a very good
letter writer but I'll
speack from the Bottom
of my Heart. Councilman Bobby
Hedon has done a lot
for the Seniors. I got
my Flu Shot. He offeled
Covid Shots but I already
got mine. I'm a Widow.
He gave us Turkeys for
Thanksgiving and Xmas. We
went to the Devon Movie for
Xmas shows. He had
Halloween Parties a Hoe Down,
Painting for the Seniors,
Instead of sitting alone in
my house I got out to do
things. He also had trick or
treat for the children. A tree
lighting, Bingo Numerous
Lunches for the Senior Clubs.
If you had a problem with
the neighbors just call the office
they solved a lot of problems

If you would call the office anytime and they weren't there. They would get back to you. Any problem they would solve it.

A lot of people depended on Bobby. It's not easy trying to please everybody. Bobby Henon is a good man. I would like to see Him get Community Service, where he would still be helping people. He also gave us fans in the lot summer.

Thank you for taking the time to read my letter.

Sincerely,

Mrs. Rose Kinney
2933 Devereaux Ave.
Phla. Pa. 19149

1/4/2022

Honorable Jeffrey Schmehl:


Lifesaver! Councilman Bobby Henon's office came through for me when even my own Physician or pharmacy could not even put me on a list for a Covid-19 vaccination! I am a senior and high risk. I made about 100 calls to try to schedule. Riding to CC (3/2021) on public transportation and waiting in line with strangers proved too hazardous to me.

I called Mr. Henon's office and spoke with an office staff worker. She must have heard agitation in my voice and have me the name of a pharmacy close to home. She told me Councilman Henon has developed a rapport with them and they are trying to help our seniors. Never thought it would work out. I called and I was scheduled for a Thurs. (this was on a Tues!) Never heard a nasty word about Councilman Henon. Runs several events for his community. All I hear is "he cares". One person told me he "did so much for his Mayfair Community".

Best wishes to Councilman Henon and his staff- neighborhood people who care even when others ignore the Northeast part of the city.


Dolores Kline

Dolores Kline
3735 President St.
Philadelphia PA 19114-1717

1/4/2022

Honorable Judge Jeffrey Schmehl:

Lifesaver! Councilman Bobby Henon's office came through for me when even my own Physician or Pharmacy could not even put me on a list for a Covid 19 vaccination! I am a Senior & high risk & make about 100 calls to try to schedule. Riding to CC (3/2021) on Public transportation and waiting in line with strangers proved too hazardous to me.

I called Mr Henon's office and spoke with an office staff worker. She must have heard desperation in my voice and gave me the name of a Pharmacy close to home. She told me "Councilman Henon has developed a rapport with them and they are trying to help our Seniors". Never thought it would work out. I called and I was scheduled for a Thurs. (this was on a Tues.!)

Never heard a nasty word about Councilman Henon. Runs several events for his community. All I hear is "he cares." One person told me he "did so much for his Mayfair Community".

Best wishes to Councilman Henon and his staff — neighborhood people who care even when others ignore the Northeast part of the city.

Dolores Kline

To the Honorable U.S. District Judge Jeffery Schmehl:

I am writing to ask for leniency for Bobby henon. I am a member of a group, composed on many seniors, that Bobby Henon has provided events and activities for us to keep us active and involved in our community. He has kept us up to date on social issues and community projects. I feel that my life is more meaningful because of the activities I can participate in and get involved with. He has helped us stay in touch with all types of people in our community.

Thank you for your attention to this request.

Brenda Koss
03104 Delaire Landing Road
Philadelphia, Pa. 19114