Gmail

---

## Letter to US District Judge

**jeff krute** <j.krute@bluestonecomm.com>                                    Mon, Mar 7, 10:00 PM
To: support@bobbyhenon.com <support@bobbyhenon.com>

To the Honorable U.S. District Judge Jeffrey Schmehl,

I struggle to put into words the positive impact Bobby Henon has had on the
city of Philadelphia. Growing up in an adjacent Northeast Philadelphia neighborhood, I have long experienced his drive and
ambition in improving the lives of Philadelphians. Between the food and clothing drives during the pandemic, to the annual holiday drives
bringing food and joy to families, his gold standard character is a crucial piece to the welfare of the city.

With this in mind, I implore the courts to consider the well-being of all
Philadelphians. A man of that character deserves all leniency.

**Jeffrey Krute**
**Sr. Technician**
**Union Steward**
**Bluestone Comm.**
**267-355-8954**

January 28, 2022

Honorable U.S. District Judge Jeffrey Schmehl

Your Honor:

I came to know Bobby Henon from the Upper Holmesburg Civic Association's meetings.

Whenever there was an issue in our neighborhood, he would attend our meetings and be of assistance to us. He helped in preventing the opening of a strip/sex club in our area.

Some other assistance he provided was:

Food giveaways

Baby diapers to those in need

Generated funding to refurbish playgrounds and athletic fields for our youth.

His office was always welcoming and empathetic to whomever was in need of help.

I had a problem with the wrong name on my water/sewer bill. After many calls and letters to Philadelphia Water Revenue Bureau to correct the problem and a trip to center city, where I was directed to two different offices to no avail, I finally went to Mr. Henon's office on Torresdale Avenue and the issue was corrected.

I feel that he is an asset to our neighborhoods. He has done so much good and is most needed and appreciated.

I am respectfully asking for your leniency in Bobby's sentencing.


Sincerely,

Mary A. Lee

4013 Benson Street

Philadelphia, PA 19136

January 28, 2022

Honorable U.S. District Judge
Jeffrey Schmehl

Your Honor:

I came to know Bobby Henon from the
Upper Holmesburg Civic Association's
meetings.

Whenever there was an issue in our
neighborhood, he would attend our
meetings and be of assistance to us.
He helped in preventing the opening
of a strip/sex club in our area.

Some other assistance he provided
was:

    Food give-aways

    Baby diapers to those in need

    Generated funding to refurbish
    playgrounds and athletic fields
    for our youth.

    His office was always welcoming
    and empathetic to whomever was
    in need of help.

I had a problem with the wrong name on my water/sewer bill. After many calls and letters to Philadelphia Water Revenue Bureau to correct the problem and a trip to center city, where I was directed to two different offices to no avail, I finally went to Mr. Henon's office on Torresdale Avenue and the issue was corrected.

I feel that he is an asset to our neighborhoods. He has done so much good and is most needed and appreciated.

I am respectfully asking for your leniency in Bobby's sentencing.

Sincerely,
Mary A. Lee

Mary A. Lee
4013 Benson Street
Philadelphia, PA  19136

January 28, 2022

Honorable U.S. District Judge Jeffrey Schmehl


Your Honor

My acquaintance with Bobby Henon was through his attendance at Upper Holmesburg Civic Association's meetings. He was always willing to give a helping hand when and where needed.

He helped so many people by making sure they had food on there table.

He kept our youth safe by helping many youth organization, giving the community a safe place for our children to participate in various kinds of recreational activities.

No matter how big or small your problem was, he would listen and provide a helpful solution.

Our community need Bobby Henon in these very difficult times, there for, I am pleading for your leniency in his sentencing.

Respectfully,

Michael J. Lee          4013 Benson Street

                        Philadelphia, PA 19136

JANUARY 28, 2022

HONORABLE U.S. DISTRICT JUDGE
JEFFREY SCHMEHL

YOUR HONOR

MY ACQUAINTANCE WITH BOBBY HENON
WAS THROUGH HIS ATTENDANCE AT UPPER
HOLMESBURG CIVIC ASSOCIATION'S MEETINGS
HE WAS ALWAYS WILLING TO GIVE A HELPING
HAND WHEN AND WHERE NEEDED.

HE HELPED SO MANY PEOPLE BY MAKING
SURE THEY HAD FOOD ON THERE TABLE

HE KEPT OUR YOUTH SAFE BY HELPING MANY
YOUTH ORGANIZATION, GIVING THE COMMUNITY
A SAFE PLACE FOR OUR CHRILDREN TO
PARTICIPATE IN VARIOUS KINDS OF
RECREATIONAL ACTIVITIES.

NO MATTER HOW BIG OR SMALL YOUR PROBLEM
WAS, HE WOULD LISTEN AND PROVIDE A
HELPFUL SOLUTION.

OUR COMMUNITY NEED BOBBY HENON IN
THESE VERY DIFFICULT TIMES, THEREFORD,
I AM PLEADING FOR LENIENCY IN HIS
SENTENCING

RESPECTFULLY
Michael J Lee
MICHAEL J LEE

4013 BENSON, STREET
PHILADELPHIA, PA 19136

7202 Delaire Landing Road

Phila, PA 19114

January 2, 2022

Honorable U.S. District Judge J. Schmehl:
I know you're the Judge responsible for passing sentence on Bobby Henon. I hope you will take into consideration the good that Bobby has done for the countless people especially in Northeast Phila. He was always accessible to any concerns his constituents had.

Please extend some leniency when sentencing him.

Thank you!

Sincerely,

Mike Lovett

7252 DELAIRE LANDING RD.
PHILA. PA. 19114
JANUARY 2, 2022

HONORABLE U.S. DISTRICT JUDGE J. SCHMEHL:

I know you're the judge responsible for passing sentence on Bobby Henon. I hope you will take into consideration the good that Bobby has done for countless people especially in Northeast Phila. He was always accessible to any concerns his constituents had.

Please extend Bobby some leniency when sentencing him.
Thank you!

Sincerely,
Mike Lovell
MIKE LOVELL

January 2, 2022

Honorable U.S. District Judge Jeffrey Schmehl,


I would like you to know how much Bobby Henon means to the people of Northeast Philadelphia since you will be responsible for his sentencing.

Bobby Henon is a kind and caring man who helps the people he represents, especially the seniors. He sends one of his staff members to most of our senior club meetings to let us know how Bobby's office can help us and inform us of upcoming functions that he sponsors, specifically for seniors.

He meets with citizens at local businesses, like Dunkin' Donuts, to find out what concerns people have in order to find solutions.

Please take these important things into consideration when sentencing.


Thank you for your attention.

Sincerely,

Stacy Lovett

7202 Delaire Landing Road

Philadelphia, PA 19114

January 2, 2022

Honorable U.S. District Judge Jeffrey Schmehl,

I would like you to know how much Bobby Henon means to the people of Northeast Philadelphia since you will be responsible for his sentencing.

Bobby Henon is a kind and caring man who helps the people he represents, especially the seniors. He sends one of his staff members to most of our senior club meetings to let us know how Bobby's office can help us and inform us of upcoming fuctions that he sponsors, specifically for seniors.

He meets with citizens at local businesses, like Dunkin' Donuts, to find out what concerns people have in order to find solutions.

Please take these important things into consideration when sentencing.

Thank you for your attention.

Sincerely,
Stacy Lovett

7202 Delaire Landing Rd.
Philadelphia, PA 19114

Honorable U.S. District Judge Jeffrey Schmehl

Dear Judge Schmehl,

I am writing to you on behalf of Bobby Henon. Bobby is a great individual who has done many things to make our community better and had always put the needs of others before his own. I first met Bobby at Caring for Friends during the Covid crisis when I saw they were looking for volunteers. I was so impressed with Bobby's care for others and his enthusiasm to help that I volunteered every day. I was off work and had my family help also. Bobby would make it a point to acknowledge everyone and make you feel appreciated and would take no credit himself. Whenever someone was in need Bobby Henon was always willing to help. I have never seen a city council member care or do more for his constituents. Whenever I would see him in the neighborhood, he would always stop and wanted to know how my family was and never spoke of himself.

I am honored to know a great man like Bobby Henon who is a great father. The dedication and time Bobby gave to his community was selfless and others' needs were always above his own. Please take into consideration all the good Bobby Henon has done for the organizations, churches and schools into account. Bobby Henon is an upstanding individual and I am proud to call him a friend.


Thank you for your time.


John Lunch

First Judicial Dist. of PA

johnlynch@comcast.net

Dear Judge Schell,

I am writing to you on behalf of Bobby Henon. Bobby is a great individual who has done many things to make our community better and has always put the needs of others above his own. I first met Bobby at Caring For Friends during the Covid Crisis when I saw they were looking for volunteers. I was so impressed with Bobby's care for others and his enthusiasm to help that I volunteered everyday I was off work and had my family help also. Bobby would make it a point to acknowledge everyone and make you feel appreciated and would take no credit himself. Whenever someone was in need Bobby Henon was always willing to help. I have never seen a City Council Member care or do more for his constituants. Whenever I would see him in the neighborhood, he would always stop and wanted to know how my family was and never spoke of himself.

I am honored to know a great man like Bobby Henon who is a great father. The dedication and time Bobby gave to his community was selfless and other's needs were always above his own. Please take into consideration all the good Bobby Henon has done for the organizations churches and schools into account. Bobby Henon is an upstanding individual and I am proud to call him a friend.

Thank you for your time.

John Lynch
F.R.1 Judicial Dist of PA
Johnlynch@comcast.net.



December 23, 2020

Councilman Bobby Henon
6730 Torresdale Avenue
Philadelphia, PA 19135

Dear Councilman Henon:

Thank you very much for arranging 385 Nick's Roast Beef box lunches on Monday for
our Nazareth Hospital colleagues.  Everyone thoroughly enjoyed the variety of
sandwiches, wraps, chips fruit and cookies.

This second round of the Covid-19 pandemic has been difficult, and I extend a gracious
thank you for this sign of thanks for our healthcare workers.  Your personal appearance
and the time taken to speak with some of our colleagues is appreciated.

Sincerely,

Michael Magro, D.O., FACOI

MM/km

Repro Center / Joyce Mak
1531-33 S. 7th Street, Philadelphia, PA 19147
(215) 271-5041

To: The Honorable Judge Jeffrey Schmehl

We have known Councilmember Bobby Henon as a good friend and neighbor for over ten years. We were both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason We are happy to write a letter of reference for Mr. Bobby Henon regarding this matter. We understand the seriousness of this matter, hope the court will show some leniency.

We have known Mr. Bobby Henon to be an enthusiastic individual, sincere, hardworking, and have a high level of integrity. He has been involved with the community organization, community mobilization, capacity building as well as planning and implementing community-based projects. It is evident that Mr. Bobby Henon commitment and dedication to work. During the pandemic, he has no plans of stopping his selfless care for communities in need.

It is our sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case. We still believe Mr. Bobby Henon to be an honorable Individual, a valuable member of our community, and a good human being.

*Joyce Mak*

Sincerely

To the Honorable U.S. District Judge Jeffrey Schmehl

I am writing to tell you of some of the good things Bobby Henon has done for his constituents here in the N.E. area.

Bobby made arrangements for the seniors to get their "Covid shots" at the Oak Street health and Cannstatters building, both buildings had large parking lots and were close to public transportation.

The "Delaire Leisure Timers" used "grant" money to pay for trips to the state capital in Harrisburg to visit our state Reps Mike Driscoll and Ed Neilson. The group also went to Washington D.C. and toured the White House. The grants were provided by Bobby Henon.

A resident (Janet) called me and asked for help. She was trying to get the left-hand turn signal turned on outside our complex. I gave her Bobby Henon's office phone number. A few days later, Janet called to tell me the light was fixed the day after she called.

I moved to Delaire Landing 22 years ago. My condo fee had a $50.00 rental fee. I could not get an answer as to why I had to pay a rental fee when I owned and lived in my condo. I asked Bobby Henon if he could find out. The next Jan. the $50.00 fee was not on my bill. I figure Bobby saved me $1,100.00 so far. $50.00 x 20 years = $1,100.00.

I watch city council meetings on TV and Bobby always submits more bills than the other Council members. He has been a very good worker for his constituents, and I hope he will be granted the leniency I feel he deserves.


Yours very truly,

Adelaide Martin

Committee Person Delaire Landing, 65 Ward- 20th Division

To the Honorable U.S. District Judge Jeffrey Schmehl

I am writing to tell you of some of the good things Bobby Henon has done for his constituents here in the N.E. area.

Bobby made arrangements for the Seniors to get their "Covid Shots" at the "Oak Street Health and Cannstatters buildings. Both buildings had large parking lots and were close to public transportation.

The "Delaire Leisure Timers" used "Grant" money to pay for trips to the state Capital in Harrisburg to visit our State Reps. Mike Driscoll and Ed Neilson. The group also went to Washington D.C. and toured the White House. The Grants were provided by Bobby Henon.

A resident (Janet) called me and asked for help. She was trying to get the left-hand turn signal turned on out-side our complex. I gave her Bobby Henon's office phone number. A few days later, Janet called to tell me the light was fixed the day after she called.

I moved to Delaire Landing 22 yrs. ago. My Condo Fee had a $50.00 rental fee. I could not get an answer as to why I had to pay a Rental Fee, when I owned and lived in my condo. I asked Bobby Henon if he could find out. The next Jan. the $50.00 Fee was not on my Bill. I figure Bobby saved me $1,000.00 so far. $50.00 x 20 yrs. = 1100.00

I watch City Council Meetings on T.V. and Bobby always submits more Bills than the other Council Members. He has been a very good worker for his constituents and I hope he will be granted the leniency I feel he deserves.

Yours, very truly,
Adelaide (Adge) Martin

Committee Person Delaire Landing, 65 Ward — 20th Divison

 Gmail

**Letter of support**

**William Mason** <wmason5274@yahoo.com>                                    Wed, Mar 16, 8:57 PM
To: Support@bobbyhenon.com <Support@bobbyhenon.com>

To the Honorable Jeffrey  Schmehl
I am a member of Bethany AME Church
I am writing this letter in support of Bobby Henon he is a concerned community leader and
supports Bethany 's community projects

William Mason 215-971-0294 E-mail:wmason5274@yahoo.com

Dec. 28, 2021

Honorable U.S. District Judge Jeffrey Schmehl

Bobby Henon is a hard working man, listens and pays attention to the problems of peoples, is polite and appreciates the suggestions to various suggestions to right or a solution to a problem. I saw him at a few political gatherings polite, and listening carefully to what people were telling him. Remember NO ONE is perfect and we all make mistake. Or he has made a lot of good decisions that are very good. His character and manners are spotless. A hard working man that can be counted on.


From Lynn C. Mathes

Dec 15, 2021

HONORABLE U.S. District Judge Jeffrey
Schmehl Bobby Heron is a hard

WORKING MAN, Listens + pays Attention
To the problems of peoples, is polite
AND Appreciates the suggestions
various suggestions to Right
A solution to * problem. I
Saw him at A few political gatherings
Polite, And listening carefully
to what people were Telling him
Remember No ONE is perfect
And. We All make mistakes. or
he has MADE A Lot of good
decisions, that Are VERY good
His character & MANORS ARE
Spotless. A hard working man
that can be counted on.

From Lynn C. Mathes

The Honorable U.S. District Judge Jeffrey Schmehl:

I am now in Councilman Bobby Henon's district as of March 2017. Previously I lived in Poconos Lake PA for 12 years.

Since returning to Phila and in particular the 6th district I raved to friends and family about how great Philly is to seniors.

Councilman Henon is so caring and respectful to us elderly you can sense it in the way he listens and responds in conversation.

I am asking that you please be lenient at sentencing and perhaps make it possible that he could continue or at least return to doing the good and honorable work he has been doing.

Philadelphia needs Bobby Henon and people like him to lead us and keep us a good place to live.


Honestly,

Maria McCabe

8641 Crispin Drive

Phila, PA 19136

215-333-3209

215-280-1375

The Honorable U.S. District Judge
Jeffrey Schmehl:

I am now in Councilman Bobby Henon's
District as of March 2017. Previously I lived
in Pocono Lake PA for 12 years.

Since returning to Phila and in particular the
6th District I raved to friends and family outside
Philly about how great Philly is to Seniors.

Councilman Henon is so caring and respectful to
us elderly you can sence it in the way he listens
and responds in conversation.

I am asking that you please be lenient at
sentincing and perhaps make it possible that
he could continue or at least return to doing the
good and honorable works he has been doing.

Philadelphia needs Bobby Henon and people like him
to lead us and keep us a good place to live.

Honestly
Maria McCabe
8641 Crispin Dr
Phila PA 19136

215-333-3209
215-280-1375

---------- Forwarded message ----------
From: **Robert McCormick** <robert.mccormick@gmail.com>
Date: Tue, Jan 25, 2022 at 10:01 PM
Subject: Re: Councilman Henon
To: Elizabeth McCormick <bamccorm@gmail.com>

To the honorable US District Judge Jeffrey Schmel:

We, the All Saints Senior group, are writing on behalf of Councilman Bobby Henon. Councilman Henon has been a familiar sight in Bridesburg for many years, walking in our Memorial Day parades, and sponsoring many of the grants that help operate our club.

His office always had an open door policy with our senior group, taking care of our problems no matter how large or small. He made sure to educate us about the Homestead Act, which helped many of our older members remain in the houses they had lived in for over 40 years.

He has been an invaluable member of our community, and his absence will be a big loss for all of us.

8800 Hargrave Street
Philadelphia, PA 19152

The Honorable Jeffrey L. Schmehl
U. S. Department of Justice
Eastern District of Pennsylvania
601 Chestnut Street
Philadelphia, Pennsylvania 19103

Re:  *United States vs. Defendant Bobby Henon*

Dear Judge Schmehl:

Since we have been constituents of Bobby Henon since he was elected to be our Councilman, we just
wanted to ask you to consider how he had been doing really great work for everyone in our area.  At
one time we had the need for his assistance in a City matter, and he and his staff did a super job in
bringing it to a very satisfying solution.

Other than just the two of us, his work in our district has been wonderful.  He always listens to our
issues and he always gets things done for our area and for the good of the citizens of Philadelphia.  He
attends all sorts of District meetings as well as many events for senior citizens, for many recreational
events-he is always there for us.

We ask for your consideration of all his accomplishment for all of us and his many constituents in your
decision in sentencing Bobby Henon.  Thank you.

Sincerely,


FRANCIS MC GOVERN


BARBARA MC GOVERN

 Gmail

## Bob Henon Support Letter

**MATTHEW MCKEON** <baxtagematt@gmail.com>
To: <Support@bobbyhenon.com>

Sat, May 7, 9:24 AM

To:
Honorable US District Judge Jeffrey Schmehl

From:
Matthew T Mckeon

Your Honor,

I am writing this in support of Mr Bobby Henon. During the pandemic, Bobby , his staff and a host of volunteers spent countless hours collecting, packaging and delivering food to needy residents of Philly. All residents! Any political  party. Any race. Bobby organized the entire thing!! He also supplied many recovery houses with food during these difficult times. Being in recovery myself, as is Bobby, I just want to say that he walks the walk when it comes to helping others. Period. Has he made mistakes? Sure who hasn't. We are not Saints. I made plenty as we all have.  I don't throw stones. I do believe I am my brothers keeper. So does Bobby!  I really don't care about the political side of all this at all. All I know is  when there was a need to feed people, Bobby was there! Didn't see any other council members  doing that!
I just hope you look at the whole picture Your Honor.   Thank you sir.

Sincerely
Matthew T Mckeon

To The Honorable U.S. District Judge Jefferey Schmel,

I am Writing to you on behalf of the men of the Mother of Perpetual Help house transitional living home for men in north east Philadelphia. This letter is in support of the respectable character of Mr. Bobby Henon and to show that he truly was a man of the people, and that Mr. Henon did all he could to help everyone in his district.

For years the men at The Mother of Perpetual Help House suffered nuisance neighbors. One of which was so bad that the neighbor abandoned their home and let it fall into disrepair and become a junk yard. The result being that varmint and insects often ended up on our property, creating health concerns for our men who were getting sober for the first time in their lives. When we finally made the call to Mr. Henon's office and spoke to him he showed genuine concern and came to see the problem for himself. We were just happy to have someone take interest in our men and the problems they were facing but Bobby went above and beyond. He didn't just take our side and condemn our neighbor but tried to mediate a resolution between us, this showed great care and respect to all of us involved and told us that Mr. Henon wanted the best for everyone. Eventually the issue was resolved and both parties satisfied with the result, all thanks to the work of Mr. Bobby Henon.

With great respect for you and your honorable position, we ask that you show leniency in the sentencing of Mr. Henon. He really did all he could to help us and many other people in the area.

Sincerely, The men of The Mother of Perpetual Help House

 Gmail

---

**letter**

---

**Rich Morawski** <RMorawski@dc47.org>                                Thu, Mar 3, 10:31 AM
To: support@bobbyhenon.com <support@bobbyhenon.com>
Cc: Rich Morawski <RMorawski@dc47.org>

To the Honorable U.S. District Judge Jeffrey Schmehl,

I am obligated to send you my thoughts of Mr. Robert 'Bobby' Henon as I have known him now for over 20 years.

The first time I met him was on Walnut Street outside my office , as he was heading to a Variety Club meeting. I found him to be very amicable when he stopped and talked with me. Since that day I always seen him doing good things for charities and neighborhood communities alike.  A matter of fact he became a City Representative in the community I live in: Port Richmond. Well, he reminds me of the Action News Van, for anytime there was a call for help he was always there first up and ready no matter the time or the day.

I have always been a neighborhood caring guy who also worked in a neighborhood Recreation Center for a long time. People would see me on the street many believed I was their committeeman ( I wasn't and couldn't be)and asked if I could help them get things done { Sewer cleaned, abandoned eyesore car removed, streetlights fixed , stop signs, etc. )

I have called his office numerous times for help in getting these things moved on for my immediate neighbors as well as some not so close by when City services numbers did not seem to be as efficient as The Councilman's office.

Please sir for all the good things Mr. Henon has done and I am sure he will continue to do so, On behalf of myself , family and neighborhood pleas allow Mr.Henon to continue his work for the greater good of the neighborhood as soon as possible.

Sincerely,

# Richard Morawski

2621 e. Venango Street

Philadelphia Pa. 19134

Dear Judge Schmehl,

Please accept our letter of support on behalf of Councilman Bobby Henon.

We have lived as neighbors to Bobby Henon and have enjoyed watching his family grow for many years.

It is not until recently upon our retirement mine after 22 years of service to the School District of Philadelphia and my husband as a successful small business owner in Manayunk for 20 years (dog groomer shop) have we come to fully appreciate the services rendered by Mr. Henon and his staff on Torresdale Ave in the Tacony section of Philadelphia.

Without delay, during the frightening early days of the Covid-19 epidemic when folks were even too scared to step out of their homes, we witnessed first hand the non-stop efforts put out by Bobby Henon and his staff to help this community.


He and his staff sprung into action with daily communications on Facebook, articles in the Northeast Times newspapers, signs and notifications everything. Talk about service to the community! Thank you Mr. Henon.

We would have never known these services such as; Food banks, Tax Rebate info, senior events, and more even existed without him.

Our community has greatly benefited from Councilman Henon's skills, dedication and hard work.

We respectfully request that you use all leniency in his regard.

Thank you for your time and consideration in theis matter.


Cordially, Mr. and Mrs. Ed Foy

Dear Judge Schmeke,

Please accept our letter of su
on behalf of Councilman Bobby

We have lived as neighbors
Bobby Henon and have en
watching his family grow
many years.

It is not until recently, up
retirement, mine after 22 yea
service to the School District
of Philadelphia and my husban
successful small-business owner in Ma
for 20 years (dog-grooming shop) ha
come to fully appreciate the
rendered by Mr. Henon + h
on Torresdale Ave in the Tacon
of Philadelphia.

Without delay, during the fr
early days of the Covid-19 Ep
when folks were even too sca
step out of their homes, we p
first-hand the non-stop ef

put out by Bobby Henon & hi
to help this Community.

He and his staff sprung into
with daily communications
Face Book, articles in the Northe
newspapers, signs and notifie
everywhere. Talk about servic
the Community! Thank you N.

They would have never know
these services such as: Food Ba
Tax Rebate Info, Senior Eve
and more ever existed with

Our Community has greatly
benefited from Councilman
skills, dedication and hard-w

He respectfully request that y
all leniency in his regard

Thank you for your time & consid
in this matter

Cordiall

 Gmail

**Support Bobby <support@bobbyhenon.com>**

**Support letter for Bobby Henon**

**James Mullen** <jamesgmullenjr@gmail.com>                          Mon, Feb 7, 4:38 PM
To: <support@bobbyhenon.com>

**Dear** Honorable U.S. District Judge Jeffrey Schmehl,
During my 6 years in Philadelphia working for a non profit, I had the pleasure of meeting with Bobby Henon on several occasions.  He was a strong supporter that provided thoughtful guidance for our group focused on maintaining beauty in Philadelphia.  Bobby Henon led his group of colleagues to be professional and patient.  I have worked in the business world for 40 years, few people have been as impressive. Bobby Henon provided endless amounts of support for our group and others that I know.  He has been connected to everyone that had a need.
Your leniency will be appreciated.  Mr Henon will utilize his skills and dedication helping people as a private citizen.
Sincerely,

James Mullen
1209 Cornell Ave
Drexel Hill, PA 19026
610.789.8922
610.368.9071 cell

January 11, 2022

Dead Councilman Bobby Henon,

Thank you very much for all the activities you hosted especially for seniors. You made us active and healthy.

Good luck for all you do.


Sincerely,

Elizabeth Ngeo

NOEAC Center

January 11, 2022

Dear Councilman Bobby Henon,

Thank you very much for all the activities you hosted specially for seniors, you made us active and healthy.

Good luck for all you do.

Sincerely,
Elizabeth Ngee
NOEAC Center

Leisure Timers
of
Delaire Landing
Philadelphia, PA  19114

December 16, 2021

The Honorable US District Judge Jeffrey Schmehl

On behalf of the Leisure Timers from Delaire Landing in Philadelphia, we are writing to show our support for Councilman Bobby Henon

Bobby Henon has been a supporter and friend of the seniors in Philadelphia, he has supported US in so many ways.  He has given us programs too many to mention, lunches, parties and financial aid.  We all have been a top priority to Bobby Henon.

He and his office was always available to us if we had a  problem or needed advice. He has never disappointed the seniors in any way and we support him in every way.

Sincerely,
Pat Pasquella
President

 Gmail

## Support Bobby Henon

**Matthew Pohubka** <mpohubka@gmail.com>                                    Tue, Mar 22, 12:37 PM
To: <support@bobbyhenon.com>

Dear Judge Schmehl,
I am writing to express all the good work Bobby Henon did at Caring for Friends during the Covid epidemic and how it helped me as well.
At the time , I was working in Washington, DC as a chef  ... I went to work one day and there was a sign on the door that the restaurant was closed . I wound up returning to Philadephia and went to volunteer at Caring for Friends in the Northeast ... not only did my girlfriend and I  prepare food but we also delivered food packages to hundreds of people on a daily basis . Bobby Henon helped hundreds of needy families but he helped those lost people like myself who needed a purpose to get through the loss of job , home and general sense of desperation due to the pandemic.
I met him multiple times and he always expressed his gratitude for my help but it's really him who I am grateful for.

Very truly yours,
Matthew Pohubka

To the Honorable U.S. District Judge Jeffrey Schmehl,

My name is Justin Pross. I'm the owner of Art History 101, a clothing company in Mayfair located in theNortheast section of Philadelphia. In March our flagship store on Frankford ave will be celebrating it's 12 year anniversary.

I'm writing to you on behalf of Councilman Bobby Henon. I've got to know Councilman Henon pretty well over the last few years. He shops in my store, We go to the same gym, we have attended and participated in a bunch of the same community events and I know the Councilman's Mom well. I believe she is actually the one that introduced us.

I'm grateful for Councilman Henon for a few reasons but most importantly was in March of 2021 there was a fire at my store. I didn't have insurance and I lost everything. I was devastated. Councilman Henon sent me a message that day saying "I'm here if you need to talk and if there's anything I can do just let me know". He went above and beyond to help me. We just had our Grand Reopening in November and our business is back and doing great. The councilman played A major part in that and I'm truly grateful.

I don't know much about the Councilman's trial. I understand the jury found him guilty. In no way do I want to undermine the justice system. I am writing this letter on the Councilman's behalf because I think Councilman Henon is a great guy. In my heart I know he's an asset to our community. I watched and heard about him helping so many people in my neighborhood including myself.

One of the last times I ran into the councilman was at the gym. He was there with his two sons. As soon as I saw him I noticed he was wearing one of the shirts we sell at my store. He came over and shook my hand and introduced his two sons to me. We talked briefly and he ended the conversation with ``if you ever need me, even if it's just to talk, don't hesitate to call." In my eyes I saw it like this. He's a father working out in the local gym with his kids, supporting a local t-shirt company and still offering help despite dealing with the stress of his own issues. I just thought that was awesome. I hope you find it in your heart to grant the Councilman leniency when it's time for sentencing.

Thank you for your time your Honor. If you need to personally contact me I attached my information.

Justin "Jay" Pross - Owner of Art History 101
cell number- 267-515-7067
email: justin.pross.ah101@gmail.com

# St. Helena Church

6161 N. FIFTH STREET, PHILADELPHIA, PA 19120-1497 * 215- 424-1300 * Fax: 215-424-9152

Honorable Jeffrey Schmehl

District Judge

May 20 2022 AD

Your Honor,

   This letter is to acknowledge the numerous weekly generous supplies of milk, produce, and other provisions totaling literally to "tons of food" supplies directed by Councilman Bobby Henon to assist both our parishioners and other members of our Olney community during the recent pandemic.

   We thank Councilman Henon for his humanitarian gesture of practical vital support to so many people in need.  In light of his charitable contributions to us and so many Churches and communities we ask you, Your Honor, for leniency in his upcoming sentencing.

Respectfully,

Rev. Joseph Trinh

Monsignor Joseph T. Trinh

Pastor

Reverend Peter Welsh

Rev. Peter Welsh

Parochial Vicar

LINDA L. LENTZ

2714 TAUNTON STREET

PHILADELPHIA, PENNSYLVANIA 19152

267-879-7103

Email: lloulentz@aol.com

January 29, 2022

U. S. District Judge Jeffrey Schmehl

My name is Sharon Rice, and I live in District #6, I want to express my regard for Bobby Henon, who was District#6 Councilman for many years.

I want to express my feelings and hope that you will find it in your judgement to extend leniency to Mr. Henon, during your faze of sentencing him on February 22, 2022.  Mr. Henon, has served our District with the most dedication to his constituents and the various organizations in his District, with the most knowable teams of employees by his side helping in my case being a senior with many things for us seniors to do like, setting up various Bingo games, bowling, recycling, updating us on the various forms we need to complete to just get through this new norm we are in with Covid, flu, and other illnesses that our going on today. He is the type of person if he gives his word, he keeps his promises and follows up to make sure everything is ok.

Thank you, for taking the time to read this letter and can find it in your heart to show this man leniency.

Yours truly,

*Sharon Rice*

Sharon Rice

6305 Mershon Street

Philadelphia, PA 19149

12/20/2021

Honorable U. S. District Judge Jeffrey Schmehl

My name is Patricia Roach and I am the proud wife of James Roach.  My husband spent 13 months and two days in Vietnam serving with "Charlie" Company, 1st Battalion, 1st Marine Division.  He lost a lot of friends over there and came home to a country that hated him.  While fighting for his country and walking through the jungles he came in contact with foliage that had been sprayed with a chemical known as "Agent Orange".  As a result of this contact my husband developed what is being called "Parkinson's Disease" and this disease causes dyskinesias along with other disabling problems.

This letter is in support of Bobby Henon.  One of his main objectives is his support of Veterans and senior citizens.  We have attended many affairs such as movies, bingo's etc. and all the events were always an uplifting affair.

In May of 2019 we attended an affair at Penn Center across from Philadelphia City Hall to honor Vietnam Veterans for their service and dedication to our country.  They gave all attending veterans a certificate for their service.

My husband was honored to be chosen to be the representative  of Bobby Henon's  area in Philadelphia.  He was elated before and after the event and felt very special when he received his certificate from Bobby Henon. It was a day my husband will never forget.

We have always known Bobby Henon to be a kind and generous man.  He was a gift to the 6th District.

Patricia A Roach

1/20/2022

Honorable U.S. District Judge Jeffrey Schmehl

Bobby Henon, Councilman, was great for the community. Was great and helpful for both of our senior group; Sr. John and Se. Matthew! Talks to you and is interested whenever we ask for help. Helps us when we need anything. He will be missed to the community very much.


Thank you


Tom & Marge Rodgers

1/20/2022

Honorable U.S. District Judge
Jeffery Schmehl.

Bobby Henon, Councilman,
was great for the community.
Was great and chelpful for both
of our senior group, St. Johns
& St. Matthew. Talks to you
and is interested when ever we
ash for help. Helps us when
we need anything. He well be
missed to the community very
Much.

Thank you
Tom & Marge Rodgers

January 18, 2022

To the Honorable U.S. District Judge Jeffrey Schmehl:

First off, let me state that we want to "THANK" Bobby Henon for all that he did and is still doing for his District and especially for the Senior citizens.

His kindness to Seniors is Legendary.  He sponsors "Get Togethers" for Seniors in order to keep them active and be part of the community.

He is dedicated in making the City of Philadelphia a better place to live and work.
Any questions or problems you may have are always accepted by him.  He will do what has to be done to answer any questions and to rectify any wrongs.

Bobby we will miss you.

Mary and Peter Romagano
7210 Edmund street
Philadelphia, PA 19135
215-331-3673

Sincerely,

*Mary & Peter Romagano*

Mary & Peter Romagano

Michael Rudich

3048 Fairfield St.

Phila, PA 19136

January 4, 2022


Dear Judge Schmehl,

I am writing on behalf of Councilman Bobby Henon. I have lived in NE Philadelphia for over forty years. During this time I have needed help with various issues. He and his staff were always available to offer assistance. They helped us with issues from senior citizen problems to getting our sewer pipes fixed. He was always available to help. He may have done wrong in the eyes of the law, but I believe he is a good man at heart. Please take this into your decision and grant him leniency.


Sincerely,

Michael Rudich

Michael Rudich
3048 Fairfield St
Phila, Pa 19136
January 4, 2022

Dear Judge Schmehl,

I am writing on behalf of Councilman Bobby Henon. I have lived in N.E. Philadelphia for over forty years. During this time I have needed help with various issues. He and his staff were always available to offer assistance. They helped us with issues from Senior Citizen problems to getting our sewer pipes fixed. He way always available to help. He may have done wrong in the eyes of the law, but I believe he is a good man at heart. Please take this into your decision and grant him leniency.

Sincerely,

Michael Rudich

# To the Honorable U.S. District Judge Jeffrey Schmehl

Case 2:19-cr-00069-JLS Document 140-4 Filed 02/23/22 Page 46 of 88

1 message

**Joseph Sacco** <jsacco78@icloud.com>                    Fri, Jan 21, 2022 at 4:25 PM
To: support@bobbyhenon.com

To the Honorable U.S. District Judge Jeffrey Schmehl,

I am a union member and a representative of CWA (Communication Workers of America) Local 13000, in Philadelphia, and I am employed by Verizon, in 2016 while on strike against Verizon, I had the pleasure of meeting Bobby Henon. During that strike many years of bargaining by present workers and generations before were under attack, it was a long strike, the longest I've ever been apart of personally, as well as one of longest strikes, by Verizon workers ever as well as organized labor in general.
I'd put that experience pretty high on a list of my hardest trials in life. During that strike Bobby Henon stood arm and arm with myself and fellow union brothers and sisters day after day on picket lines to show support for our fight. Bobby Henon is a true advocate and supporter of workers rights. I write this letter as a plea for leniency, without people like Bobby to support workers rights attacks against us will continue and our livelihoods will further be threatened. I thank you for taking the time to read this.

Joseph M. Sacco
CWA 13000

April 25, 2022

Honorable U.S. District Judge

Jeffrey Schmehl:


Please consider my appeal to your judicial discretion to show leniency in the sentencing of Mr. Bobby Henon. Given the "problematic media reports" it was difficult for the public and me to truly know or understand Mr. Henon's trial.

My family personally met Bobby Henon at the Philadelphia's Senior Games held at Father Judge H.S. field house in June of 2018. His attention and kindness to my 93 year old Aunt was a heartwarming experience for us. A double amputee restricted to a wheelchair, my Aunt brought out the best of Bobby that will live in our memories forever.

Another personal experience with his office made me think very highly of Mr. Henon: As a volunteer of St. Helena food bank, I was impressed that Mr. Henon found ways to acquire local food (fresh produce, dairy, meat…) to help provide good (in my mind) far superior to most of what came in from Philabundence. Fresh yogurt from Lancaster County, potatoes and apples from surrounding counties sure beats all the canned vegetables from China and jars of jelly from India.

Mr. Henon hired superior staff who helped connections with local farms that made me proud and happy to give our needy families local, nutritious, healthy food. I know the many families will always be grateful to Mr. Henon and his staff for the much needed food they consistently provided through difficult times of Covid restrictions.

Thank you for your time and consideration of this request for leniency for Mr. Henon.


Respectfully,

Frank Schaller

Philadelphia Resident

Honorable U.S. District Judge
Jeffrey Schmehl:                                    April 25, 2022

Please consider my Appeal, to your Judicial discretion
to show leniency in the sentencing of Mr. Bobby Henon.

Given the "problematic Media reports" it was difficult
for the public & me to truly know or understand Mr. Henon's trial.

My family personally met Bobby Henon at the Philadelphia
Senior Games held at Father Judge H.S field house in June of 2018.
His attention and kindness to my 93 year old Aunt, was a
heartwarming experience for us. A double amputee, restricted
to a wheelchair, my Aunt brought out the Best of Bobby
that will live in our memories forever.

Another personal experience, with his office made me
think very highly of Mr. Henon:

As a volunteer at St. Helena Food Bank, I was impressed
that Mr. Henon found ways to acquire Local food (Fresh
Produce, dairy, meat,...) to help provide food (in my mind)
far superior to most of what came in from Philabundance.
Fresh yogurt from Lancaster County, potatoes & apples from
surrounding counties sure beats all the Caned vegetables
from China & jars of jelly from India.

Mr. Henon hired superior staff who found connections with
local farms that made me **Proud** and **Happy** to give
our needy families Local, Nutritious, Healthy food.

I know the many families will always be grateful to
Mr. Henon & his staff for the much needed food they
consistently provided through difficult times of Covid restrictions.

Thank You for your Time and Consideration of this request for leniency
for Mr. Henon.

Respectfully
Frank Schaller
Philadelphia Resident

January 17, 2022

6546 Cottage Street

Philadelphia PA 19135

The Honorable U.S. District Judge Jeffrey Schmehl,

I am writing on behalf of Councilman Bobby Henon. I have known Bobby Henon many years. He has been very caring and supported our community over the years. Thanks to the diaper give away, babies had dry bottoms. Food giveaways were held.

I was able to attend many senior events. They gave me some smiles while caring for my 20 year granddaughter suffering from cancer.

Very important, Bobby Henon had Covid 19 events when it was difficult to find a place to get vaccinated. Bobby Henon took time to assist the events and talk to us.

I am asking for leniency for Bobby Henon. He has done so much good for all, young and old.


Sincerely,

Eunice Schreiber

84 years young

January 17, 2022

6546 Cottage ST
Philadelphia PA 19135

The Honorable U.S. District Judge Jeffrey Schmehl

I am writing on behalf of Councilman Bobby Henon.
I have known Bobby Henon many years.
He has been very caring and supported
our community over the years.
Thanks to the diaper give away, babies
had dry bottoms. Food give aways were held.
I was able to attend many senior events.
They gave me some smiles while caring
for my 20 year grand daughter suffering
from cancer.
Very important, Bobby Henon held
COVID19 events when it was difficult
to find a place to get vaccinated.
Bobby Henon took time to visit the events
and talk to us.
I am asking for leniency for Bobby Henon.
He has done so much good for all,
young and old.

Sincerely,
Eunice Schreiber
EUNICE SCHREIBER.

84 years young

 Gmail

Support Bobby <support@bobbyhenon.com>

---

## Letter of Support for Bobby Henon

**Jacquelyne E. Scott** <jscottpft@verizon.net>                    Tue, Mar 15, 11:34 PM
To: <Support@bobbyhenon.com>

Jacquelyne E. Scott
#9 Longford Street
Philadelphia, PA 19136
March 15, 2022

Dear Honorable Jeffrey Schmehl

I am writing to you as a member of Bethany African Methodist Episcopal Church.

On October 21, 2017, Bethany African Methodist Episcopal Church celebrated its 200th Anniversary in Northeast Philadelphia, Councilman Bobby Henon was present.

 We received a tribute stating,  "The City of Philadelphia has a proud and extensive tradition of religious organizations that have deeply benefitted our City's many communities through providing not only spiritual need but education, charitable, and social needs as well. People depend on their religious leaders and institutions for support and they have been fixtures in their lives and their families for generations. The City of Philadelphia is grateful for all the support these religious organizations provide for our City and residents."

I continue to support our communities by providing food to those in need. The Lena Easley Food Pantry is an outreach program, with the help of volunteers, giving out free food every 1st and 3rd Tuesday of the month at my church. Because of the funding that is awarded to us by the Philadelphia Activities Fund, Inc. through Councilman Bobby Henon's office, we can provide food, school supplies, clothing, health supplies, and finance to those in need, especially during this time of COVID-19. We are seeing many more people in need.
Councilman Bobby Henon has been a strong supporter of our church, he cares about our community and our neighbors. His staff volunteered at our food pantry.
Therefore it is imperative to our community and me that he continues the work he started.

Sincerely,

Jacquelyne E. Scott

George A. Sinese                                    12-15-2021

20206 Delaire Landing Rd.

Philadelphia, PA 19114

Dear Judge Schmehl,

I am only a little familiar with the charges against councilman Henon. I am not sure what he did or did not do.

What I can tell you is that his performance as our councilman for his constituency in Northeast Philadelphia has been a stellar one.

He cares about the communities he represents in the northeast. He has a special soft spot in his heart for senior citizens. There is ALWAYS something going on in the communities served by Mr. Henon that was sponsored or initiated by Mr. Henon with emphasis on seniors, public health / vaccine, and various other programs that are quite beneficial to his constituents. If you get to know a little about the personal side of "Bobby" as we like to call him, you would find he is a phenomenal father. I would hope and pray these things would all be considered by you regarding his case. His immediate family and his northeast Philly "family" would be devastated by a harsh judgement any prolonged absence of our beloved councilman.

Sincerely.

George A. Sinese

Pacita S. Sinese                                    12-15-2021

20206 Delaire Landing Rd.

Philadelphia, PA 19114

Dear Judge Schmehl,

I am only a little familiar with the charges against councilman Henon. I am not sure what he did or did not do.

What I can tell you is that his performance as our councilman for his constituency in Northeast Philadelphia has been a stellar one.

He cares about the communities he represents in the northeast. He has a special soft spot in his heart for senior citizens. There is ALWAYS something going on in the communities served by Mr. Henon that was sponsored or initiated by Mr. Henon with emphasis on seniors, public health / vaccine, and various other programs that are quite beneficial to his constituents. If you get to know a little about the personal side of "Bobby" as we like to call him, you would find he is a phenomenal father. I would hope and pray these things would all be considered by you regarding his case. His immediate family and his northeast Philly "family" would be devastated by a harsh judgement any prolonged absence of our beloved councilman.

Sincerely.

Pacita S. Sinese

1-31-22

To Honorable U.S. District Judge Jeffrey Schmehl,


This letter is in regards to Councilman Bobby Henon. He has always been a positive and extremely helpful to us. We had a problem with a city dept and couldn't get nowhere with them on any help. We went to the Councilman's office and they provided the help we needed as Bobby as also there and accessible to the people.

He ran townhall meetings among the many programs and events to help the people of Philadelphia. He also helped our family members and friends in Northeast Philadelphia. Everyone know if you needed help Bobby Henon was the person who would go out of his way to everyone.


Sincerely,

Gloria Skladanoshe

1-31-22

To the Honorable U.S. District Judge Jeffrey Schmehl,

This letter is in regards to Councilman Bobby Henon. He has always been a positive & extremely helpful to us. We had a problem with a city dept & couldn't get nowhere with them or any help. We went to the Councilman's office & they provided the help we needed as Bobby as also there & accessible to the people.

He ran townhall meetings among the many programs & events to help the people of Philadelphia. He also helped our family members & friends in Northeast Philadelphia. Everyone knew if you needed help Bobby Henon was the person who would go out of his way for everyone.

Sincerely,
Gloria Skladanoski

Dear Your Honor,

I can't begin to imagine how difficult it is to be a District Judge, so I appreciate you taking the time to read this letter concerning Bobby Henon.

I was fortunate to witness the positive nature of Bobby Henon when he started a program for children in Philadelphia called the "Philly Play Program". This program helped thousands of children in the Philadelphia community!  It was designed to teach children the importance of fitness and nutrition, which would benefit their daily lives.   Bobby requested that I help with the Philly Play Program by working with the children of Philadelphia in his "Youth Take 60 Fitness Challenge".

The "Youth Take 60 Fitness Challenge" allowed our children who were summer campers in rec centers all over Philadelphia, to run, jump, dance and be educated on what to eat and drink.  It was an amazing program that involved music being played for the kids, which was engaging for all the campers, because it permitted them to express themselves in a fun and safe environment.  For many of these children, it was the highlight of their summer! This "Philly Play Program" was created solely by Bobby, who grew up as a young kid spending all his time at Moss Playground.  He understood the importance of nutrition and fitness for the children in our city and he went out and made a difference in their lives.

Bobby was not just the person who came up with the idea and then moved on to other things. He was actively involved in what was happening with the campers.  Bobby would stop by to see how things were going, he would give input on how to improve the program and he was always available to physically help with whatever needed to be done.

I remember one specific instance, when Bobby was having his end of the summer event that had several thousand children from across Philadelphia, come together and have the opportunity to run an obstacle course, dance to live music as well as having a DJ present, and to eat all of the summer foods that kids love.  When the event was finished and the campers were back on their buses heading home, many people in charge would just leave and have their workers take care of the cleanup.  This is something that Bobby would not do.  I was amazed that someone is his position, stayed and worked side by side with his staff and the countless volunteers, breaking down the equipment for the day and making sure that everything looked right for the next group of people to use the fields.  This is the Bobby Henon that I have come to know.

My hope Your Honor, is that people in this city understand that Bobby Henon did so much good for the children of Philadelphia and that he created lifelong memories that they will be able to take with them as they enter adulthood.  Thank you again Your Honor, for taking the time to read this letter and I hope you have a great day!

Sincerely,

Jeff Steven

To whom it may concern,

I'm writing you in regards to Bobby Henon. I have resided in Tacony most of my life and watched the neighborhood turn from beautiful to a place where there is nothing but drugs and violence. I moved to lower Mayfair and had my son. I was so scared for him to play outside or even go to the playground you never know when stray bullets will appear. What I found only when trying to see what activities where around for my family to attend was not only in the neighborhood but free to enter. It was a website called Eventbrite or my mother-in-law would see something for the kids on Facebook. My point is every time I would see one of these events they were sponsored by Council member Bobby Henon. I don't know what trouble he's in I seen something briefly on the news but what I can tell you is he brought life and beauty back to the neighborhood and created a safe place for kids and there families to play spend time and make memories. These are the kind of things that I'll remember when I hear the name Bobby Henon. Thanks for helping our neighborhoods from Christmas tree lightings to hunting for Easter eggs and giving out diapers to families who can not afford it this is the kind of person you are dealing with.


Thank you for your time.


Sincerely, Stuay Taimargio

To whom it may concern,

I'm writing you in reguards to Bobby Henon I have resided in Tacony most of my life and watched the neighborhood turn from beautiful to a place where there is nothing but drugs and violence. I moved to lower Mayfair and had my son. I was so scared for him to play outside or even go to the playground you never know when stray bullets will appear. What I found online when tring to see what activities were around for my family to attend was not only in the neighborhood but free to enter. It was a website called eventbrite or my mother in law would see something for the kids on Facebook. My point is everytime I would see one of these events they were sponsored by Council member Bobby Henon. I don't know what trouble he's in I seen something briefly on the news but what I can tell you is he brought life and beauty back to the neighborhood and created a safe place for kids and there families to play spend time and make memories. These are the kind of things that I'll remember when I hear the name Bobby Henon. Thanks for helping our neighborhoods from Christmas tree lightings to hunting for easter eggs and giving out diapers to families who can not afford it, this is the kind of person you are dealing with. Thank you for your time.

Sincerly,

Stacy Taimanglo

To: The Honorable Jeffrey Schmehl

December 8th, 2021

Dear Your Honor,

Diana Taylor

6651 Yundike Street. Phila, PA 19135

The Honorable U.S. District Judge Jeffrey Schmehl

Dear Your Honor

On behalf of Council Bobby Henon 6th district Councilman Bobby Henon has been an outstanding Councilman for our community! I have lived in this district for 23 ½ years. Bobby Henon has always taken excellent care of this community and I am a witness to that. Council Henon has done so much for his community and I am going back 23 years. Bobby Henon has giving our community special care such as providing Tacony with guidance to and for us Taconians. If I have a problem with anything I can take it to his office and his constituents will sit down with me and we will find a solution. I have worked with the Philadelphia Anti-Poverty Action Commission since I was 15 years old and I am 61 at the present. Bobby Henon pays special attention to our neighborhood. I have seen my block go from a retched place to a block in white any one would proud to live on. In fact I purchased my home knowing that if I have any problems I have a councilman that helps! Bobby Henon looks out for his community. We have had carnivals with Ferris wheels, our library is refurbished, we have stores that has been here more than 20 years and are still here but upgraded! Councilman Henon has been an ear that listens and takes action too! Your Honor Tacony is a residential area that Mr. Henon takes pride in! I'm a witness to that. Dear Your Honor please have leniency for councilman Henon. Although Councilman Henon will be replaced eventually I thank God for giving Tacony a councilman that took the time and initiative and made Tacony a place I can call HOME! As you do know Your Honor life is getting rougher and we need more councilmen that cares like Bobby Henon does and I cry as I write this letter and pray too for some type of leniency. Nobody is perfect but Bobby Henon has a good heart- I am a witness to that statement and as you know we voted Bobby back in as our Councilman!!!

TO: The honorable Jeffrey Schmehi

DEAR your honor,

Dec. 8th 2021

DIANA TAYLOR
6651 Vandike St. Phila, PA 19135
The Honorable U.S District Judge Jeffey Schmehi

Dear your Honor

On behalf of Council Bobby HENON 6th District
Councilman Bobby Henon has been an
outstanding Councilman for our Community!
I have lived in this district for 23½ yrs.
Councilman HENON Has Always taken excellent
care of this Community and I AM A witness
to that. Council Henon has done so Much for
his Community and I'm going back 23 yrs.
Bobby Henon HAS giving our Community
special care such as providing Tacony with
issues as to providing guidance to & for us.
Taconians if I have a problem with Anything
I can take it to the his office & his constituents
will sit down with ME And we will find A solution.
I have worked with The Philadelphia Anti-Proverty
Action Commission since I was 15yrs Old and I am 61
at the present. Bobby Henon pays special Attention
to our neighborhood. I have seen my block
go from a reched place to a block in which

any one would proud to Live on, In fact I Purchased my Home Knowing that if I have any problems I have a Councilman that Helps! Bobby Henon Looks out for his Community. We Have had Carnivals with Farris Wheels, Our Library is Refurbished, We have Stores that has been here More than 20yrs & are still here but upgraded! Councilman Henon has been an ear that Listens & takes Action too! you've honor Tacony is a residential area that Mr Henon takes Pride in I'm A witness to that.

Dear your honor Please have Lemisey for Councilman Henon Although Councilman Henon will be replaced eventually I thank God for giving Tacony A Councilman that took the Time and Initiative Made Tacony a place I can call HOME! As you do know your honor Life is getting Rougher & We Need More Councilmen that Cares Like Bobby Henon does & I cry As I Write this Letter, Pray too for some type of Lainency Nobody is Perfect but Bobby Henon HAS A Good Heart I am a witness to that statement And As you Know We voted Bobby BACK IN as our Councilman!!!

LINDA L. LENTZ

2714 TAUNTON STREET

PHILADELPHIA, PENNSYLVANIA 19152

267-879-7103

Email: lloulentz@aol.com

January 29, 2022

U. S. District Judge Jeffrey Schmehl

My name is Mary Toriello, and I live in District #6, I want to express my regard for Bobby Henon, who was District#6 Councilman for many years.

I want to express my feelings and hope that you will find it in your judgement to extend leniency to Mr. Henon, during your faze of sentencing him on February 22, 2022. Mr. Henon, has served our District with the most dedication to his constituents and the various organizations in his District, with the most knowable teams of employees by his side helping in my case being a senior with many things for us seniors to do like, setting up various Bingo games, bowling, recycling, updating us on the various forms we need to complete to just get through this new norm we are in with Covid, flu, and other illnesses that our going on today. He is the type of person if he gives his word, he keeps his promises and follows up to make sure everything is ok.

Thank you, for taking the time to read this letter and can find it in your heart to show this man leniency.

Yours truly,

Mary Toriello

Mary Toriello

5949 Bennington Street

Philadelphia, PA 19120

The Honorable U.S.
District Judge Jeffrey Schmehl
*(Councilman Bobby Henon),
6730 Torresdale Avenue
Philadelphia, P.A. 19135

Jean M. Ulmer
6730 Torresdale Avenue,
#2
Philadelphia, P.A. 19135
#(267-593-2396),
Jeanu687@gmail.com

12-17-21

Dear Honorable Judge Jeffrey Schmehl:

I am writting to you as a member of, "Team Bobby". I'd like to familiarize you how my situation as a member of, "Team Bobby" came to be:

Councilman Henon's office and his department members is located currently in the Tacony section of the city. Their office is situated below an apartment. A non-profit group, Interfaith Community Resources shares rental rights with Councilman Henon's office. My familiarity with this non-profit organization and Councilman Henon and his office staff , (some members heavy in Social Work experience and the field), along with the apartment in question came into existance starting with empathetic friends and neighbors of Councilman Henon in an effort to help. Help was sorely, drastically and QUICKLY needed as my ATTACHED, legal, housing related letter states. The attached is relevant here as it led directly to searching and reaching out for help during a housing displacement emergency effecting an estimated nine other tenants at the property aside from my self. This housing displacement emergency came without warning and was unplanned. It's evidence only exasperated my circumstances of chronic unemployment, DESTITUTE financial status, and now CURRENTLY, YES, homelessness.

Under Councilman Henon's familiarity with his surrounding neighborhood's politically districted jurisdictiion and it's people's community, through his awareness of my type of recent setback with housing, it was he and his department members that DIRECTLY HELPED. *(Invaluably). His department members put their daily work for their Councilman and for the betterment of their surrounding Tacony neighborhood and it's struggling neighbors DOWN for a moment to HELP with THIS crisis. Help me during a time, (October 31st, 2021, est.), -where split second decisions had to be made, and they interjected into my housing (displacement) emergency for the specific purpose of STOPPING it from escalating to worse and more COSTLY, both personally, and economically.

On October 31st, 2021 after in-person agency visits by my self and phone calls to them were made, along with submitting required applications to earn a slot on their over whelmed waiting lists for emergency housing of which I am currently subscribed too, Councilman Henon and his office members obtained space for me to TEMPORARILY occupy from the apartment upstairs from Councilman Henon's office. Efforts to supply reasonable creature comforts were present. That helped ease the shock, suddeness, and unpreparedness of the current situation. Can I continue to describe to you that their apartment offered during this emergency projects a feeling of SAFETY? (For a woman otherwise vulnerable to now

homeless related pitfalls and YES, humiliations, which can all be nasty. There at their emergency apartment as I call it, I can work on trying to maintain an elementary level of dignity, cleanliness and with with empathy not only to myself at this difficult timebut for my Service dog, Vinnie.  The apartment's connectiveness to Councilman Henon and his department members HELPS to STOP homelessness as it SHOULD be STOPPED, (especially for a woman with weakened safety, emergency, and financial safety net)  where I survive this current dilema in my life to this day.

In closing please consider the familiarity of which Councilman Henon and his department members, and as they are guided daily toards what KIND of help and/or housing will most serve their surrounding public and most grateful communities at their tireless efforts at exercising humanitarianism blended with empathy.  THANK YOU for letting me share my recent experience with some VERY nice people that I met completely by accident.

Sincerely:

*Jean M. Ulmer*

 Jean M. Ulmer
 (document attached).

# GOLDSMITH, HARK & HORNAK, P.C.
## ATTORNEYS-AT-LAW
### 7716 CASTOR AVENUE
### PHILADELPHIA, PA 19152-3602

(215) 722-5850
FAX (215) 722-5862
nhlaw@verizon.net, tjhesq@verizon.net

**NED HARK\*†**
**THOMAS J. HORNAK\*°**
———
**ANN M. FOLEY**
PARALEGAL

**REBECCA L. TUCKER**
PARALEGAL

† FELLOW, AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS
\* ALSO MEMBER NJ BAR
° L.L.M. IN TRIAL ADVOCACY

**CENTER CITY OFFICE:**
1500 JFK BOULEVARD, STE. 1020
PHILADELPHIA, PA 19102

**HOWARD M. GOLDSMITH**
(1968-2014)

August 24, 2021

Jean Ulmer
4223 Tyson Street, 1st Floor
Philadelphia PA 19135

*RE:*    **4223 Tyson Avenue Philadelphia PA**
         **Notice of Intent to Vacate**

Dear Ms. Ulmer:

Please be advised that I represent the owner of the property located at 4223 Tyson Avenue,
Philadelphia, PA.

Your lease has expired and you currently lease the property on a month-to-month basis. The
owner has decided not to renew the lease. Therefore, you have sixty (60) days from the date of
this letter to vacate the premises.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

GOLDSMITH, HARK, HORNAK, P.C.

BY: _____
      NED HARK, ESQUIRE

NH/af
VIA REGULAR AND CERTIFIED U.S. MAIL

1-07-22

Honorable U.S. District Judge Jeffrey Schmehl,

Council Henon is a good man and leader we all know him to be. He has done a lot for our community by helping different sports clubs, organizations, people and senior citizens.

We know we can go to him if we have a problem and he will try his best to help us. He always seems happy to help and would be greatly missed.


Please help us.


A concerned senior citizen

1-07-22

HONORABLE US DISTRICT
JUDGE JEFFREY SCHMEHL,

COUNCEL HENON IS A GOOD MAN AND
LEADER WE ALL KNOW HIM TO BE. HE
HAS DONE ALOT FOR OUR COMMUNITY, BY
HELPING DIFFERENT SPORTS CLUBS,
ORGANIZATIONS', PEOPLE AND SENIOR
CITIZENS.
WE KNOW WE CAN GO TO HIM
IF WE HAVE A PROBLEM AND HE
WILL TRY HIS BEST TO HELP US. HE
ALWAYS SEEMS HAPPY TO HELP AND
WOULD BE GREATLY MISSED.

PLEASE HELP US.
A CONCERNED SENIOR
CITIZEN

5748 Erdick Street

Phila, PA 19135

January 22, 2022


To the Honorable U.S. District Judge Jeffrey Schmehl:

I am a member of the Tacony Senior Club and live in Councilman Bobby Henon's 18th district, 62 ward. Bobby Henon was raised as a god fearing person from hard working people. His generous and down to earth education won him a seat as city councilman and we are all proud of "local boy" makes good! He never forgot where his roots are.

I heard of his many accomplishments in city council along with local news articles about CHOP and Verizon. He or a member of his staff visited the seniors told us of many helpful and information no others did in our district. We felt we live in the neglected part of the city before Bobby Henon. I have benefitted from all his good deeds.

Yes Bobby has been convicted but years in prison is not the only answer Judge. Please be mindful that the disgrace of resigning his position is a big punishment itself that Bobby will live with he remainder of his life.

Please Judge Schmehl have mercy on Bobby Henon and be lenient.


Thank you,

Alice Woodford

5748 Erdrick St
Phila PA 19135
January 22, 2022

To the Honorable U.S. District Judge Jeffrey Schmehl:

I am a member of the Tacony Senior Club and live in Councilman Bobby Henon's 18th District, 62 Ward.

Bobby Henon was raised as a God-fearing person from hard working people. His generous and down to earth education won him a seat as City Councilman and we are all proud of "local boy" makes good! He never forgot where his roots are.

I read of his many accomplishments in City Council along with local news articles about CHOP and Verizon. He or member of his staff visited the seniors, told us of many benefits and information no others did in our district. We felt we live in neglected part of city before Bobby Henon. I have benefitted from all his good deeds.

Yes Bobby has been convicted but years in prison is not the only answer Judge. Please be mindful that the disgrace of resigning his position is a big punishment itself that Bobby will live with the remainder of his life.

Please Judge Schmehl have mercy on Bobby Henon and be lenient.

Thank you,
Alice Woodford

The Honorable Jeffrey Schmehl
U.S. District Court Judge
Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

I am writing in regards to the sentencing phase of the trial of
Councilman Bobby Henon. While I understand the seriousness of this
matter, I am respectfully requesting that the court show Councilman
Henon leniency.

My name is Noelle Bauer and I have worked for Councilman Henon
for the past 6 years. For 6 years I have personally witnessed the
human side of this man. The care and loyalty he shows his
constituents is bar none. The care and loyalty he shows for his staff is
the same one would show to those he considers family.

For 10 years Bobby Henon has worked tirelessly to represent the 6th
district. Being a Councilman and representing the 6th district wasn't
just a job for him…it was his passion. This passion was evident in
everything he did under the name of Councilman of Philadelphia.
There was not one issue that Bobby Henon would not confront on
behalf of his district…not an issue that he wouldn't fight for what is
right for this district. From legislation to events to clean ups to food
giveaways to COVID vaccines to utility shut offs, I could go on and on
about his accomplishments but he considered his accomplishments a
win for his constituents. Everyone benefited from his hard work and
dedication.

Really what I want you to know is that Bobby Henon is a good man. He considers his staff family and treats us as such.  At some level he has been there for each and every one of us when we experienced difficulties personally.  When we made mistakes, he was always understanding.  When we did a good job he was the first to offer praise on a job well done.  Despite his busy schedule, Bobby Henon always found time to ask how we were and if we needed anything from him.

Not just people in the 6th district have been supported by the Councilman but people from all over the city.  His senior events and events for children were open to all.  The Councilman was present at all his events and constituents were always happy to see him.  They were grateful for the experiences he provided them.

In closing, Bobby Henon truly cared for not only his constituents but also his staff.  Please show leniency at this time.

Sincerely,

Noelle Bauer

January 28, 2022

Dear Honorable US District Judge Jeffrey Schmehl:

I write to you today in reference to my former boss and forever friend Bobby Henon. I recognize and respect the order of law and the results of the jury's deliberation about the conviction of Bobby Henon. However, I wish to offer you my opinion as related to the Bobby Henon I know.

I have known Bobby Henon for over 20 years during that time he has been a loyal friend, colleague, and boss. My friend Bobby is a wonderful father, a fantastic council person and advocate for his community. Bobby has endured many hardships in his life losing a sister and brother as well as his father early in life. Suffering such tragedies at any age comes with a certain degree of trauma but losing 3 immediate family members at such a young age is a trauma I could not even begin to imagine. I have always been in awe of the way Bobby endured these tragedies all while facing the challenges of his personal issues with addiction. Living one day at a time with a drive and determination.

Functioning with that drive and determination, as well as his commitment to living a healthy drug and alcohol-free lifestyle, to be a constant in his children's life and a pillar of support for his loving Mother, is an unbelievable daily task. But his drive and determination did not end there; he worked hard to succeed as a union electrician a respectable family sustaining job, that would be enough for most. Not Bobby, that drive, and determination brought him to an executive position within the union, still undeterred he continued to work harder than most and stood out as a leader.

Bobby spent years in support of his community serving as a committee person, town watch member and overall good neighbor. It was not uncommon for Bobby to be shoveling an elderly neighbor's walkway, participating in a cleanup, or changing a broken alley light. Always with drive and determination Bobby, spent hours in service to his community all while working full time and raising his 2 sons. Seeing Bobby rise to the role of city council was of no surprise to those of us who watched him work throughout the years.

Your honor, I could go on and on about the Bobby I know, he is a great guy who would do anything to lighten the load of his "neighbor". I know that he has been convicted of serious offenses, I ask that you consider his lifetime of service to his community, his constituents , Philadelphia and the region when imposing his sentence. I also would hope that you would consider his family; his young sons and aging Mother who has already endured unimaginable loss.

Respectfully,

Lisa M. Deeley

To Judge Jeffrey Schmehl,

My name is Michele O'Hare. I have known and worked for and with Bobby Henon for the last 10 years, as a Constituent Rep + Director. I consider Bobby a supervisor, co-worker, mentor and above all else, a friend. Given my role in the district office, I believe that I am in a good firsthand position to speak to Bobby's moral character. I hope that you will take this letter and testimony into account.

I can truly say Bobby is a good person who served those he represented, as well as his friends, family and the wider Phila. Community with passion, humility, empathy and caring.

I hold the service that we provided to those in need under Bobby's leadership as some of the most rewarding of my career.

There was rarely a time that a person in need, whether the need was personal or business related, that Bobby didn't do his best to serve his constituents, alleviate a hardship, or simply lend a compassionate ear. This leadership quality was infectious and widely embraced by the staff, who saw their roles as an extension of Bobby to serve the needs of the community.

In short, and in my opinion, Bobby is a person of strong moral content. He has a steadfast sense of duty to his family, constituents, co-workers, and to the wider community.

I hope this letter and other letters like it allow you to see Bobby for the person that he is and the positive impact that he has had on so many others.

I further hope you will take this into account when making your decisions. All of us should hope to be judge on the entirely of our life's work.

Sincerely,

Michele Forkin-O'Hare

To Judge Jeffrey SchmehL

My NAme is Michele O'Hare. I have Known and worked for and with Bobby Henon for the lAST 10years, As A ConstivenT ReP & DirecToR. I consider Bobby A Supervisor, Co-worker, MenToR And Above All else, A friend. Given my role in the DisTricT office, I believe thAt I Am in A good, firsT hand posiTion to speAK to Bobby's MorAL chArAcTeR, I hope thAt you will tAKe this letter And testimony into AccounT.

I cAn trdly sAy bobby is A good person who Served those he represenTed, As well As his friends, fAmily, And the wider PhilA. Community with pAssion, humility, emphAthy And cAring. I hold the Service thAt we provided to those in Need under Bobby's leAdership As some of the MOST rewArding of my CAreer.

There was rarely a time that a person in need, whether the need was personal or business related, that Bobby didn't do his best to serve his Constituents, alleviate a hardship, or simply lend a Compassionate ear. This leadership quality was infectious and widely embraced by the staff, who saw their roles as an extension of Bobby to serve the needs of the community.

In short, and in my opinion, Bobby is a person of strong moral content. He has a steadfast sense of duty to his family, Constituents, Co-workers, and to the wider community.

I hope this letter and other letters like it allow you to see Bobby for the person that he is and the positive impact that he has had on so many others.

I further hope you will take this into account when making your decisions.

All of us should hope to be judged on the entirety of our life's work.

Sincerely.
Michele Forkin-O'Hare



**letter**

tara mcillmurray <mcillmurray@live.com>                                        Sun, Apr 3, 2022 at 2:13 PM
To: "support@bobbyhenon.com" <support@bobbyhenon.com>

March 26, 2022
To whom it may concern:

I had the honor of working alongside Bobby Henon during the pandemic.  I was able to see firsthand how many families he helped in the community. We delivered food boxes across the entire city — from West Philadelphia to the Far Northeast.

As we all know, there were huge crises during the pandemic — not just the virus but also food shortages, isolation, and lack of support for our neighbors. I kept seeing on the news that there was a need for volunteers to come out and help in the community. I was in need of something to do because I was in a very abusive relationship, and I needed a place to escape to get out of the house. I also had experienced difficulties affording food for my family in the past and know how hard it is to keep a family fed while working and struggling to get by.

I saw Bobby's ads on Facebook that he was looking for people to come out and help him, his staff, and Caring for Friends.

We worked hard to pack boxes of food, and deliver them to the elderly and disadvantaged in the community.  Because of the pandemic so, many became disadvantaged and it became harder and harder for many of us to put food on the table. I worked with him from March 2020 until December 2020 at Caring for Friends. I worked very closely with him and his staff in his office. We would pack all the supplies and then deliver food, milk, diapers, wipes, formula, and other necessary items.

 I talked to many families as I made deliveries. They would tell me that if it weren't for Bobby and his programs they would not know what to do because they did not have any food and had no way to get food. They didn't have any other resources that were available to them. If it weren't for Bobby sending food and diapers to their families they would not have anything to eat or be able to take care of their children.

I remember talking to a couple who had COVID-19. They told me that they did not have any way to get food and they were so hungry. They did not want to go to the supermarket and chance giving COVID to someone else.  So for them, it was a lifesaver that Bobby was able to get food delivered to them while they had covid.

Bobby made a difference in the lives of so many people. I'm honored to have been a part of his

program and to have been able to get to know him, his staff, and the other volunteers who worked so hard to provide for our neighbors in our time of need.

I will always be thankful for Bobby and all of his efforts during this pandemic. You can see a person's character by how they care for other people in times of need.  Bobby went above and beyond to step up for the entire city of Philadelphia, not just his district, but he stepped up for the people of Philadelphia.

sincerely,

Tara McIllmurray
Resident of the 6th Council District

To the Honourable U.S District Judge Jeffrey Schmehl,

I am writing to you regarding Councilman Bobby Henon and asking you for a plea of leniency. In a time of need, I was straight out of college and was in desperate need of work experience because I had very little. The Councilman gave me the opportunity to be a part of his team and put me in charge of his CPR program as a program coordinator and special assistant for his office and later on I became his Executive Assistant. I had thought this would only be a pit stop for me to grow my resume, but before I knew it I loved working for him and ended up staying for 3 years. I loved the work he was doing and his commitment to his community and the people of Philadelphia, I say the people of Philadelphia and not the 6th Council District because Bobby not only helped his district but all of Philadelphia he didn't turn down people in a time of need, that is just a kind of person he is.

Councilman Bobby Henon is the hardest working Councilmember I have met, he never stops. There are so many examples I could list to you about the Councilman, I could go on for pages of all the good things he has done but here are just a few that stand out the most to me. No matter the circumstances he never stopped even when the whole world shut down because of Covid and everyone was working from home, he was still going and so was the office unlike anybody else. He had started a whole food program to assist those in Philadelphia who needed food/supplies and even made a delivery system as well to those who couldn't get out of the house, even if it meant he had to hand deliver food himself to the citizens of Philadelphia which he did. At a time when it was the hardest time for people to get the vaccine, Bobby figured a way to make it available and had multiple vaccine clinics because he knew people needed and wanted the vaccine.

Bobby is the type of person that would give you his shirt off his back. He was always caring and thinking about others before him no matter what he could be going through. He knew how to make light in a dark place.

Sincerely,
Meghan Petroksi

2-27-22

To the Honorable U.S. District Judge Jeffrey Schmehl

Your Honor, my name is Paul A. Ragan. I am senior outreach coordinator for councilman Bobby Henon. I have been working for Bobby since day 1 of his councilmatic career for the last 10 years. I must say how impressed he was to me, when he would leave the council office everyday with his Local 98 briefcase every day to his second job late into the evening, where did he find the energy. As a representative for Bobby in my first five years, I was a constituent service rep where I helped residence of the 6th district, no matter what part if any at all and not always in our district, with issues concerning everything from abandoned cars, vacant houses, landlord issues, taxes, trash etc…

I attended civic meetings, senior meetings, church events. Block parties and other events. Sometimes with Bobby that we were invited to. The last five years I was the Senior Outreach Coordinator for Bobby. My job was to unite all the senior groups in and around our district, attending 3-4 meetings per day sometimes with Bobby to give them info about senior services and offer 4-5 senior events per year. Bobby would sponsor and pay for these themed gatherings with food, entertainment and giveaways from vendors, all for free to seniors citywide! We would register close to 500 people at some events thanks to Bobby's generosity. This may sound like a personal resume but al my work and the work of all our staff was under the direction of Bobby Henon! His unselfish dedication to his district reflects his integrity and honesty to the people he served, plus love for them and his family are evident in his work ethics and hard work he's done through the years. The last page is a list of events and services Bobby offered to his constituents and seniors in the 6th district and city wide (we never turned anyone away) probably more than all the council offices combined. These are off the top of my head there are many more I'm forgetting. This list was also affected by the pandemic the last 2 years where we worked from day 1.  Although we couldn't have any events we still had 1 shot 2 shot and booster shot vaccinations plus flu and pneumonia shots also! During these 2 years we PLU 6 pallets of food to distribute in front of our dist. office every week along with supplies and outreach to whoever needed.

So your honor with all said I hope you can see what a caring, unselfish, kind, caring, charitable and loving representative the citizens of the 6th district have in Councilman Bobby Henon! Knowing Bobby he goes above and beyond in everything he does. What happened, happened. Now I am hoping you show some leniency for this good man by seeing all he has done during his tenure as councilman!

Thank you

Respectfully

Paul A. Ragan

| Constituents | Seniors |
|---|---|
| Food pantry | Hoe Down (Dance) |
| Diapers giveaway | Boo Bash (Halloween) |
| Notary service | Breakfast w/Santa |
| Fall fest | Bowling w/ Bobby |
| Philly Play (over 3000 kids city wide) | Painting w/a twist |
| Park cleanups | Pins & Pizza (bowling) |
| Neighborhood cleanups | Septa Passes (also mobile) |
| Back pack giveaways | Movie days (?? Theatre) |
| Blood drives | Love Bowl (Dance) |
| Recycle bin distribution | Resource fairs |
| Water ice/block parties | Water aerobics |
| Candy land (easter event) | Tax freeze |
| Egg drop (Helicopter) | Affordable Housing |
| Trunk or treat | Bingo with Bobby |
| Covid Vaccination (3 doses) | Food Delivery |
| Flu vaccine | Home vaccination |
| Bike Rodeo | Frank Sinatra (blue eyes) |
| CPR Certification (adults and schools) | Talent show |
| Covid food giveaway | Senior breakfast |
| Toys for tots | |
| Adopt a family (Christmas) | |
| Thanksgiving meal giveaway | |
| Coat/scarf/sock drive | |
| Shredding (paper/electronics) | |
| Diapers | |

2-27-22

To The Honorable. U.S. Dist Judge Jeffrey Schmehl

Your Honor, my name is Paul A. Ragan I am Senior

Outreach Coordinator For Councilman Bobby Henon.

I have been working For Bobby since day 1 of his

Councilmatic Career For The last 10 Years. I must say

how impressed he was to me, when he would leave the

Council office every day with his Local 98 briefcase every

day to his second Job late into the evening, where did

he Find The energy. As a representive for Bobby in

my First Five years, I was a Constituent Service Rep

where I helped residence of the 6ᵗʰ dist, No matter what

Party if any at all and not always in our district,

with issues concerning every thing From abandaned cars,

Vacant houses, Landlord issues, Taxes, Trash etc...

I attended civic meetings, Senior meetings, church events,

Block Parties and other events. Sometimes with Bobby

that we were invited to. The last Five years I was

The Senior Outreach Coordinator For Bobby, My Job

was to unite all the Senior groups in and around Our

District, attending 3-4 meetings Per day sometimes w/Bobby

To give them all 4-5 Senior events per year. Bobby would sponsor and pay for these themed gatherings w/food, entertainment and giveways from vendors, all for free, to seniors citywide! We would register close to 500 people at some events thanks To Bobby's generosity. This may sound like a personal resume but all my work and the work of all our staff was under the direction of Bobby Henon! His unselfish dedication to his district reflects his integrity and honesty to the people he served, plus love for them and his family are evident in his work ethics and hard work he's done through the years. The last page is a list of events and services Bobby offered to his constituents and seniors in the 6th dist and city/wide (we never turned anyone away) Probably more Than all the council offices combined. These are off The top of my head there are many more I'm forgetting. This list was also affected by the pandemic the last 2 years. where we worked from day 1. Although we couldn't have any events we still had 1er shot 2nd shot and Booster shot vaccinations plus flu and pneumonia shots also! During These 2 years we P/U 6 pallets of food to distribute in front of our dist office every week, along with supplies and outreach to who ever needed!

So your Honor with all said I hope you can see what a caring, unselfish, kind, caring, charitable and loving Representative The Citizens of the 6th district have in Councilman Bobby Henon! Knowing Bobby he goes above and beyond in everything he does. What happened, happened. Now I am hoping you show som leniency for This good man by seeing all he has done during his Tenure as Councilman!

Thank You
Respectfully:

Paul A. Ragan

Constituents

Food Pantry
Diapers giveaway
Notary Service
Fall Fest
Philly Play (over 3000 Kids city/wide)
Park Cleanups.
Neighborhood Cleanups
Back Pack Giveways
Blood drives
Recycle Bin distribution
Diapers
Water ice /Block Parties
Candy Land. (Easter Event)
Egg Drop (helicopter)
Trunk or Treat
Covid vaccination (3 doses)
Flu Vaccination
Bike Rodeo
CPr Certification (adolts & Schools)
Covid Food Giveway
Toys for Tots
adopt a family (Christmas)
Thanksgiving meal giveway
Coat / scarf / sock Drive
Shredding (Paper / electronics)

Ho Down (Dance)
Boo Bash (Halloween)
Breakfast w/ Santa.
Bowling w/ Bobby
Painting w/a Twist
Pins & Pizza. (Bowsing)
Septa. Passen. (also mobile)
Movie Days (Devon Theatre)
Love Bowl (Dance)
resource Fairs
water Arobics
Tax Freeze
AFFortable Housing
Bingo w Bobby
Food delivery
Home Vaccination
Frank Sinatra (Blue Eyes)
Talent Show
Senior BreakFast

**Hannah Sassaman**
4512 Springfield Avenue
Philadelphia, PA  19143
(267) 970-4007
hannah.sassaman@gmail.com

January 31st, 2022

**The Honorable U.S. District Judge Jeffrey Schmehl**
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

To the Honorable U.S. District Judge Jeffrey Schmehl:

My name is Hannah Sassaman, and I am writing in my personal capacity today. I hope this letter finds you well.  My hope is in reading this letter, you can learn about my experiences working with the former Philadelphia City Councilmember, Bobby Henon, and can consider these testaments to his character in your upcoming sentencing of Mr. Henon.

I had the opportunity to work closely with Mr. Henon and many staffers in his City Council office when I was advocating with a coalition of community groups for community-based benefits tied to the renegotiation of the Philadelphia-area cable franchise agreement with Comcast.  Mr. Henon spent many, many hours with community members we cohered into that coalition, neighborhood pastors, senior citizens working to get reliable internet access to their residences, local businesses on under resourced Philadelphia business corridors, public high school students, and myriad others over a period of years; learning about their struggles, and crafting policies that would meet their needs for affordable, reliable internet in the poorest big city in the United States.

Mr. Henon struck me throughout this process as a deeply down-to-earth, kind, and caring person.  I know that he worked tirelessly for these community members, both in and beyond his district, for many years.  He was thoughtful in bringing their needs into the negotiation process he championed, and built a level of trust with those community groups and their members that lasted years after that campaign.

As you consider your sentencing, I would urge you and personally request that you tap into leniency and mercy.  Mr. Henon has much to contribute in our city

OVER

and our society, and I hope he can be with us for years to come in the future making those contributions to the city we love.

With gratitude,

Hannah Sassaman

**Hannah Sassaman**

## MARK F. SQUILLA
## 2108 SOUTH FRONT STREET
## PHILADELPHIA, PA 19148

January 28, 2022

Hon. Jeffrey Schmehl
United States District Court
Eastern District of Philadelphia
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

I am writing to share my impressions of Booby Henon as you consider his sentencing. Bobby and I became acquainted before we were elected to City Council. His employment with I.B.E.W. Local 98 often brought him to my South Philadelphia neighborhood for community events that I supported. I found him to be hard working, friendly, approachable and committed to making all neighborhoods in Philadelphia better for the residents.

In 2011, we both campaigned for City Council District seats. We often attended the same events and shared our experiences on the campaign trail. During this period, we became friends and were fortunate to be elected District Councilmembers which made us colleagues.

As we navigated our new positions, we often spoke about legislation, ways to help our constituents and improve the City. I was impressed that Bobby always advocated for the underserved and gave them a voice. Every holiday and most recently during the pandemic, he provided food for anyone in need, and there were many. He developed Philly Play so that the underprivileged youth in our City could participate in innovative summer programs. Veterans, the poor and the elderly were often the focus of Bobby's attentions and he assisted them in a myriad of ways. Bobby supported the working class and labor union members by ensuring job sites are safe, wages are fair and the needs of workers are met.

Bobby was elected Majority Leader because his colleagues respected his abilities. I was a member of the Public Property and Licenses + Inspections Committees when Bobby was the Chair. I was impressed by how he conducted the hearings and insured that everyone who wanted to testify was heard.

In closing, I ask for your leniency in the sentencing of Bobby Henon. Throughout his life, and especially while he was in office, he tirelessly helped community members with problems big and small, and tried to change their life for the better. Thank you for your time and consideration.

Sincerely,

Mark Squilla