IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 19-064 |
| ROBERT HENON : | |

PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

    Please mark as satisfied the criminal monetary penalties portion of the criminal judgment entered in the above-captioned case. This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

JACQUELINE C. ROMERO
United States Attorney


/s/ Joseph F. Minni
_____
JOSEPH F. MINNI
Assistant United States Attorney
Pennsylvania Bar Id. No. 53241
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200

Date: June 14, 2023